**DONALD RICHARD KARR JR.** **in pro per**
**Vietnam ERA Veteran 1967-1970**
**1973 Application & Stolen Veterans Benefits**
**1973 VA Application no. C XXXX6558**
**(VA-WHISTLE BLOWER since January 2013)**
**212 W. Ironwood Drive #D544**
**Coeur d' Alene, Idaho 83814**
**(406) 310-2971 -June 4th 2025**

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 18 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

2:25-cv-00214-SAB

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF**

**WASHINGTON NINTH CIRCUIT COURT DIVISION**

**WRIT & COMPLAINT AMENDED CASE NO. 2:24-CV-00124-SAB.**

**RICO ACT CERTIORARI WRIT & COMPLAINT COURT RULES 4,9, 16 AND 38**
**VETERANS AFFAIR ORGANIZED CRIME & OBSTRUCTION OF JUSTICE**
**VA 1973 STOLEN 100% SERVICE CONNECTED DISABILITY BENEFITS OVER**
**FIFTY ONE YEARS OF OBSTRUCTION OF JUSTICE-18 U.S.C. § 1028, 1028A &1029**

**DONALD RICHARD KARR, JR. Vietnam ERA Veteran, the Petitioner (1973 VA Application no. C XXXX6558 and RA XXXX7616 solider,**

**vs.**

**President Joesph R. Biden Jr., United States of America, Department of Veterans Affair, Denis McDonogh, Secretary, TRICARE Insurance Dr. Robert Fisher, MD Director of Spokane**

**Ministerial Duty of Care Violated by Veterans Affair since 1973, violations of 18 U.S.C. § 1951, RICO Predicated Acts; CYBER CRIMES 18 U.S.C. § 1028, 1028A and 1029, etc., since September 1973, assigning Petitioner's Benefits to a Civilian, Donald Lee Karr, who never served in the Military for over fifty-one (51) years since 1973, a violation of 10 U.**

Washington Veterans Affair, Kathy Malin

Regional Director Veterans Affair Boise
Donald J. Trump President, Doug Collins

Department of Veterans Affair,

and Does 1 thru 2,500 Does/

S.C. § 906 ART 106 IMPERSONATING

A SOLIDER, A FELONY, EACH AND
EVERY MONTH SINCE FEBRUARY

1968, Malpractice Dr. Robert Fisher, MD

PETITIONER'S ORIGINAL RICO ACT CERTIORARI WRIT OF MANDAMUS
'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES

WITH VETERANS AFFAIR ATTEMPTED MURDER OF Petitioner'

-VA RACKETEERING ACTIVITIES WITH FIFTY YEARS OF VIOLATIONS HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS CYBER CRIMES 18 U.S.C. §§ 1028, 1028A & 1029 -Undisputed acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner including to KILL him to take his Profile (to give Donald Lee Karr) a Veterans Affair Whistle Blower since 2013, including attached Whistle Blower Complaint in Group Exhibit "I", and Exhibit Group "VI" through Exhibit Group "VII" Void Judgment 414 pages attached to this CERTIORARI WRIT OF MANDAMUS and Petition. with a violation of 10 U. S.C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, THAT THE PETITIONER'S 100% SERVICE CONTENTED BENEFITS HAVE BEEN STOLEN FROM PETITIONER EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of

TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,

TO THE HONORABLE COURT:

**COMES NOW** the **Petitioner and Plaintiff Donald Richard Karr Jr., Vietnam ERA Veteran, [once loss of benefits are determinedby the Court by the Judge, not a magistrate, that requires by law that Plaintiff must approve, then this matter may be heard as a Complex Litigation Complaint with the Management at Tortous Beach of**

**Contract dening Plaintiff's 100% Service Connected Disability Benefits refused since 1973, WHEN IN FACT AS AN UNDISPUTED FACT PETITIONER IS IN PROTECTED STATUS AT VETERANS AFFAIR SINCE 2003 AND HIS BENEFITS CAN NOT BE DOWN GRADED OR CHANGED FROM 100% SERVICE CONNECTED DISABLED VETERAN, Federal Rules 4, 9, 16 and 38 (Right to a Jury; Demand (a) The right of trial by jury as decided by the Seventh Amendment to the Constitution or as provided by a federal statue is preserved to the parties, (b) Demand on any issue trialable of right by a jury, a party may demand a jury trial, with Plaintiff's request for a Jury Trial, Donald Richard Karr Jr., Vietnam ERA Veteran,** the Petitioner (1973 VA Application no. C XXXX6558 and RA XXXX7616 Regular Army Solider, who was deployed in Germany US Army USAREUR in the Special Weapons Depot, in April 1969 though December 1970, who has filed this **CERTIORARI WRIT 'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES, WITH VETERANS AFFAIR ATTEMPTED MURDER OF**

PETITIONER, HARASSING A WHISTLE BLOWER, ILLEGAL REFUSAL OF PETITIONER'S BENEFITS SINCE 1973, WHEN IN FACT AS AN UNDISPUTED FACT PETITIONER IS IN PROTECTED STATUS AT VETERANS AFFAIR SINCE 2003 AND HIS BENEFITS CAN NOT BE DOWN GRADED OR CHANGED FROM 100% SERVICE CONNECTED DISABLED VETERAN, VETERANS AFFAIR INSTEAD GIVING HIS BENEFITS FOR HIS 100% SERVICE CONNECTED DISABILITY TO DONALD LEE KARR ALSO KNOWN AS DONALD RICHARD KARR, WHO HAS BEEN COLLECTED PETITIONER'S 100% SERVICE CONNECTED DISABILITY BENEFITS SINCE 1973, FROM PETITIONER'S BENEFITS IN THE SECOND SIDE OF PETITIONER'S PROFILE AT VETERANS AFFAIR RACKETEERING AND ORGANIZED CRIMES AMOUNTING TO OBSTRUCTION OF JUSTICE SINCE 1973.

## SARAH A MARTIN responsible for Rick's death July 2018

Now we start with Sarah A. Martin and Amber Anderson in what happened in July 2018 that they did to prevent me from getting my upgrade to 100% Service Connected Disabled from 1973 and June 26, 2015. Sarah A. Martin deleted another Veteran's benefits who started over with his benefits and she had Bob and Joel get in their E

benefits to delete them. The eviction because I would not let them get in my E Benefits at Veterans Affair, that I did not have set up and refused to set up so they could steal my benefits since 1973. These benefits were stolen by Donald Lee Karr also know as Donald Richard Karr using my social security number since 1973 that I got in the State of Michigan and he lived in California. Sarah A. Martin and Amber Anderson conspiring with Donald Lee Karr also know as Donald Richard Karr using my social security number since 1973 in the identity theft of Donald Richard Karr Jr. 100% Service Connected Disabled from 1973 and June 26, 2015. Sarah A. Martin and Amber Anderson stealing veterans benefits from Donald Richard Karr Jr. 100% Service Connected Disabled from 1973 and June 26, 2015 that is a felony, a violation of 10 U. S.C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, every month, now TREASON in July 2018 and now again in March 2025.

Sarah A. Martin and Amber Anderson [Plaintiff seeks damages against Navy Veterans Amber Anderson Union AFGE (AFOL-CIO) membership, of Veterans Affair in Spokane, Washington, CBOC Coeur d' Alene Elder Abuse of violating Plaintiff's Civil Rights 18 U.S.C. § 241, on the matters contained in this COMPLEX LITIGATION COMPLAINT 'CASE OF FIRST IMPRESSION WITH SPECIAL

**CIRCUMSTANCES WITH VETERANS AFFAIR ATTEMPTED MURDER OF PLAINTIFF'] conspiring with Donald Lee Karr also know as Donald Richard Karr using Donald Richard Karr Jr., Vietnam ERA Veteran, social security number since 1973 in the identity theft of Donald Richard Karr Jr. 100% Service Connected Disabled from 1973 and June 26, 2015 now again in March 2025.**

**Sarah A. Martin and Amber Anderson set up Rick (Richard Eugene Guenther) and told him that he did not have metals in his body when in fact Rick did [Paul Hacker Union AFGE (AFOL-CIO) membership, Nurse Practitioner, of Veterans Affair in Spokane, Washington, CBOC Coeur d' Alene killing Rick because he denied Rick (had heavy metals in his body) so Paul Hacker supplied no medications to help Rick (Richard Eugene Guenther) and it was proven that Rick did. They set Rick up so he would get nothing in Military or Veterans Affair Benefits he was harassed and told he did not have any 'heavy metals'in his body. Rick was extremely that he would have live in his when they closed 1620 Sherman that is managed by St Vincent de Paul. Bruce and Arthur harassed him Joel and Bob harassed him and Rick took his life and committed suicide in August 2018. Joel would not give Rick's mother his car and lied that he gave his car to St Vincent Paul so he could give it to his daughter not Rick's mother.**

Rick never liked St Vincent de Paul.

Donald Richard Karr Jr. 100% Service Connected Disabled from 1973 & June 26, 2015 Veteran wife and two children.

Separate thoughts Money Owed for Benefits from 1973 and June 26, 2015 stolen benefits Donald Richard Karr Jr. 100% Service Connected Disabled from 1973 and June 26, 2015 that is a felony, a violation of 10 U. S.C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, every month. These two ratings and the fraud and money laundering here contiunes till this day. The lump sum payments for both will be $25,000,000 and in July 2018 Sarah A. Martin [Sarah A. Martin Union AFGE (AFOL-CIO) membership, Army Reserve Military Police Master Sergeant, of Veterans Affair in Spokane, Washington. Undisputed Acts of TREASON, 18 U.S.C. §§ 2381 & 2384 & 28 USC § 2412 Crimes Against Plaintiff, to KILL him, to take Plaintiff's Profile] and Amber Anderson with the help of Kathy Malin District Manager of Veterans Affair, and each of them, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Donald Richard Karr Jr. have illegally drawn payments that are not taxed by the Government committing 'tax evasion' and 'insurance fraud' at Veterans Affair for over fifty-two (52) years by the conspiracy of Donald Ray Karr

also known as Donald R. Karr's and his son Donald Lee Karr and his grandson Donald Ray Karr, and their families, that Veterans Affairs, the Defendants and each of them, conspired in their embezzlement of from 1973 and June 26, 2015 Plaintiff's award of his 100% Service-Connected Disability Benefits, his stolen GI Bill Education Benefits and stolen TRICARE Insurance using the social security number of Donald Richard Karr Jr. since 1973, through Money Laundering and Identity Theft, for over fifty-two (52) years, for approximately fifty eight (58) years since February 1968 with violations of my Civil Rights 18 U.S.C. § 241 Conspiracy Against Rights, 18 U.S.C. § 242 Deprive Under Color of Law and 28 U.S.C. § 1983 violation of Petitioner's Civil Rights plus violations of 10 U.S.C. § 906 Art 106 Impersonating me as a Solider, a felony, as an undisputed fact violating CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968) constitutes not only obstructions of justice under the RICO Act, but also Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO, RICO ACT CYBER CRIMES, the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification

documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of anotherperson, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973 and June 26th 2015, have established their TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 and each of them, should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO), have stolen my benefits, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) at Veterans Affairs as their way of conducting illegal business and in a government agency, to continue their embezzlement of payments of my benefits for their money laundering and identity theft violations worked at Veterans Affair that has been using my social security number since 1973.

Donald Richard Karr Jr. and his family, his wife and two children that the lump sum payment should be $25,000,000 not paid in July 2018 or March 2025. with violating the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering

Activities under the RICO Act that are RICO Act CYBER CRIMES $75,000,000 treble damages; RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) with punitive damages of $750,000,000; 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) with punitive damages of $7,500,000,000; 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973 with punitive damages of $75,000,000,000; Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that the conspiracy of Donald Ray Karr also known as Donald R. Karr's and his son Donald Lee Karr and his grandson Donald Ray Karr, and their families, that Veterans Affairs, the Defendants and each of them, conspired in their embezzlement that Sarah A. Martin and Amber Anderson with the help of Kathy Malin District Manager of Veterans Affair, Dr. Rebecca Meier MD, Chief of Staff of Spokane Veterans Affair, Elder Abuse for violating Plaintiff's Civil Rights 18 U.S.C. § 241, and each of them, have continued to this day including other Veterans Affair on February 28th 2025 called Donald Richard Karr Jr. heart doctor, Pablo Michel Sanchez,

**MD when they said they would not pay for any of his service or surgery, that only is another example because they will not pay for Donald Richard Karr Jr. eye surgery that is punitive damages of $750,000,000,000. This case will establish that Plaintiff is entitled to damages including the Plaintiff's exemplary and punitive damages for Fraud, False Writings, Fraudulent documents, Slander, Libel, Defamation of Character, based upon lump sum payment to compensate Plaintiff's loss of benefits Veterans Affair Continuing Criminal Enterprise (CCE) for over fifty-two (52) years.** Plaintiff seeks damages against **Michael J. Cox Union AFGE (AFOL-CIO) membership, refusal to pay medical billings of Plaintiff, when in fact Plaintiff is 100% Service Connected Disabled Veteran, Elder Abuse of Plaintiff as a Veteran, 1973 award of his 100% Service Connected Disability status as a Vietnam ERA Veteran benefits now in the Protected Status pursuant to Veterans Affair 55 year Rule since 2003 in Veterans Affair Continuing Criminal Enterprise (CCE) for over fifty-two (52) years.**

**The fact remains that we can not bring Rick back that is second degree murder with all of those who have caused Rick to take his life because he did want to live in his car anymore. Sarah A. Martin Union AFGE (AFOL-CIO) membership, Army Reserve**

Military Police Master Sergeant, of Veterans Affair in Spokane, Washington. Undisputed Acts of TREASON, 18 U.S.C. §§ 2381 & 2384 & 28 USC § 2412 CrimesAgainst Plaintiff, to KILL him, to take Plaintiff's Profile. This Court has original jurisdiction pursuant to the RICO Act remedies at 18 U.S.C. § 1964, and the holdings of the U.S. Supreme Court in Tafflin vs. Levitt, 493 U.S. 455 (1990), and the U.S. Court of Appeals for the Ninth Circuit in Lou vs. Beivberg, 834 F. 2d 730 hn. 4 (9th Cir. 1987) and violating Petitioner's Civil Rights 18 U.S.C. § 241, plus the violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3), as the person who has caused Plaintiff's loss of benefits in Veterans Affair Continuing Criminal Enterprise (CCE)

for over fifty-two (52) years. Plaintiff's benefits that are the 'false writings' of Veterans Affair altering Plaintiff's benefits by deleting his 100% Service Connected Disability benefits in November 2011 forcing Plaintiff into being Homeless, on the streets of San Antonio, Texas, falsifying Veterans Affair Computer records with no payment of Plaintiff's 100% Service Connected Disability Veterans Benefits. Plaintiff, is entitled to all benefits payments monthly stolen from him since February 1968, that said stolen benefits based upon February 2024 are a lump sum payment of over Eleven Million Two Hundred Thousand Dollars ($11,200,000) will establish that Plaintiff is entitled to damages including the Plaintiff's exemplary and punitive damages for Fraud, False Writings, Fraudulent documents, Slander, Libel, Defamation of Character, based upon lump sum payment to compensate Plaintiff's loss of benefits Veterans Affair Continuing Criminal Enterprise (CCE) for over fifty-two (52) years. Plaintiff's benefits that are the 'false writings' of Veterans Affair altering Plaintiff's benefits prior to moving from Kerrville, Texas forcing Plaintiff to be Homeless positioning Plaintiff to live in an apartment complex which had construction defects. Plaintiff, is entitled to punitive damages based upon lump sum payment to compensate Plaintiff's loss of benefits or a total because of Veterans Affair and its staff, tortuous breach of contract in 1973 and of all his applications violating Veterans

Affair 55 year Rule and Protected Status, their Intentional Wrongful Acts against Plaintiff that they have Breached their Contract with Plaintiff and the United States Government giving rise to prosecution for FELONY EXTORTION under 18 U.S.C. § 1964(1)(A) or even a CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968) constitutes not only obstructions of justice under the RICO Act, but also Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses in Veterans Affair Continuing Criminal Enterprise (CCE) for over fifty-two (52) years. Plaintiff's benefits that are the 'false writings' of Veterans Affair altering Plaintiff's benefits prior to moving from Kerrville, Texas forcing Plaintiff to be Homeless positioning Plaintiff to live in an apartment complex which had construction defects. Plaintiff, is entitled to punitive damages based upon lump sum payment to compensate Plaintiff's loss of benefits or a total because of Veterans Affair and its staff, tortuous breach of contract in 1973 and of all his applications violating Veterans Affair 55 year Rule and Protected Status, their Intentional Wrongful Acts against Plaintiff that they have Breached their Contract with Plaintiff and the United States Government giving rise

to prosecution for FELONY EXTORTION under 18 U.S.C. § 1964(1)(A) or even a CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968) constitutes not only obstructions of justice under the RICO Act, but also Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act violations through a scheme or artifice to defraud Plantiff. These are in fact Plaintiff's benefits in the Protected Status pursuant to Veterans Affair 55 year Rule, violating Petitioner's Civil Rights 18 U.S.C. § 241 Conspiracy Against Rights and 18 U.S.C. § 242 Deprive Under Color of Law, violations in this matter may be heard as a Continuing Criminal Enterprise (CCE) have established their TREASON and the Defendants, and each of them, should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) while they are held and prosecuted for their crimes against Plaintiff and Veterans!

VETERANS AFFAIR REFUSE OF BENEFITS INCLUDING REFUSAL TO PAY PETITIONER'S HEART DOCTOR AND PETITIONER WAS TOLD IN A CALL DIRECT FROM THE HEART DOCTOR'S OFFICE FEBRUARY 28TH 2025. THE 100% SERVICE CONNECTED DISABLED BENEFITS STOLEN FROM PETITIONER WHEN IN FACT DONALD LEE KARR WAS NEVER IN THE MILITARY,' Donald Richard Karr Jr. in pro per the Petitioner and the Plaintiff in this matter before the Court, for cause of action, to be heard by a Judge and Jury, that is including but not limited to, the Writ part of this Complaint, a Judge and Magistrate, but not a magistrate alone.

Petitioner is intentionally a HOMELESS VIETNAM VETERAN. BECAUSE OF VETERANS AFFAIR, President Donald J. Trump [has refused to upgrade Donald Richard Karr Jr. for approximately seven years because he is knowing giving 'all of his benefits as a 100% Service Connected Disabled Veteran since on or about September 1973' to Donald Lee Karr (also know Donald Richard Karr the Petitioner and Plaintiff herein) time that he be upgraded, payment needs to be determined for

Donald Richard Karr Jr. and his family, his wife and child for approximately fifty eight (58) years since February 1968 now more than $18,000,000], AND GOODWILL SSVF KRISTIN REITER 505 East #rd Avenue, Spokane, Washington 99202. PETITIONER WAS REFUSED ANY HELP TO OBTAIN HOUSING, WHEN IN FACT DONALD RICHARD KARR JR., PRESENTED KRISTEN REITER A DUPLEX IN COEUR D' ALENE IDAHO THAT SHE REFUSED TO USE A VETERANS AFFAIR PROGRAM TO PAY FOR DONALD RICHARD KARR JR HOUSING, INSTEAD KRISTEN REITER WANTED TO FORCE HIM TO GET A VOCHURE TO GET HIS BANK ACCOUNT INFORMATION AND TAKE APPROXIMATELY 52 YEARS OF BENEFITS AND GIVE THEM TO DONALD LEE KARR, THEREFORE DONALD RICHARD KARR JR. HAD NO CHANCE TO FIND HOUSING AND OR A PLACE TO LIVE INTENTIONALLY BECAUSE VETERANS AFFAIR WANTS TO KILL PETITIONER OR FIND A WAY TO TAKE HIS BENEFITS AND GIVE THEM TO DONALD LEE KARR THAT President Donald J. Trump is part of this Racketeering and Organized Crime at Veterans Affair.

PETITIONER CAN'T GET A PLACE BECAUSE KRISTIN REITER HAS INTENTIONALLY PAID FOR NOTHING FOR PETITIONER SINCE HIS FIRST CONTACTING GOODWILL SSVF TO HELP PETITIONER'S MOVE OR STORAGE OR OTHERWISE.

IN PETITIONER'S SINCERE EFFORTS TO SETTLE THE FACT THAT HE IS ALWAYS REFUSED HIS UPGRADE OF BENEFITS HE SENT A 33 PAGE DETAILED LETTER TO PRESIDENT DONALD J. TRUMP ON FEBRUARY 18, 2025 THAT THE UNDISPUTED FACTS ARE THAT DONALD RICHARD KARR JR BENEFITS WERE STOLEN BY DONALD LEE KARR ON OR ABOUT SEPTEMBER 1973 given to Donald Lee Karr also known as Donald Richard Karr with his violations of 10 U.S.C. § 906 Art 106 Impersonating Donald richard Karr Jr. as a Solider, a felony, as an undisputed fact, and he has also committed these felonies in concert with these criminals, including Dr. Robert Fisher MD. That are the facts which are part of Petitioner's DUE DILIGENCE

The failure of Veterans Affair to pay the billings they represented they would pay include payment of Petitioner's doctors, tests and medications. No medications have been supplied to Petitioner in December 2024 except from an ER visit to Spokane with a minimum amount supplied, in January and February 2025 only three medications from the extensive list supplied by Dr Glenn Volyn. Petitioner is paid

his monthly 30% Service Connected Disability as a single man nothing for his family is paid. Petitioner is over burdened with copay cost of his medications and copay of doctors, ER visits and never paid by Veterans Affair because his 100% Service Connected Disability is given by Veterans Affair including Petitioner's TRICARE INSURANCE to Donald Lee Karr, who has never served in the Military.

PETITIONER CONTACTED ST. VINCENT DE PAUL AND GOODWILL SSVF IN SPOKANE WHO SAID THEY WOULD HELP HIM, BUT NO EFFORT TO THE DATE OF THE FILING OF THIS UPDATED AMENDED CASE No. CV-25-2-BIG-TJC WITH THIS COURT that is now a 'Void Judgment for AMENDED CASE No. CV-25-2-BIG-TJC'. REFUSAL TO HELP PETITIONER HAS RESULTED IN NO PLACE FOR LIVE FOR PETITIONER. WHEN PETITIONER GAVE KRISTIN REITER THE DUPLEX RENTAL AND INFORMATION IN COEUR D' ALENE, IDAHO THAT HE WANTED TO RENT, KRISTIN REITER DID NOT CALL PETITIONER BACK TO HELP find housing as result Petitioner has been homeless since August 2024. PETITIONER OBTAIN NO HELP WITH GOODWILL SSVF IN SPOKANE FOR THIS APARTMENT AND GOODWILL SSVF IN SPOKANE REFUSED TO HELP HIM.

IN THIS CASE PETITIONER IS HOMELESS AND HAS FILED WITH THE COURT TO OBTAIN HIS 100% SERVICE CONNECTED DISABILITY BENEFITS FROM 1973, PETITIONER HAS HIS VETERANS AFFAIR BENEFITS IN THE 55 YEAR

PROTECTED STATUS AT VETERANS AFFAIR AS A 100% SERVICE CONNECTED DISABLED VETERAN SINCE 1973. PETITIONER SUBSEQUENTLY GAVE NOTICE THAT HE WANTS TO MOVE TO MONTANA, YET WHEN ASKED KRISTIN REITER TOLD HIM SHE COULD HELP, BUT SHE HAS DONE NOTHING FOR PETITIONER OR HIS WIFE TO MOVE MONTANA AS PETITIONER REQUESTED.

UHAUL OF COEUR D' ALENE MANAGER AND KRISTIN REITER OF GOODWILL HAVE NOT COME TO TERMS AND NO EFFORT HAS BEEN MADE TO PAY FOR THE MOVE FROM THE COEUR D' ALENE APARTMENT OR EITHER STORAGE AT UHAUL OR STORE LOCAL AS REPRESENTED BY KRISTIN REITER OF GOODWILL TO THE PETITIONER FROM BACK IN AUGUST 2024 WHEN PETITIONER MOVEED FROM FALLS CREEK, AND THE PETITIONER AS A RESULT IS HOMELESS. NEITHER OF ANY OF THESE LADIES CAN WORK TOGETHER. PETITIONER MOVED FROM TEXAS TO IDAHO AND

**VFW (VETERANS OF FOREIGN WARS) PAID FOR THE MOVE. PETITIONER IS HOMELESS WHILE VETERANS AFFAIR IS PAYING DONALD LEE KARR ALSO KNOW AS DONALD RICHARD KARR, PETITIONER'S 100% SERVICE CONNECTED DISABILITY BENEFITS INCLUDING HIS TRICARE INSURANCE. REFUSING PETITIONER'S 100% SERVICE CONNECTED BENEFITS INCLUDES HIS TRICARE INSURANCE. Petitioner has received a call from His Health Care provider and they have told Petitioner that Veterans Affair has refused all payments viod any written documents they sent to Petitioner they would pay, therefore as an undisputed fact they have given all of Petitioner's 100% Service Connected Disability Benefits including his TRICARE INSURANCE to Donald Lee Karr. Petitioner benefits are now in the Protected Status since 2003, pursuant to Veterans Affair 55 year Rule. Veterans Affair and Organized Crime Group(s) are violating Petitioner's Civil Rights 18 U.S.C. § 241 Conspiracy Against Rights, 18 U.S.C. § 242 Deprive Under Color of Law and 28 U.S.C. § 1983 violation of Petitioner's Civil Rights plus violations of 10 U.S.C. § 906 Art 106 Impersonating me as a Solider, a felony, as an undisputed fact violating the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification**

documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, have established their TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 and each of them, should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) who is also known as Donald R. Karr] have stolen my benefits, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) at Veterans Affairs as their way of conducting illegal business and in a government agency, to continue their embezzlement of payments of my benefits for their money laundering and identity theft violations worked at Veterans Affair that has been using my social security number since 1973.

Please Note Dr. Robert Fisher MD Spokane Washington Veterans Affair Director and once again given notice to provide diabetic shoes immediately to Petitioner. Now that Petitioner has been to Emergency Room on the 12th of January 2025 with the 10 pages attached from Kootenai Emergency Room shown in Exhibit VI, that Veterans Affair in fact will pay, nor have they paid anything on these bills from the Kootenai Doctors and

**Kootenai Health or Petitioner's doctors, the emergency room because of failure or Dr. Robert Fisher MD Spokane Washington Veterans Affair Director to provide the shoes back on September 9th 2024 (now shoes shown on the last two pages of this amended complaint. Dr. Robert Fisher MD Spokane Washington Veterans Affair Director send Petitioner a letter shown in Exhibit VI and say you will pay Dr. Volyn and medications sending three medications in over two weeks shown all of my medications.**

**Dr. Robert Fisher MD Spokane Washington Veterans Affair Director Failure to upgrade Donald Richard Karr Jr Vietnam Veteran to 100% Service Connected Disabled Vietnam Veteran Since 1973 and now a separate Malpractice Doctors Complaint is shown in this Petition against your against Dr. Robert Fisher MD that Petitioner files in addition to this updated AMENDED WRIT & COMPLAINT CASE NO. CV-25-2-BIG-TJC**

**Dr. Robert Fisher MD and Veterans Affair Director** refused to upgrade Petitioner as a Vietnam Veteran who has been rated 100% Service Connected Disabled Veteran since

1973 and again June 26th 2015. This is because of the Veterans Affair Union AFOLCIO is giving Petitioner 100% Service Connected benefits since 1973 are given to Donald Lee Karr also known as Donald Richard Karr **violations of 10 U.S.C. § 906 Art 106 Impersonating Donald Richard Karr Jr and using Donald Richard Karr Jr social security number since 1973 as a Solider, a felony, as an undisputed fact, and Dr. Robert Fisher MD and Donald Lee Karr also known as Donald Richard Karr have committed these RICO felonies acting in concert with the Veterans Affair criminals, including Dr. Robert Fisher MD.**

To **Dr. Robert Fisher MD's** failure in **Dr. Robert Fisher MD** attempt to Murder Petitioner' with your staff sending Insulin January 16th 2025 to Petitioner, one of the only three (3) medications and vitamins **Dr. Robert Fisher MD** office has sent for 30 days to Petitioner, on Dr Glen Volyn list of medications in approximately four weeks that **Dr. Robert Fisher MD** have had since Dr. Volyn contacted **Dr. Robert Fisher MD staff, Dr. Robert Fisher MD and his staff** have refused to send a diabetic meter that Petitioner waited 30 minutes to have sent to Petitioner with no results or effort on **Dr. Robert Fisher MD**, no needles clearly are intentional acts to murder Petitioner. **Dr. Robert Fisher MD** refusal to upgrade petitioner in your conspiracy with Kathy Malin Regional

Director in Boise are duly noted and **Dr. Robert Fisher MD** actions in fact are with Kathy Malin TREASON in your continual Veterans Affair Union Conspiracy with DONALD LEE KARR also known as Donald Richard Karr who has been getting Petitioner's 100% Service Connected Disability Benefits since on or about September 1973, more than six hundred eighty-two (682) felonies since September 1973 that are **violations of 10 U.S.C. § 906 Art 106 Impersonating Petitioner as a Solider, a felony, as an undisputed fact, and you have also committed these felonies in concert with these criminals that are killing Veterans for their benefits. Perhaps Donald Lee Karr also known as Donald Richard Karr is actually Lucifer and you have failed to tell us.**

As you know **Dr. Robert Fisher MD,** Dr. Micheal Abrahams over four (4) years ago and Veterans Affair Chief of Staff Dr. Rebecca Meier were assigned to be Petitioner's doctors but as Petitioner doctor Petitioner never heard from Dr. Micheal Abraham or Veterans Affair because he made no effort to do any thing for Petitioner. This was communicated to Petitioner by Kaylie Ecker at that time, but yet Petitioner has heard nothing from any of you. As a matter of fact at that same time Cody in the Pharmacy sent me a new meter to check my diabetic reading with test strips that read 35 points higher than the actual reading in an attempt to murder Petitioner so Petitioner to think there must be some connection between Cody and **Dr. Robert Fisher MD** because the VA doctor Arturo Llanos in Kerrville Texas tried to murder Petitioner by overdose in October 2013 and

Petitioner spent three (3) trips to Boerne Methodist hospital to finally get past it from this attempt at killing Petitioner.

This has however affected Petitioner's health since then. As an undisputed fact Dr. Llanos case attempted murder of me and time will be referred the US Prosecutor and Petitioner thinks it will be a matter of TREASON in this prosecution that Dr. Arturo Llanos spends his time in GITMO with others who seem to think they are Above the Law. But to be specific I think too you are guilty and you should be prosecuted because Petitioner is a 100% Service Connected Disabled Veteran since 1973 and again in 2015 yet no one at Veterans Affair will treat Petitioner as his 100% Service Connected disability has been established, they refuse Petitioner 100% Service Connected benefits.

Petitioner was given a **CPAC machine in 2014 because of the Sleep Apnea Test October 2014 that W. John Ryan MD, Board Certified Internal Medicine Doctor in Boerne, Texas that is an automatic upgrade of 50% Service Connected Disability clearly demonstrating Veterans Affair prejudice of Donald Richard Karr Jr. On June 26th 2015 Veterans Affair diagnosed Donald R. Karr, Jr. with type 2 Diabetes (insulin dependent) and Tinnitus, which is 30% Service Connected Disability rating,** that establishes 100% Service Connected Disability rating for the second time in June 26th

2015 which in fact an undisputed fact. Petitioner has TRICARE INSURANCE since 1973 but it is used by **Donald Lee Karr also known as Donald Richard Karr and his family**. Veterans Affair has been down grading Petitioner refusing Petitioner benefits to Petitioner because of Donald Lee Karr, clearly a coward, that Petitioner met in 1978, because his father [Donald Ray Karr who died December 8th 2014], who must be in HELL now sitting next to Lucifer waiting for the rest of the family to arrive.

**Petitioner think now that Petitioner benefits are now in the Protected Status since 2003 pursuant to Veterans Affair 55 year Rule. Veterans Affair and Organized Crime Group(s) are violating my Civil Rights 18 U.S.C. § 241 Conspiracy Against Rights, 18 U.S.C. § 242 Deprive Under Color of Law and 28 U.S.C. § 1983 violation of Petitioner's Civil Rights plus violations of 10 U.S.C. § 906 Art 106 Impersonating me as a Solider, a felony, as an undisputed fact violating the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft**

**(access device fraud by the Government) since 1973, have established their TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 and each of them, should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) who is also known as Donald R. Karr]** have stolen my benefits, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) at Veterans Affairs as their way of conducting illegal business and in a government agency, to continue their embezzlement of payments of my benefits for their money laundering and identity theft violations **worked at Veterans Affair that has been using Donald Richard Karr Jr. social security number since 1973.**

My Emphysema #6603 disease condition and COPD #6604 disease conditions that are now Stage II are shown in Methodist Boerne Emergency Room notes by three (3) Texas Board Certified ER Doctors [(1) Becky Doran MD (November 10, 2013 visit to ER); (2) Liza Chopra MD (November 27, 2013 visit to ER); and (3) Craig Gerstenkom MD (December 31, 2013 visit to ER)] and also established by the COPD #6604 test of W. John Ryan MD Texas Board Certified Internal Medicine, test January 10th 2014, again establishes my 100% Service-Connected Disabled conditions in 2013 and 2014 with all of these conditions and tests that are in the Veterans Affair Computer that have been forwarded to Veterans Affair since 1973. My allergies noted in Veterans Affair Doctors notes in 2004 and 2005, 2013 and

2014 that make the Veterans Affair award on or about November 4th 2013 a 'false writing and fraudulent award' as an undisputed fact, the third test ordered in August 2013 would have established Petitioner **Donald Richard Karr Jr.** was 100% Service Connected Disabled, but Marie L. Weldon, Director at Veterans Affair in San Antonio, Texas, canceled the third Test to produce a 'false finding and false writing' of Donald Richard Karr, Jr. test for Petitioner's 100% Service Connected Disability status. Veterans Affair care for Petitioner's 100% Service Connected Disability Diseases for his Chronic Bronchitis #6600 condition, because of Petitioner has small and large bronchial tubes, Petitioner's Asthma #6602 disability may also send him to the hospital because of Petitioner's allergies. Petitioner's Emphysema #6603 disease condition and COPD #6604 disease conditions are conditions which the progression of the diseases that have now become COPD #6604 which Veterans Affair refuses **Donald Richard Karr Jr.** treatment as a 100% Service Connected Disabled Veteran.

It is an undisputed fact that, DONALD LEE KARR did not serve in the military, when in fact Donald Richard Karr Jr., served in the US Army and has provided Veterans Affair his DD 214 and has proved medical proof from doctors at Veterans Affair, plus four (4) Board Certified Doctors in 2013 and 2014, plus many Private and Veterans Affair doctors subsequent to my checking into San Antonio Veterans Affair in November 2011 of his disability conditions and medical status, as a veteran, to establish Petitioner is the veteran

that the military benefits belong to which again are noted as Donald R. Karr, Jr. on TRICARE Insurance billing dated May 13th 2022, that is an undisputed fact that it is my TRICARE Insurance in said bill from TRICARE Insurance.

Plus let us not forget Dr. Arturo Llanos who tried to KILL Petitioner to take my Veterans Affair Computer Profile at Veterans Affair, that is 'Obstruction of Justice in the Criminal Enterprise within Veterans Affair' with Petitioner **Donald Richard Karr Jr.** benefits that were stolen in November 2011 at San Antonio Veterans Affairs, by David Caudill and Marie Weldon that were originally awarded to me in California in 1973, and again in Reno Veterans Affair on or about 2004, when Petitioner had Gallbladder Surgery at Reno, Nevada Veterans Affair! David Caudill and Marie Weldon conspired with Dr. Arturo Llanos to murder Petitioner by Overdose on or about October 23rd 2013. These Continuing Criminal Enterprise (CCE) have established their Veterans Affair illegal ratings and David J. Caudill and Marie Weldon TREASON, and each of them, should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) for TREASON while they are held and prosecuted for their crimes against Petitioner **Donald Richard Karr Jr.** and Veterans!

The Emphysema #6603 disease condition and COPD #6604 disease conditions are shown in Methodist Boerne Emergency Room notes by three (3) Texas Board Certified ER Doctors [(1) Becky Doran MD (November 10, 2013 visit to ER); (2) Liza Chopra MD

(November 27, 2013 visit to ER); and (3) Craig Gerstenkom MD (December 31, 2013 visit to ER)] and also established by the COPD #6604 test of W. John Ryan MD Texas Board Certified Internal Medicine, test January 10th 2014, again establishes **Donald Richard Karr Jr.** 100% Service-Connected Disabled conditions in 2013 and 2014 with all of these conditions and tests that are in the Veterans Affair Computer that have been forwarded to Veterans Affair since 1973. My allergies noted in Veterans Affair Doctors notes in 2004 and 2005, 2013 and 2014 that make the Veterans Affair award on or about November 4th 2013 a 'false writing and fraudulent award' as an undisputed fact, the third test ordered in August 2013 would have established me as 100% Service Connected Disabled, but Marie L. Weldon, Director at Veterans Affair in San Antonio, Texas, canceled the third Test to produce a 'false finding and false writing' of Donald Richard Karr, Jr. test for

**Donald Richard Karr Jr.** 100% Service Connected Disability status. Veterans Affair care for **Donald Richard Karr Jr.** as 100% Service Connected Disability Diseases for his Chronic Bronchitis #6600 condition, because Petitioner **Donald Richard Karr Jr.** has small and large bronchial tubes, Asthma #6602 disability may also send me to the hospital because of Petitioner's allergies. My Emphysema #6603 disease condition and COPD #6604 disease conditions are conditions which the progression of my diseases that have now become COPD #6604 which Veterans Affair refuses Petitioner **Donald Richard Karr Jr.** treatment as a 100% Service Connected Disabled Veteran.

On or about October 23rd 2013 Petitioner **Donald Richard Karr Jr.** received his Toxic Mixture of Medications from Dr. Arturo R. Llanos MD who was in Walmart in Kerrville, Texas a few days later, after he gave Petitioner the overdose of this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, that the Petitioner **Donald Richard Karr Jr.** was told to take every four (4) hours, with the specific oral instructions given to Petitioner **Donald Richard Karr Jr.** by Dr. Arturo R. Llanos MD GOLD TEAM. Dr. Arturo R. Llanos MD with his son at Walmart in Kerrville Texas and when Texas Dr. Arturo R. Llanos MD saw me he looked as if he had just seen a ghost! Dr. Arturo R. Llanos MD GOLD TEAM Veterans Affair doctor saw me and departed with his son from Walmart immediately without buying anything. Clearly Dr. Llanos it was his attempt to murder Petitioner **Donald Richard Karr Jr.**.

In December 2014 Dr. Arturo R. Llanos MD and Marie L. Weldon conspired and killed Carlos Cortez by overdose, another Vietnam Veteran 82nd AIRBORNE. It was Carlos Cortez final wish to be buried at Ft. Sam in San Antonio. Marie L. Weldon blocked this from happening for six (6) weeks, while Carlos Cortez body laid in a card board box at the Funeral Home, until a three star general stepped in so he could be buried. Carlos had to be cremated because of Marie L. Weldon made it so his body could not viewed in a casket. It was said in San Antonio and Kerrville, Texas that Marie L. Weldon was responsible for over three hundred (300) deaths of veterans as the Director of Veterans Affair supervising both the Kerrville and the San Antonio Veterans Affair. Marie L. Weldon came up on to Petitioner's porch where Petitioner **Donald Richard Karr Jr.** lived in Kerrville without a bra or invitation! Marie L. Weldon Continuing Criminal Enterprise (CCE) obtained the nick name at Veterans Affair of Crazy Bitch by the veterans who worked at the Kerrville Veterans Affair.

Kathy Malin Regional Director in Boise Idaho Veterans Affair who is part of the Criminal Regime and Organized Crime Group at Veterans Affair has downgraded

Petitioner **Donald Richard Karr Jr.** with 'false writings and ratings' with Petitioner **Donald Richard Karr Jr.** in the **'Protected Status of the 55 years Rule at Veterans Affair since 2003'** such that my 100% Service Connected Disability Benefits can not be downgraded at Veterans Affair to 30% Service Connected Disability.

It is impossible for me to obtain Petitioner's TRICARE Insurance and now in 2020 Medicaid Insurance, without in the State of Idaho without being able to use Petitioner's Medicaid that the State of Idaho refuses to give to Petitioner **Donald Richard Karr Jr.** because it has been given to Donald Lee Karr and his family to use in addition to Petitioner's TRICARE Insurance!

Wayne Clair Johnson, doing business as Lake City Shoe Repair conspiracy with Veterans Affair, which has done nothing so that Petitioner have not been given Petitioner's diabetic shoes since 2015 that Mike Olsen in Kerrville Texas VA has been stealing or the stolen shoes in 2020 and 2021 by Wayne Clair Johnson, that VA refused to replace, or supply Petitioner **Donald Richard Karr Jr.** any shoes since 2015 because of the scam from Mike Olsen of Veterans Affair and now Wayne Clair Johnson RICO Act violations. Veterans Affair has not replaced these shoes are both violating **10 U.S.C. § 906 Art 106 Impersonating me as a Solider, a felony,** should be taken to **GITMO** for their trial to determine if they get a Life Sentence for what they have done to Petitioner and other Veterans where when they die they would be buried in the PRISON yard, so they can

never return to the United States and their citizenship revoked for their intentional and illegal acts of TREASON, 18 U.S.C. § 2381 & 2384 and 28 USC § 2412 Crimes Against me and other Veterans. Donald Richard Karr Jr., should now obtain three (3) pairs of shoes annually from Veterans Affairs, inserts and six (6) pairs diabetic shocks for each pair of shoes since 2015 from Veterans Affair and now including 2023 and 2024 or thirty-six (36) pairs of diabetic shoes because of the scam from Mike Olsen of Veterans Affair in Kerrville, Texas and Wayne Clair Johnson that as a reasonable good faith solution a total of thirty-six (36) pairs of diabetic shoes size 11-1/2 EEE, thirty-six (36) pairs of diabetic shoes inserts size 11-1/2 EEE, and six (6) pairs diabetic shocks for each pair of shoes size large. Any Moron knows that I don't wear a size 12EEEEE I weigh 149-170 pounds and would probably be 400+ pounds in order to wear a size 12EEEEE shoe.

**1. PETITIONER HAS HAD A STROKE FROM THE STRESS CAUSED BY VETERANS AFFAIR CONSPIRACY OF DR. ROBERT FISHER MD SPOKANE WASHINGTON DIRECTOR AND KATHY MALIN WHO INTENTIONALLY REFUSE PETITIONER HIS 100% SERVICE CONNECTED DISABILITY BENEFITS**

AND TRICARE INSURANCE MAKING IT IMPOSSIBLE FOR PETITIONER TO OBTAIN MEDICAL TREATMENT WITHOUT INSURANCE THAT WILL PAY FOR THE MEDICAL TREATMENT HE NEEDS INCLUDING DOCTORS FOR:

A. HEART TESTS AND POSSIBLE SURGERY FOR A HEART VALVE THAT NEEDS TO BE REPLACE.

B. EYE SURGERY REQUIRING A $4,500 COPAY FOR CATARACTS that Veterans Affairs refuses to Pay for and Tricare Insurance has Petitioner's social security number but refuses to give to Petitioner Donald Richard Karr Jr. and instead gives to Donald Lee Karr instead of Petitioner Donald Richard Karr Jr. since 1973 when Petitioner's benefits were given to Donald Lee Karr.

C. PAYMENT OF OUTSTANDING MEDICAL BILLS AND OTHER COPAY CHARGES THAT PETITIONER CAN'T PAY AND VETERANS AFFAIR REFUSES TO PAY ALTHOUGH THEY PROMISED TO PAY.

D. PETITIONER Donald Richard Karr Jr. IS HOMELESS AND IS NOW 77 YEARS OLD AND NEEDS HELP TO HAVE A PLACE TO LIVE AND MOVE TO MONTANA BUT VETERANS AFFAIR REFUSES TO HELP PETITIONER.

PETITIONER WORKS WITH THIS LITIGATION ONLY WHEN HE CAN UTILIZE SPACE OF THE NON PROFITS AND LIBRARIES BECAUSE HE HAS NO

PLACE TO LIVE. THE EVIL MANAGERS OF VETERANS AFFAIR AND TRICARE INSURANCE, KENDRA BECKER, MICHELLE FREDERICK AND MARY STILEN, INCLUDE BUT ARE NOT LIMITED TO Doctor Robert Fisher MD SPOKANE WASHINGTON Veterans Affair and Kathy Malin Regional Director Boise Idaho who on or about July 2018, had President Donald Trump, during his first term as President, was told to give Petitioner his benefits, over six years, but Kathy Malin has done nothing and is punishing Petitioner Donald Richard Karr Jr. as a Whistle Blower the last six (6) years because they working at Veterans Affair stealing the Veterans benefits so they get nothing because that are kill veterans and take their benefits:

1. Petitioner Donald Richard Karr Jr. needs eye surgery but must pay the copay is $4,500 from the doctors for the surgery has been ignored by Veterans Affair and can not be scheduled by the Petitioner when in fact Petitioner Donald Richard Karr Jr. has TRICARE Insurance. Donald Lee Karr who is acting in concert with Veterans Affair to refuse Petitioner's benefits;

2. Petitioner Donald Richard Karr Jr. has had a stroke and can not proceed with the medical needs to obtain his medical problem again because for the surgery Donald Richard Karr Jr. has been ignored by Veterans Affair and can not be scheduled when in fact Petitioner Donald Richard Karr Jr. has TRICARE Insurance. Donald Lee Karr is acting in concert with Veterans Affair and TRICARE Insurance to refuse Petitioner's

benefits;

3. Petitioner has broken his sun glasses for seeing distance and his close up glass need to be the updated prescription, but can not get them replaced for two months, Donald Richard Karr Jr. has been ignored by Veterans Affair and can not be scheduled when in fact Petitioner has TRICARE Insurance who is acting in concert with Veterans Affair to refuse Petitioner's benefits and the has attached the eye glass prescriptions and the mail received regarding only payment for Dr. Glen Volyn and possible medications;

4. Petitioner Donald Richard Karr Jr. up till now denied any medications to replace the medications that Donald Richard Karr Jr. needs that Medicare Insurance will not pay for because the Store Local will not release these medications. Petitioner Donald Richard Karr Jr. has been ignored by Veterans Affair and can not be scheduled at Veterans Affair when in fact Petitioner has TRICARE Insurance who is acting in concert with Veterans Affair to refuse Petitioner's benefits, not Petitioner must have his have Donald Richard Karr Jr. TRICARE Insurance for himself and his family now his wife and two children;

5. Petitioner is not the only Veteran that is denied his benefits alone Butch Andrews waited three months to get a tooth pulled and finally a dentist pulled his tooth for $25;

**6. Don Frank who is a Vietnam Veteran, 80 years old who was 100% Service Connected Disabled for ten years and then down graded to 70% Service Connected Disabled when as an undisputed fact he was also in the 55 Year Protected Status at Veterans Affair and can not be down graded to 70% Service Connected Disabled but the Veterans Affair is controlled and managed by Doctor Robert Fisher MD and Kathy Malin who are evil criminals that their Racketeering Crimes at Veterans Affair that have a mandatory Federal Prison Sentence for each month that they use the computer to create false and fraudulent writings to take Veterans benefits from them for their TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and**

Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Veterans. Don Frank must be paid his 100% Service Connected Benefits. Don Frank since Plaintiff's original filing has fallen and cracked his skull and at this writing the Plaintiff has not been able to talk with him. The fall has been serious and the fear is he may die, he is disoriented, and does not know who he is.

7. Rick Garnett, who is a Vietnam Veteran, 77 years old who is 90% Service Connected Disabled and has proof of the undisputed fact that he is 100% Service Connected Disabled is refused the additional 10% Service Connected Disabled but the Veterans Affair is controlled and managed by Doctor Robert Fisher MD and Kathy Malin who are evil criminals that their Racketeering Crimes at Veterans Affair that have a mandatory Federal Prison Sentence for each month that they use of the computer to create false and fraudulent writings to take Veterans benefits from them for their TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Veterans. Rick Garnett must be paid his 100% Service Connected Benefits.

8. Richard B. Centola, who is a Vietnam Veteran, 83 years old who is without

any Service Connected Disabled and has proof of the undisputed fact that he is 100% Service Connected Disabled is refused the Service Connected Disabled and payment of his medical costs but the Veterans Affair is controlled and managed by Doctor Robert Fisher MD and Kathy Malin who are evil criminals that their Racketeering Crimes at Veterans Affair that have a mandatory Federal Prison Sentence for each month that they use of the computer to create false and fraudulent writings to take Veterans benefits from them for their TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Veterans. Richard B. Centola must be paid his 100% Service Connected Benefits and payments of his hospital bills.

9. Donald Richard Karr Jr. Petitioner and Plaintiff has had his benefits taken by Veterans Affair is controlled and managed by Doctor Robert Fisher MD and Kathy Malin who are evil RICO criminals that their Racketeering Crimes at Veterans Affair that have a mandatory Federal Prison Sentence for each month that they use the computer to create false and fraudulent writings to take Veterans benefits from them for their TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A

**SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Veterans. Donald Richard Karr Jr must be paid his 100% Service Connected Benefits and upgrade of his benefits including his TRICARE Insurance immediately and must be paid all his damages for over fifty-two (52) years.**

**Clearly there are many Veterans that are subjected to Veterans Affair use of the computer to create false and fraudulent writings to take Veterans benefits from them for their TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Veterans.**

Donald R. Karr, Navy also know as Donald Ray Karr. Veteran Affair illegal TRICARE Insurance payments that Veterans Affair has taken from Petitioner's 100% Service Connected Disability benefits since 1973, when in fact Petitioner **Donald Richard Karr Jr.** it is Petitioner's TRICARE, since 1973, that involves fraud, embezzlement, failure to pay taxes for over fifty two (52) years, by Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff **Donald Richard Karr Jr.**, that Donald Lee Karr has stolen **Donald Richard Karr Jr.**. 100% Service Connected Disability Benefits since 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING**

**A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, that said Respondents, and each of them, should be taken to Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) while they are held and prosecuted for their crimes against Petitioner** ch of them, began in 1973 now ignore every effort to be transparent, follow the Rule of La**and other financial and RICO Act related crimes. Racketeering Crimes at Veterans Affair that have a mandatory Federal Prison Sentence for each month for TREASON, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that these violations of the Petitioner's 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a

particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). It is an undisputed fact that copay deductions from Petitioner's Benefits for TRICARE Insurance payments are illegal because it is Petitioner **Donald Richard Karr Jr.** Tricare Insurance since 1973. It is Donald R. Karr, Navy Veteran who does not have the TRICARE Insurance shown in Petitioner's Veterans Affair Profile, because Petitioner Donald Richard Karr, Jr., has qualified for TRICARE Insurance in 1973 and therefore it is an undisputed fact 'Petitioner has TRICARE Insurance' and it is using Petitioner's Social Security Number that was a number that was issued in the State Of Michigan, Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, that makes TRICARE illegal copay payments being deducted and taken from Petitioner's Veterans Affair Disability monthly payments, are as an undisputed fact, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** violations of 18 U.S.C. § 1028, 18 U.S.C. § 1028A and 18 U.S.C. § 1029 because Donald R. Karr, Navy Veteran, is

in the 100% Service Connected Disabled side of Petitioner's Profile and Petitioner is in the 30% non service connected disabled side of Petitioner's Profile. Petitioner receives no current 100% Service Connected Disability Benefits, including but not limited to, Petitioner has never received any education benefits since his first 1973 application, 1973 VA Application no. C XXXX6558. Petitioner has a C XXXX6558 issued in 1973. Petitioner's education benefits have all been paid to Donald R. Karr, Veterans Affair Employee and Navy Veteran family, specifically his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits since 1973, are **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, attended** UCLA and UCLA Law School and his grandson Donald Ray Karr, are all **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against**

**Petitioner, Donald Richard Karr Jr.,** who went to UCLA with Petitioner's GI BILL Educational Benefits. The predicated acts alleged here cluster around criminal infringement of the Veterans Affair Employees, the Respondents, and each of them, over fifty one (51) years of theft of Petitioner's 100% Service Connected Veterans Benefits, that began on or about September 1973 when Donald R. Karr, Navy Veteran Veterans Affair Employee illegally redirected Petitioner's 100% Service Connected Veterans Benefits, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** trafficking in certain money laundering activities of the stolen Petitioner's veterans money and benefits, tampering with and retaliation against Petitioner to the date of filing this Petition, which Veterans Affair, the Respondents, and each of them, for over fifty one (51) years RICO ACT Crimes include trying to KILL Petitioner for his benefits, including by overdose so the Respondents, and each of them, can obtain the cash value of Petitioner's Profile, Veterans Affair and it's Employees, have acted for their own unjust-enrichment and are not protected by the WESTFALL Act of 1988 28 U.S.C. Section 2679, that has been altered at Veterans Affair to payout benefits of Petitioner to the Respondents, and each of them, others who have been enriched for said cash value,

interstate mail fraud of stolen property, Obstruction of Justice, Obstruction of Criminal Investigations, obstruction of State and local law enforcement, peonage and slavery. **See 18 U.S.C. §§ 2319, 2320, 1512, 1513. 2315, 1503, 1510, 1511 and 1581 thru 1588 respectively**.

Other RICO predicated acts, although *appearing* to be isolated events, were actually part of the overall conspiracy and *pattern of Racketeering Activity* alleged herein, e.g. mail fraud and bank fraud. **See 18 U.S.C. §§ 1341 and 1344, respectively.**

The primary objective of the *Racketeering Enterprise* has been to inflict severe and sustained economic hardship upon the Petitioner, that in fact as an undisputed fact, began on or about September 1973 when Donald R. Karr, also known as Donald Ray Karr who died December 8th 2014, Navy Veteran illegally redirected Petitioner's 100% Service Connected Veterans Benefits, to his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits since 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against**

**Petitioner,** with the intent of impairing, obstructing, preventing and discouraging Petitioner **Donald Richard Karr Jr.** from writing, publishing, investing and conducting judicial activism to stop these activities within the Veterans Affair by the Respondents, and each of them.

Petitioner, **Donald Richard Karr Jr.**, had to get off the internet completely to draft his complaints and writs because starting in Kerrville, Texas where a Veterans Affair Police Officer lived above him at the apartments and he put 'logic bombs' in Petitioner's computers!

The fact that these Racketeering Crimes of Veterans Affair, the Respondents, and each, by the continued production of false documents and false writings of Petitioner's ratings and status as a 100% Service Connected Disable Veteran since 1973, with **VETERANS AFFAIRS DUTY OF GOOD FAITH AND FAIR DEALING! AS A STRICTLY MINISTERIAL DUTY OF CARE VETERANS AFFAIRS HAS DEMONSTRATED GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. § 1001** and violations by Veterans Affair Management, and it's Employees, the Respondents, and each of them, that have acted for their own unjust-enrichment voids

the Obama, Trump and Biden Executive Orders in the operation of Veterans Affair and clearly these Executive Orders are unconstitutional as an undisputed fact.

The undisputed fact is Petitioner **Donald Richard Karr Jr.** has observed the theft and money laundering at Veterans Affair by its employees and Veterans Affair Management. The examples are endless. Mario Alcorta worked in the Sterile Processing Lab with the Petitioner **Donald Richard Karr Jr.** when Petitioner was a CWT worker or contract worker for Veterans Affair at Veterans Affair in Kerrville Texas. Mario Alcorta was stealing surgical scissors from the lab everyday, three or four pairs at a time, plus IV Pumps in a gym bag. When Petitioner **Donald Richard Karr Jr.** made a Whistle Blower Complaint against Mario he was fired from his job in 2013. Mike Olsen was stealing shoes from the mail opening Veterans US Mail and taking what he wanted. When Petitioner again made a Complaint Veterans Affair in 2015 Veterans Affair stopped giving Petitioner his two pairs of diabetic shoes with six pairs of shocks each pair and diabetic inserts for the shoes. Therefore there can be no doubt that organized crime is running Veterans Affair, because if not, the security guards at Veterans Affair who are Veterans Affair Police, would not allow this to take place while they sanction this criminal behavior at Veterans Affair as the Petitioner is witness at each Veterans Affair facility he has been too!

Petitioner **Donald Richard Karr Jr.** spent three (3) trips to the ER at Methodist Hospital Trauma Level Four Hospital in November 2013 and December 2013, that his Service Dog

MAX woke him each time when he was five months old, saving Petitioner's Life, to keep from dying from Veterans Affair Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas at Veterans Affair from the overdose of medications that Petitioner was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner of a medication that is a twelve (12) hour medication.

Petitioner's last doctor at Veterans Affair in Kerrville, Texas was Dr. James Graham, MD that was a good Veterans Affair doctor. When Petitioner **Donald Richard Karr Jr.** came to Coeur d' Alene, Idaho he had to go to private doctors at Heritage Health for his doctors that **Donald Richard Karr Jr.** Medicare paid for, and he had to pay the copay costs, because **Donald Richard Karr Jr.** could not take the chance of getting yet another Veterans Affair doctor like Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas at Veterans Affair, who again would try to KILL PETITIONER. Petitioner **Donald Richard Karr Jr.** worked at Veterans Affair in Kerrville, Texas as a contract labor worker in the

Sterile Processing Lab where **Donald Richard Karr Jr.** made his rounds to all the Wards to bring them supplies each day. Petitioner **Donald Richard Karr Jr.** is diabetic and he witness how Veterans Affair doctors handle the diabetic Veterans during the time **Donald Richard Karr Jr.** worked in the hospital. Rather than giving the Veterans a heart doctor to diagnose their needs, as Petitioner **Donald Richard Karr Jr.** has had here in Coeur d' Alene, the diabetic Veterans have their legs cut off when they reach the Petitioner's age is now seventy-seven (77) years old with the progression of the disease. Petitioner **Donald Richard Karr Jr.** would go into the wards during his shift at the hospital witness what Veterans Affair did to the Veterans. Then Petitioner **Donald Richard Karr Jr.** would come home and break down crying at what he saw.

The Respondents, and each of them, in these actions by Veterans Affair, and the Veterans Affair Employees, and Veterans Affair Employees Union AFGE (AFOL-CIO) membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner, continue with their undisputed attempts to murder Petitioner, that are specifically for the purpose to continue their embezzlement of payments of Petitioner's 100% Service Connected Disability 1973 benefits for their money laundering and identity theft violations for an upgrade of Petitioner **Donald Richard Karr Jr.** to 100% Service Connected Disabled as he quaiifiied for in 1973 that is in February 2025 six hundred eighty two (682) months and Twenty Five Million ($25,000,000) lump sum payment that

is owed to Petitioner **Donald Richard Karr Jr.** for benefits that have stolen and given illegal to Donald Lee Karr also know by Petitioner's name Donald Richard Karr, that is **violations of 10 U.S.C. § 906 Art 106 Impersonating Donald Richard Karr Jr. as a Solider, a felony, as an undisputed fact, and other Veterans Affair Employees that have also committed these felonies in concert with these criminals, including Dr. Robert Fisher MD.,** that is in fact Identity Theft violation **as an undisputed fact violating the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBERCRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973 Two Hundred Fifty Million ($250,000,000have established their TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 and each of them, should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba**

**(GITMO) who is also known as Donald R. Karr veteran and Veterans Affair Employee Donald R. Karr]** have stolen my benefits, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) at Veterans Affairs as their way of conducting illegal business and in a government agency, to continue their embezzlement of payments of **Donald Richard Karr Jr. the** Petitioner's benefits for their money laundering and identity theft violations **at Veterans Affair that has been using Donald Richard Karr Jr. Petitioner's social security number since 1973 violations that** Kathy Malin Regional Director in Boise Idaho Veterans Affair who is part of the Criminal Regime and Organized Crime Group at Veterans Affair has downgraded Petitioner with 'false writings and ratings' with Petitioner in the 'Protected Status of the 55 years Rule at Veterans Affair since 2003' such that Petitioner's 100% Service Connected Disability Benefits can not be downgraded at Veterans Affair to 30% Service Connected Disability, **rising to the level of Racketeering Activities under the RICO Act that Petitioner should receive punitive damages of Two Billion Five Hundred Million ($2,500,000,000) Dollars, violating Petitioner's Civil Rights 18 U.S.C. § 241 Conspiracy Against Rights, 18 U.S.C. § 242 Deprive Under Color of Law and 28 U.S.C. § 1983 that Petitioner should receive punitive damages of Twenty Five Billion ($25,000,000,000) Dollars, that began in 1973 in Veterans Affair's employees Organized Crime of Petitioner Benefits set the**

**Racketeering Groups at Veterans Affair Killing of Veterans and with Petitioner Donald Richard Karr Jr. the attempts on Donald Richard Karr Jr. life and Elder Abuse that all Defendants should sentenced to thirty years in Prison.**

Petitioner's TRICARE Insurance should be given to the Petitioner **Donald Richard Karr Jr.** immediately because Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff **Donald Richard Karr Jr.** that Donald Lee Karr has stolen **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits since 1973, has no legal rights to have it assigned to him from benefits that are the Petitioner's benefits. The refusal of Veterans Affair payments of Petitioner's medical needs in the last over five (5) years, no payment of Choice Doctor or Private Doctors and Doctors Tests because it is an undisputed fact they are paid for by Medicare, with no medical care payments to doctors or medications whatsoever from Veterans Affair should be paid immediately the Petitioner **Donald Richard Karr Jr.** has been 100% Service Connected Disabled since 1973.

**Donald Richard Karr Jr.**, the Petitioner, was deployed in Germany US Army USAREUR

in the Special Weapons Depot, in April 1969 to December 1970, seventy-seven (77) years and **Donald Richard Karr Jr.** is the person that the 100% Service Connected Disability Benefits, GI BILL Educational and Chapter 34 Education Benefits and TRICARE Insurance were awarded to him in 1973.

**Donald Richard Karr Jr.**, the Petitioner, is shown as the sponsor of TRICARE Insurance, that shows Petitioner **Donald Richard Karr Jr.** has TRICARE Insurance benefits, and that Petitioner's Social Security Number that he obtained in the State of Michigan, not California as Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff **Donald Richard Karr Jr.** that Donald Lee Karr also know as Donald Richard Karr, has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, ad Donald Lee Karr also know as Donald Richard Karr, has used **Donald Richard Karr Jr**. Social Security Number. Donald Lee Karr also know as Donald Richard Karr, has used **Donald Richard Karr Jr.** Social Security Number to obtain his TRICARE Insurance since on or about 1973, which is given to all 100% Service Connected Disabled Veterans that TRICARE Insurance will not give to Plaintiff/Petitioner **Donald Richard Karr Jr.** PETITIONER CONTACTED TRICARE INSURANCE CONTACTING KENDRA BECKER, MICHELLE FREDERICK

AND MARY STILEN, but they continue to give Petitioner's TRICARE Insurance when as an undisputed fact Petitioner **Donald Richard Karr Jr.** is 100% Service Connected Disabled and **Donald Richard Karr Jr.** needs to have payment of copay for his eye surgery, seventy-seven (77) years old, for the estimated copay cost of $4,500, Veterans Affair doesn't pay any of these charges and it is the obligation of TRICARE Insurance to pay **Donald Richard Karr Jr. medical payments** plus Veterans Affair and TRICARE Insurance is obligated for payment of Heart Doctor Costs not paid, that Petitioner is still waiting for the results of the stress and stroke he had to know exactly what happened when to emergency, Petitioner has to go to the dentist and still **Donald Richard Karr Jr.** TRICARE Insurance has not made any effort to help Petitioner with any dental costs have been paid by them and there are numerous other Health Care payments not paid by Veterans Affair and TRICARE Insurance not paid but they are required to Pay that years of payments are causing Plaintiff Donald Richard Karr Jr. credit problems.

The TRICARE Insurance shows DONALD R. KARR JR, the Petitioner, as the sponsor and Donald Richard Karr that the second side of Petitioner's Profile that is 30% Service Connected Disability but the payment does not represent his family status. DONALD R. KARR JR, the Petitioner, is designated by TRICARE Insurance as Sponsor with his Social Security number as the Sponsor. The Patient is shown as Donald Richard Karr who in this case is also the Petitioner who is in the 30% Service Connected Disability side of

Petitioner's Profile at Veterans Affair. The Veterans Affair Profile of DONALD R. KARR JR, has two (2) sides in Veterans Affair, not one.

**Petitioner who alleges Veterans Affair Union Employees, the Respondents, and each of them, entered into a conspiracy with the Veterans Affair Employees that began in 1973 and that continues to the date of filing this Petition. Veterans Affair Union Employees, Donald R. Karr, also know as Donald Ray Karr, former Veterans Affair employee in 1973, and his son Donald Lee Karr, the Respondents, and each of them, money laundering and identity theft violations in five (5) decades, plus they have stopped and blocked all attempts for Petitioner to obtain his GI Bill Educational Benefits or any Educational Benefits under Chapter 34 and redirected Petitioner's TRICARE Insurance in said conspiracy to ignore every effort to be transparent, follow the Rule of Law, producing false documents and false writings of Petitioner's ratings and status as a 100% Service Connected Disable Veteran since 1973.**

Now, since relocating to Coeur d' Alene, Idaho in 2016, because of Mike Olsen, a Veterans Affair Union Representative has, blocked Petitioner **Donald Richard Karr Jr.**

from receiving any additional shoes from Veterans Affair since 2015. Petitioner **Donald Richard Karr Jr.** can not get the correct size diabetic shoes, from Medicare because Veterans Affair's vendor Wayne Clair Johnson, has not given Petitioner **Donald Richard Karr Jr.** his Veterans Affair shoes in 2020 and 2021 plus he has also stolen the 2022, 2023, 2024 and soon the 2025 shoes that he ordered in size 12 EEEEE for another customer he is selling the shoes to, Wayne Clair Johnson has never measured Petitioner **Donald Richard Karr Jr.** for a pair of shoes, because he has stolen Petitioner's shoes **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, ten pairs of Veterans Affair shoes, twelve (12) felonies for Impersonating Petitioner and committing TREASON, Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner that he should be taken into custody and taken to GITMO,** Veterans Affair has not sanctioned Wayne Clair Johnson's RICO Act and Racketeering operation and refused to replace said shoes for Petitioner **Donald Richard Karr Jr.**. Veterans Affair's vendor Wayne Clair Johnson refused to order Petitioner's correct size shoes based upon the fact Donald Richard Karr Jr., Petitioner has never been measured for his shoes for Petitioner to obtain his actual shoe size! The Petitioner's shoe size is based upon the needs of a third party person that Veterans Affair's vendor Wayne Clair Johnson is ordering Petitioner's Veterans Affair shoes for. Veterans Affair's vendor Wayne Clair Johnson ordered

Petitioner's shoes, that were paid for that Veterans Affair in Spokane, who paid in 2020 and 2021 plus he is still obtaining Petitioner's diabetic shoes and will in 2025, for Veterans Affair shoes for one of Wayne Clair Johnson's other customers. These are in fact violations by Veterans Affair's vendor Wayne Clair Johnson of **18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government)** by the Respondents, and each of them, rising to the level of Racketeering Activities with demonstration of the Doctrine of Unclean Hands for Wayne Clair Johnson, doing business as Lake City Shoe Repair, representing Veterans Affair, ordered and received payment from **Veterans Affair and MEDICARE for Petitioner for two (2) pair of MEDICARE shoes, four (4) pairs in 2020 and 2021 of Veterans Affair diabetic shoes for Petitioner that were not the correct size shoes to fit Petitioner paid for by Veterans Affair.** The correct size shoes for Petitioner is 11 1/2 EEE measured by a Board Certified Foot Doctor. The correct size shoe Petitioner is 11 ½ EEE and Wayne

Clair Johnson has stolen and refused Petitioner's eighteen (18) pairs of diabetic shoes and inserts.

The wrong size shoes from Veterans Affair and Petitioner **Donald Richard Karr Jr.** did not get his Veterans Affair Diabetic Shoes from Wayne Clair Johnson, doing business as Lake City Shoe Repair. Wayne Clair Johnson, doing business as Lake City Shoe Repair, ordered Petitioner four (4) pair of Veterans Affair Shoes and two (2) Medicare shoes that will soon be six (6) pairs of Medicare shoes, for a total of six (6) pairs of shoes for 2020, 2021, 2022, 2023, 2024 and 2025 that did not fit Petitioner and Petitioner was not measured for the shoes by Wayne Clair Johnson, for a total of eighteen (18) pairs of diabetic shoes, or eighteen (18) felonies **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY**. Wayne Clair Johnson, doing business as Lake City Shoe Repair resold the Veterans Affair shoes to another customer violating Petitioner's **Civil Rights 18 U.S.C. § 241, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government)** as the Organized Crime Group that began with Donald Ray Karr also known as Donald R. Karr, Veterans Affair Union

Employee in 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that began this Money Laundering and Identity Theft since 1973, rising to the level of Racketeering Activities **under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** that Wayne Clair Johnson, has been impersonating Petitioner as a solider, a violation **10 USC 906 Art 106** and can be held for Court Marshall for said actions for Impersonating a Solider a Crime, plus violating Petitioner's Civil Rights 18 U.S.C. § 241, plus their violations under th**e Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, rising to the level**

**of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). The undisputed facts are that the actions of Wayne Clair Johnson and Mike Olsen has stolen twenty-two (22) pairs of diabetic shoes from Petitioner violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** in their conspiracy to impersonate the Petitioner as a Solider, is Veterans Affair, its Management including Robert Fisher MD Director of Veterans Affair in Spokane, Washington and Kathy Malin Regional Director in Boise, Idaho that are conspiring to take Petitioner's 100% Service Connected Disabled benefits to Donald Lee Karr also know as Donald Richard Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** the Respondents, and each of them, refuse Petitioner his medications because Doctor Robert Fisher MD and Kathy Malin Regional Director refuse to give Petitioner his three (3) month supply of Petitioner's medications that are on the list since Dr. Glen Volyn developed with Petitioner when on or about February 2018 Dr. Volyn was appointed by Veterans Affair to be **Donald Richard Karr Jr.** doctor by Veterans Affair.

The Respondents, and each of them, with the Petitioner's stolen shoes to sanction the actions of Wayne Clair Johnson doing business as Lake City Shoe Repair conspiracy with Veterans Affair, the Respondents, and each of them. Veterans Affair has refused to replace, or supply Petitioner any shoes since 2015 because of the scam from Mike Olsen at Veterans Affair and now Wayne Clair Johnson RICO Act violations.

Donald Richard Karr Jr., Petitioner should now obtain three (3) pairs of shoes, inserts and six (6) pairs diabetic shocks for each pair of shoes since 2015 from Veterans Affair, and now including 2025, because of the scam from Mike Olsen of Veterans Affair, Wayne Clair Johnson and Spokane Veterans Affairs **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, in these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** which show Petitioner's shoe size as '12 EEEEE, a false size of one of Wayne Clair Johnson's other customers', that as a reasonable good faith solution a total of thirty-six (36) pairs of diabetic shoes size 11-1/2 EEE, measured by a Board Certified Foot Doctor but not measured by Wayne Clair Johnson; thirty-six (36) pairs of diabetic shoes plus inserts size 11-1/2 EEE that were in fact measured by a foot doctor, and six (6) pairs diabetic shocks for each each pair of shoes size large from Veterans Affair.

Regardless of this failure by Veterans Affair that began in Kerrville, Texas in 2015 no effort

by Veterans Affair has been made to the date of filing this Petition by Veterans Affair to make good on the wrongful acts of Mike Olsen and Wayne Clair Johnson, doing business as Lake City Shoe Repair **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** with the specific diabetic shoes for replacement shown in "Exhibit III" herein that is attached hereto and incorporated herein by this reference. Petitioner asks that Court Prosecute the Respondents, and each of them, Criminally **under 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 2015, plus Veterans Affair Management, the Respondents, and each of them, for violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act.**

**Jurisdiction** This Honorable Court on the matters contained in this **CERTIORARI WRIT 'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES WITH VETERANS AFFAIR ATTEMPTED MURDER OF PETITIONER'** and has original

jurisdiction pursuant to the RICO remedies at 18 U.S.C. § 1964, and the holdings of the U.S. Supreme Court in Tafflin vs. Levitt, 493 U.S. 455 (1990), and the U.S. Court of Appeals for the Ninth Circuit in Lou vs. Beivberg, 834 F. 2d 730 hn. 4 (9th Cir. 1987) and violations of the RICO Act CYBER CRIMES 18 U.S.C. §§ 1028, 18 U.S.C. § 1028A and 18 U.S.C. § 1029.

The obstruction anticipated by Petitioner has now occurred in that federal case, in part by impersonation of Petitioner by the Respondents, and each of them, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

It is apparent to the Petitioner **Donald Richard Karr Jr.**, who hereby makes a formal offer to prove, that the instant action should not be prosecuted as a criminal matter because if demonstrable bias and prejudice by Veterans Affair, the Respondents, and each of them.

Petitioner **Donald Richard Karr Jr.** received no medical benefits from Veterans Affair, because Spokane Veterans Affair has stopped Petitioner's benefits because of Petitioner's Whistle Blower Complaints since early 2024, including no payments of doctors, no payments of tests over fifty-five (55) times or medications for Petitioner **Donald Richard Karr Jr.**, as a 100% Service Connected Disabled veteran, that was

awarded 100% Serviced Connected Disability Benefits in 1973, but never given the award. The award 100% Serviced Connected Disability Benefits in 1973, was diverted and given to Donald Lee Karr also known as Donald Richard Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, in these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner that should be taken into custody and taken to GITMO,** that was set up by his father Donald R. Karr Veterans Affair Employee on or about September 1973, that are as an undisputed fact violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers,

possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that are the RICO Acts of the Respondents, and each of them, the undisputed Wrongful Acts, that started with diverting Petitioner's 100% Service Connected Disability benefits award and Donald Lee Karr going to Cal Poly Pomona State University 3801 W. Temple Avenue, Pomona, California 91768 with a fake Veterans Affair ID that his father Donald R. Karr also known as Donald Ray Karr, Veterans Affair Employee, created for his son Donald Lee Karr with Petitioner's information including **Donald Richard Karr Jr.** Petitioner's Social Security Number and his son Donald Lee Karr picture requesting a copy of Petitioner's transcripts from Cal Poly Pomona. Petitioner **Donald Richard Karr Jr.** was taking student loans to go to Cal Poly, because Petitioner **Donald Richard Karr Jr.** was refused any money to go to school by Veterans Affair from his GI BILL Benefits, on or about September 1973 at Veterans Affair. Donald R. Karr, Navy Veteran and Veterans Affair Employee, Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE**

**FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** and DONALD RAY KARR and Donald R. Karr Veterans Affair Employee on the Federal Level, for example, 28 U.S.C.A. § 1651 (a) provides that courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principals of law". In this case at bar the Court, 28 U.S.C.A. § 1651 (a) provides that court may act to issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principals of law". Veterans Affairs Employees and Respondents, and each of them, wrongful acts to be acted upon by Petitioner **Donald Richard Karr Jr.**. Petitioner **Donald Richard Karr Jr.** relied upon these representations, the false Veterans Affair writings, fraudulent Veterans Affair awards, which caused Petitioner's injury that includes but is not limited to, false writings, Libel, Slander and Defamation of Character plus Defamation of Petitioner's Civil Rights, as set forth herein. Veterans Affairs Employees, Respondents, and each of them, wrongful acts that have induced Petitioner **Donald Richard Karr Jr.** to act in a matter which Veterans Affairs Employees, Respondents, and each of them, wrongful acts have obtained the 100% Service

Connected Disability Benefits since 1973. Petitioner's 100% Service Connected Disability Benefits have been obtained through Petitioner's Profile over 26 times, that Petitioner's Profile was Electronically Turned On and Off without any upgrade of the Petitioner of his 100% Service Connected Disability benefits for Petitioner **Donald Richard Karr Jr.**. The theft of Petitioner's 100% Service Connected Disability Benefits, over Twenty-Six (26) times since 1973, seventy-seven (77) years old, without intention of paying Petitioner **Donald Richard Karr Jr.** plus Petitioner has been in Veterans Affair **Protected Status since 2003** which prevents Veterans Affair from Changing Petitioner's 100% Service Connected Disability Status since 1973 and in fact Veterans Affair is downgrading Petitioner's Benefits to 30% Service Connected Disability on Petitioner **Donald Richard Karr Jr.** 30% Service Connected Disability side of his Veterans Affair Profile.

Petitioner **Donald Richard Karr Jr.** as a Veteran is entitled to all of his 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits. **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, went to UCLA and**

UCLA Law School and his grandson Donald Ray Karr who went to UCLA with Petitioner's Educational Benefits should go to Federal Prison for the rest of their life. THE RESPONDENTS, and each of them, had AN AFFIRMATIVE PERFECT AND POSITIVE DUTY TO ACT; A DUTY OF GOOD FAITH AND FAIR DEALING; AS A STRICKLY MINISTERIAL DUTY OF CARE UNDER TORT LIABILITY: BUT THE VETERANS AFFAIR RESPONDENTS, AND EACH OF THEM, GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). The Veterans Affairs VIOLATIONS of the HOBBS AND RICO PREDICATED ACTS THAT VETERANS AFFAIR WILLFULLY AND KNOWINGLY MAKE AND USE FALSE WRITING AND DOCUMENTS, KNOWING THE SAME TO CONTAIN MATERIALLY FALSE, FICTITIOUS AND FRAUDULENT INFORMATION AND STATEMENTS ABOUT PETITIONER FOR HIS EMBEZZLED AND STOLEN VETERANS BENEFITS ARE RICO ACT CYBER CRIMES 18 U.S.C. §§ 1028 & 1029 against the Petitioner Donald Richard Karr Jr. that the Union Members of AFOLCIO, with other Union Members within Veterans Affairs, as Veterans Affair Employees who created the Money Laundering and Identity Theft over fifty two (52) years ago,

violating specifically Cyber Crimes to take, Petitioner's, Donald Richard Karr Jr's, 1973 award of his 100% Service Connected Disabled Veterans benefits in their Racketeering Activities with their violations of the HOBBS Act and RICO Act for over fifty two (52) years with Veterans Affair and its employees continue to willfully and knowingly make and use false writing and documents, knowing the same to contain materially false, fictitious and fraudulent information and statements about Petitioner's 1973 award for Donald Richard Karr Jr. service-connected award and benefits, from Veterans Affair of Petitioner's 100% Service-Connected Disability Award. POWER vs. BARNHART, 292 F.3D 781, 784 (D.C. CIR. 2002) (UNDER WELL-ESTABLISHED CIRCUIT LAW, MANDAMUS RELIEF IS AVAILABLE ONLY IF THREE (3) CONDITIONS ARE MET: (1) DONALD RICHARD KARR JR HAS A CLEAR RIGHT TO RELIEF; (2) VETERANS AFFAIRS HAS A CLEAR DUTY TO ACT; AND (3) THERE IS NO OTHER ADEQUATE REMEDY AVAILABLE TO PETITIONER, DONALD RICHARD KARR JR, 1973 Application No. CXX XX6 558, has met the three conditions Veterans Affairs refuses to upgrade the Petitioner, Donald Richard Karr Jr. because Respondents have setup Donald Richard Karr Jr's Profile and Veterans Affairs benefits so that Petitioner's Veterans Affairs benefits and

profile has been locked and stripped out so that Petitioner can't be upgraded or receive any additional benefits. Under the **Petitioner's Writ of Mandamus request he is entitled under 5 U.S.C. § 702 RIGHT OF REVIEW (A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking Writ of Mandamus relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: Provided, That any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance....) and 46 C.F.R. § 1.01–30(a), I am entitled to judicial review. Clearly review of Petitioner's Petition request exposes the undisputed fact of the matter before the court is for violations by Veterans Affair and its employees, legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statutes, that Petitioner Donald Richard Karr Jr. is entitled to judicial review thereof. that are RICO predicated Acts in their**

**organized RICO Act crimes against Veterans and the Petitioner for a period of over fifty-one (51) years at the very least creating money damages as equitable relief for the Petitioner Donald Richard Karr Jr. for the Veterans Affair refusal of benefits and stolen benefits, including but not limited, monthly disability benefits payments, medical expenses including medical and dental, stolen and refusal of payment of educational benefits that include educational benefits for Petitioner Donald Richard Karr Jr.**

**Petitioner Donald Richard Karr Jr., seventy-seven (77) years old, benefits are part of a 1946 Act of Congress and the Respondents, and each of them, and there is no other United States Law that has amended this 1946 Act of Congress to give the legal right of anyone to assume the Petitioner's 100% Service Connected Disability Benefits, stolen in 1973.**

The current illegal acts and the actions of Veterans Affair, its Union Membership, the Respondents, and each of them, that dishonor Petitioner's Service to his country active duty December 1967 through December 1970 includes, but is not limited to, the Sanctions that should be levied on the Respondents, and each of them, for the illegal

operation of Veterans Affair for over fifty two (52) years that said parties should be taken to Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) while they are held and prosecuted for their crimes against Petitioner **Donald Richard Karr Jr.** for their TREASON:

1. TRICARE INSURANCE using Petitioner **Donald Richard Karr Jr.** Social Security number and the fact that notice was given to TRICARE INSURANCE to stop and give Petitioner **Donald Richard Karr Jr.** TRICARE INSURANCE in letters to TRICARE INSURANCE. TRICARE Insurance billings dated January 30th 2023 and August 25th 2023 showing the Sponsor as Donald R. Karr Jr the Petitioner **Donald Richard Karr Jr.** and **Donald Richard Karr Jr.** social security number plus the letter sent to TRICARE Insurance Mary Stilen dated February 15th 2023. Petitioners' benefits so that Petitioner's 100% Service Connected Disability Benefits are given Donald Lee Karr who is not a Veteran and his family has made it impossible for Petitioner **Donald Richard Karr Jr.** to obtain his TRICARE Insurance when in fact PETITIONER CONTACTED TRICARE INSURANCE CONTACTING KENDRA BECKER, MICHELLE FREDERICK AND MARY STILEN. TRICARE INSURANCE sent someone to Petitioner's apartment to scare Petitioner **Donald Richard Karr Jr.**, because he told TRICARE INSURANCE they were using **Donald Richard Karr Jr.** Petitioner's social security number, with a battering ram at 1:00 am in the morning and knocked down to the apartment door across the hall when

in fact the person's wallet was next to the door and the criminal did not touch it.

2. Dr. Robert Fisher, MD Director of Spokane Veterans Affair conspiring with Kathy Malin, Regional Director in Boise Idaho, seventy-seven (77) years old have dishonored Petitioner's Service to his Country, the United States of America and have given Petitioner Donald Richard Karr Jr. Military Benefits to Donald Lee Karr also know as Donald Richard Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** through money laundering and identity theft, of DONALD RICHARD KARR JR, VA FILE NO. CXX XX6 558, U. S. ARMY VETERAN Service No. RAXXXX7616, and should be taken into custody and taken and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO] because they are part of the Organized Crime Group, Continuing Criminal Enterprise (CCE) are able to continue their money laundering and identity theft violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a

particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973:

a. to refuse Petitioner **Donald Richard Karr Jr.** his benefits refusing to replace Petitioner's eye glasses he uses for distance his sun glasses when Petitioner **Donald Richard Karr Jr.** supplied the prescription for the glasses to begin with when sun his glasses he needs the lenses is falling out of glasses.

b. to refuse Petitioner **Donald Richard Karr Jr.** his benefits refusing medications that Petitioner could not obtain without Veterans Affair help.

c. to change **Donald Richard Karr Jr.** medications and eliminate medications that Veterans Affair refuses to give **Donald Richard Karr Jr.,** from Dr. Glen Volyn Petitioner's Doctor that Veterans Affair would not give to **Donald Richard Karr Jr.** on or about February 2018; it appears to be Veterans Affair attempt once again to

murder Petitioner **Donald Richard Karr Jr.** as Dr. Llanos tried to do in 2013.

d. no payments of any medical cost by Veterans Affair only Medicare is paying these costs for Petitioner and Petitioner **Donald Richard Karr Jr.** has in fact been 100% Service Connected Disabled since 1973, because **Donald Richard Karr Jr.** spent his sixth week of basic training in the Ft Ord Hospital.

3. Petitioner was denied any upgrade when Kathy Malin Regional Director Veterans Affair Boise Idaho represented Petitioner but intentionally refused to upgrade Petitioner **Donald Richard Karr Jr.** in June 26th 2015 Veterans Affair diagnosed Petitioner with type 2 Diabetes and Tinnitus which is 30% Service Connected Disability rating, but Veterans Affair refused Petitioner **Donald Richard Karr Jr.** any upgrade in June 2015. The type 2 Diabetes and Tinnitus which is 30% Service Connected Disability rating, now in the Veterans Affair 55 year Protected Status, seventy-seven (77) years old, can not be changed although Veterans Affair continues there false writings and documents. Petitioner's medicaid was setup in 2020 without Petitioner's knowledge or notice of same for the Veterans Affair Criminal Regime that Kathy Malin [should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO] is part of the Organized Crime Group, Continuing

Criminal Enterprise (CCE) are able to continue their money laundering and identity theft violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973.

4. This Petition is about Tax Evasion that Veterans Employee Donald R. Karr, also know as Donald Ray Karr, former Veterans Affair employee in 1973, that setup his son Donald Lee Karr in the Veterans Affair Computer in Petitioner's Profile in a second side of Petitioner's Computer Profile so that he was able to Impersonate Petitioner **Donald Richard Karr Jr.** as Solider using his son and grandson to assume Petitioner's 100% Service Connected Disability Benefits, Petitioner's GI BILL Educational and Title 34 Education Benefits and Petitioner TRICARE Insurance in a Tax Evasion scam which his son and his wife had their child Donald Ray Karr born in September 21st 1985 to take the place of Petitioner's Daughter born in September 5th 1974. Veterans benefits 100% Service Connected Disability Benefits, Petitioner's GI BILL Educational and Title 34 Education Benefits and Petitioner TRICARE Insurance are not taxed or reported as income, for the

Veteran who is given the benefits. **Donald Lee Karr and Robyn L. Karr his wife, Donald Ray Karr their son, Jean Susan Karr Donald Lee Karr's mother Continuing Criminal Enterprise (CCE) since 1973 for the specific purpose to embezzle Petitioner's 100% Service Connected Disability Benefits with the Veterans Affair Profile (that has two sides) that the Respondents obtain the Petitioner's 100% Service Connected Disability that Donald Lee Karr is part and Petitioner Donald Richard Karr Jr. obtains 30 % Service Connected Disability, at eventy-six (76) years old (but will be seventy-seven (77) years old in February 2025).**

In Re: **Quigley, 1 Vet. App. 1 (1990) (Quoting from In the Matter of the Fee Agreement of Smith, 4 Vet. App. 487.,500 (1993)) would respectfully show the Court in this Petition for RICO ACT CERTIORARI WRIT 'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES WITH VETERANS AFFAIR ATTEMPTED MURDER OF Petitioner'.** Veterans Affair RACKETEERING ACTIVITIES WITH OVER FIFTY TWO (52) YEARS OF VIOLATIONS HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS CYBER CRIMES 18 U.S.C. §§ 1028, §1028A & § 1029 -Undisputed

acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner to KILL **Donald Richard Karr Jr.** to take Petitioner's Profile. The undisputed fact the Respondents, and each of them, are violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that are the Acts of the Respondents, and each of them, the undisputed conspiracy for over fifty one (51) years that gives them the opportunity for Attempted Murder of Petitioner, the Special Circumstances including the Attempted Murder of Petitioner in 2013, including but not limited to, trying to murder Petitioner by the doctor drug overdose of Petitioner by his Veterans Affair doctor Llanos and his medical team plus the Pharmacy.

Respondents, and each of them, Donald R. Karr, Navy Veteran and Veterans Affair Employee, employee of the United States Department of Veterans Affairs, Respondents and Employees and its employees and agents in the United States Department of Veterans

Affairs, specifically including the management at Veterans Affairs that have illegally drawn payments of Petitioner's 100% Service Connected Disability benefits, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY,EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** through money laundering and identity theft, of DONALD RICHARD KARR JR, VA FILE NO. CXX XX6 558, U. S. ARMY VETERAN Service No. RAXXXX7616, by using the DONALD RICHARD KARR or Donald R. Karr [a Veterans Affairs Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 married to Jean Susan Karr], for the money laundering and identity theft to obtain payment of Petitioner's Veterans Affair benefits through his Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b) that are as an undisputed the Petitioner's 1973 award of 100% service-connected disability benefits of Petitioner.

Veterans Affair Employee Kathy Malin, Regional Office Director at Boise Idaho on or

about November 13, 2018 however ignored her duty to President Donald J. Trump and did nothing to upgrade Petitioner when discovering that she had undisputed proof that currently Veterans Affairs refuses to upgrade Petitioner on or about July 31, 2018 (showing Asthma as the award when in fact Petitioner doesn't have Asthma but COPD which is a minimum of 60% service connected disability according to the COPD exacerbation test on or about November 9th 2017 done by Dr. Kevin Chang) now stage II, and Petitioner's Profile was found altered on or about July 18th 2018 because VA has setup Petitioner's Profile and benefits, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** in their money laundering and Identity Theft to be paid to Donald R. Karr, Navy Veteran who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 is shown as Donald R. Karr, Navy Veteran and Veterans Affair Employee TRICARE Insurance in Petitioner's profile the second person in Petitioner's Profile, using CXXXX6558 which is Petitioner's C number (DONALD R. KARR bought his home with wife Jean Susan Karr at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 in Diamond Bar, California in February 13, 1968, divorced his wife Susan in 1978, and sold his house on or about 1998 but has stolen the identity of DONALD RICHARD KARR, who is Petitioner's father, who owned a home at 20938 Flapjack Drive in Diamond

Bar, California buying this house in February 24, 1966 and the identity of Petitioner also named DONALD RICHARD KARR JR who owned a home at 3528 Crooked Creek, Diamond Bar, California buying the home in August 1, 1977 from Russel L. Scott and Marie E. Scott) shows that Veterans Affairs is violating specifically Cyber Crimes money laundering and identity theft which conforms to the definition rendered in the most recent case of the Ninth Circuit Federal Court in Nevada on December 19, 2013 that was rendered in the case involving David Ray Camez.

Petitioner **Donald Richard Karr Jr.** doesn't have Asthma but COPD which is a minimum of 60% serviceconnected disability immediately according to the COPD exacerbation test on or about November 9th 2017, done by Dr. Kevin Chang the specific test establishing Petitioner's Chronic Bronchitis (which has been service connected disabled conditions from childhood, because Petitioner has small and large bronchial tubes that is the reason Petitioner spent the sixth week of Basic Training in hospital in February 1968) the problem of upgrading Petitioner to a medical condition more than 30% Service Connected Disability Benefits, since 1973 because Petitioner's Chronic

Bronchitis was his primary condition and Asthma was in fact his secondary condition with the condition of hypertension which hydro chlorothiazide 12.5 mg medication list establishes Petitioner should also receive an additional 10% Service Connected Disability Benefits or total of a minimum of 70% Service Connected Disability Benefits immediately.

VETERANS AFFAIRS HAD AN AFFIRMATIVE PERFECT AND POSITIVE DUTY TO ACT THAT THEY BREACHED THAT WAS THEIR RESPONSIBILITY EVERY MONTH FOR OVER FIFTY ONE (51) YEARS BUT STILL THIS DUTY TODAY IS NOT DONE; A DUTY OF GOOD FAITH AND FAIR DEALING; AS A STRICTLY MINISTERIAL DUTY OF CARE UNDER TORT LIABILITY: GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) because of Donald R. Karr, Navy Veteran **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 is shown as Donald R. Karr, Navy Veteran and Veterans Affair Employee, the TRICARE Insurance in Petitioner's profile is Petitioner's TRICARE, but the second person in Petitioner's Profile Donald Lee

Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** is using Petitioner's TRICARE, in his Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b).

## ARTICLE I

## DISCOVERY CONTROL PLAN

Petitioner intends to conduct discovery pursuant to the Rules of the Court.

///

///

## ARTICLE II

## THE PARTIES

**A. Petitioner: Donald Richard Karr Jr., Vietnam ERA Veteran, the Petitioner** (1973 VA Application no. C XXXX6558) an RA XXXX7616 Regular Army Vietnam ERA

Veteran solider was deployed in Germany US Army USAREUR in the Special Weapon Depot, in April 1969 to December 1970, does qualify and has had TRICARE Insurance, since 1973, that TRICARE INSURANCE THAT VETERANS AFFAIR HAS GIVEN PETITIONER'S 100% SERVICE CONNECTED BENEFITS SINCE 1973, HAS ILLEGALLY GIVEN TO DONALD LEE KARR AND HIS FAMILY SINCE 1973. PETITIONER CONTACTED TRICARE INSURANCE CONTACTING KENDRA BECKER, MICHELLE FREDERICK AND MARY STILEN **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** THAT REFUSED PETITIONER'S TRICARE INSURANCE AND BENEFITS THAT HAVE CONTINUED USING PETITIONER'S SOCIAL SECURITY NUMBER TO GIVE DONALD LEE KARR, WHO IS IMPERSONATING PETITIONER a **violation of 10 U. S. C. § 906 ART 106**

**IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that is Obstruction of Justice in the Criminal Enterprise within Veterans Affair and TRICARE Insurance with its Employees and agents KILLING VETERANS FOR THEIR BENEFITS in the Veterans Affair and its Veterans Affair Union's Money Laundering and Identity Theft Racketeering operation. PETITIONER'S TRICARE INSURANCE GIVEN TO DONALD LEE KARR, AND HIS FAMILY, JEAN SUSAN KARR HIS MOTHER, ROBYN LEE KARR HIS WIFE AND HIS SON DONALD RAY KARR **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** that have used Petitioner's TRICARE INSURANCE since 1973 committing insurance fraud because Donald Lee Karr has never serve in the military and is Impersonating Petitioner, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY. EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.**

**B. Respondents, and each of them, in this 'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES INCLUDING ATTEMPTED MURDER OF**

**PETITIONER FOR HIS BENEFITS', TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr. to KILL him to take Petitioner's Profile and Benefits should now be taken into custody and transported to GITMO, Gauntannamo Bay Cuba, the Cuban Prison for Terrorist, to stand trial for their Treason against Petitioner and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968:** President Joesph R. Biden Jr., United States of America, Department of Veterans Affair, Denis Mc Donogh, Secretary of Veterans Affair, the Respondents, and each of them, shown as Does 1 through 2,500 Does, named Respondents, and each of them, that includes but is not limited to, Robert Wilkie, (asking for his Court Martial), Kathy Malin, Marie L. Weldon, Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, **with Donald R. Karr, Navy Veteran, TRICARE payments, illegally taken from Petitioner's VA 100% SERVICE CONNECTED Disability monthly payments, that are violations of 18 U.S.C. § 1028, 18 U.S.C. § 1028A and 18 U.S.C. § 1029,** Donald R. Karr, Navy Veteran his son Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE**

**FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** Donald R. Karr, Navy Veteran grandson and Donald Lee Karr son Donald Ray Karr, E. Leonard Fructher Petitioner's EX-Attorney, Cody in the Pharmacy Spokane Veterans Affair, Michael J. Cox, Kaylie Ecker, Patient Advocate representing the Petitioner and all under the supervision of Dr, Rebecca Meier, Chief of Staff, Spokane Veterans Affair, the subsequent group now in charge at Veterans Affair in Spokane including **Robert J. Fischer MD PACOG Medical Center Director, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Sarah Boardman Assistant Medical Center Director, David Sams MD Chief of Staff, Sam Mc Comas Associate Director Patient Care Services Nurse Executive and Will Haley Deputy Associate Director Patient Care Services Nurse Executive, Dr. Rebecca Meier MD, Chief of Staff of Spokane Veterans Affair, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Cody Union AFGE (AFOL-CIO) membership in the Pharmacy at Spokane Veterans Affair, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE**

**FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Michael J. Cox Union AFGE (AFOL-CIO) membership, Dr. John Mitchell, Dental Service Division Manager Data Point San Antonio, Victor H. Aquire, Union AFGE (AFOL-CIO) membership Clerk and Juanita Lenzo Union AFGE (AFOL-CIO) membership, who is an RN, Gold Team members**violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** and employees of Veterans Affair, Mike Olsen Union AFGE (AFOL-CIO) membership, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** the Podiatry Tech at Dr. Karen Brooks, MD, KMC Podiatry Clinic, Dr. Nora McKinney VA Medical Center Kerrville, Texas, Dental Department; Marie L. Weldon Union AFGE (AFOL-CIO) membership, former Fachie Director of Department of Veterans Affairs Medical Center San Antonio (hereinafter referred to as "DIRECTOR") and now the Los Angeles Veterans Affair Regional

Manager, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Emile Dufrene Union AFGE (AFOL-CIO) membership, Veterans Service Center Manager, Houston, Texas; Greg A. Becker, FACHE Director, MSCPAC, Mid-South Consolidated Patient Account Center, Smyrna, Tn 37167, P K Navara, RO Director VA Regional Office, Janesville, WI Wi 53547, Teena Black, PhD, CRC, Vocational Rehabilitation & Employment, San Antonio, Texas 78240, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Mario C. Alcorta employee Union AFGE (AFOL-CIO) membership of VA Medical Center Kerrville, Texas, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Paul Gregory Union AFGE (AFOL-CIO) membership Pharmacy employee of VA Medical Center Kerrville Pharmacy, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH**

**AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** Bynum Morris Union AFGE (AFOL-CIO) membership, John S. Gardipee of Volunteers of America and Tina Arvish Union AFGE (AFOL-CIO) membership, the outreach Nurse at Ft Harrison Veterans Affair, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** Navy Veterans Amber Anderson Union AFGE (AFOL-CIO) membership, Sarah A. Martin Union AFGE (AFOL-CIO) membership, Army Reserve Military Police Master Sergeant, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** Paul Hacker Union AFGE (AFOL-CIO) membership, Nurse Practitioner, of Veterans Affair in Spokane, Washington, CBOC Coeur d' Alene employees including the Captain of their VA Police Union AFGE (AFOL-CIO) membership **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28**

**USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.** , plus four clerks in 2020 **Union AFGE (AFOL-CIO) membership** that refuse to change or correct Petitioner's Profile at CBOC in Coeur d'Alene Veterans Affair Clinic, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Joel Sacconanno, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Eric Swanbeck, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., Bob Daugherty violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, of St, Vincent De Paul's homeless facility at 1620 East Sherman, Coeur d' Alene, Idaho 83814.** Petitioner came to Montana to live in my move from Kerrville, Texas with the help of VFW but Petitioner

is not a combat Veteran so the copies that Veterans Affairs sends to VFW are not with my approval! John S. Gardipee **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** at Volunteers of America interview! John S. Gardipee and Tina Arvish, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** the outreach Nurse at Ft. Harrison, Montana had Petitioner's phone Tapped at the Missoula Veterans Affair Clinic but John Gardipee refused to help Petitioner and he would not return Petitioner's calls and Veterans Affair, the Respondents, and each of them, **DOES 1 through** 2,500 **DOES,** the Petitioner reserves the right to amend this Petition and/or supplement this Petition to show the additional Respondents, that are the Organized Crime Group at Veterans Affair that caused the damages to the Petitioner over the past over fifty-one (51) years of the RICO Act Crimes at Veterans Affair which have been part of this Case of First Impression with Special Circumstances including the Attempted Murder of Petitioner, including but not limited to trying to murder Petitioner **Donald Richard Karr Jr.** by

doctor drug overdose of Petitioner **Donald Richard Karr Jr.** by his Veterans Affair doctor and his medical team, plus the Pharmacy in Kerrville Texas, in this 'Case of First Impression with Special Circumstances including the Attempted Murder of the Petitioner **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner**. In this case the Petitioner asserts and reserves the right to amend and/or supplement the allegations and other contents of this petition to conform with any additional evidence or information and/or to respond to any or all of the pleadings of the Respondents and/or any other party in the above numbered and styled civil action.

## ARTICLE III

## JURISDICTION AND VENUE

**A. Jurisdiction.** The Court has jurisdiction over the partied, the subject matter of the controversy, and the amount in controversy in this case.

**B. Venue.** The venue in this case is proper in the District of Washington at Spokane, Washington the Ninth Circuit Court Division.

## ARTICLE IV.

## FACTUAL BACKGROUND

**A. Introduction** Petitioner's 100% Service Connected Disability benefits that have been stolen from Petitioner since on or about September 1973 are an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES** as a

**PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) year Veterans Affair RICO Organized Crime Group, that have stolen Petitioner's 100% Service Connected Disabled benefits since on or about September 1973.**

1. This petition is for all of **Donald Richard Karr Jr.** Petitioner's stolen benefits, including but not limited to, Petitioner's 1973 award of 100% Service Connected Disability Benefits, including medical benefits, GI BILL and Educational Benefits, monthly 100% Service Connected Disability payments, since on or about September 1973, have been paid to Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** and his grandson Donald Ray Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** The

Petitioner's 100% Service Connected Disability Benefits, plus 100% GI BILL Educational Benefits have been paid to Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** and his family. but they have been denied the Petitioner **Donald Richard Karr Jr.**. Payments are paid to Donald R. Karr, a former Union Employee at Veterans Affair, and his family (but Veterans Affair has denied Petitioner **Donald Richard Karr Jr.** his 1973 award of his 100% Service Connected Disabled benefits) through the 100% Service Connected Disability side of Petitioner's Profile. Petitioner has been held without any upgrade of benefits since on or about September 1973, when he was given the 30% non-service connected disability rating and side of his Profile at Veterans Affair. Petitioner's disabilities are and have always been, since on or about September 1973, when he returned his first GI BILL Education Checks to Veterans Affair in the Los Angeles area, **Donald Richard Karr Jr.** a 100% Service Connected Disabled veteran, when the Petitioner's 1973 award of **Donald Richard Karr Jr.** 100% Service Connected Disability was stolen at Veterans Affair and assigned to, and paid to Donald R. Karr, a former

Union Employee at Veterans Affair, and his family, without their paying income tax on said stolen Petitioner's Veterans Benefits, paid to his son, Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr. A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** who is not a Veteran.

2. The actions that Respondents, and each of them, have conspired and done to Petitioner **Donald Richard Karr Jr.**, that has been for a period of over fifty two (52) year period that Veterans Affair RICO Organized Crime Group, have stolen Petitioner's benefits. **Since on or about September 1973 Veterans Affair and it's Employees, have acted for their own unjust-enrichment and are not protected by the WESTFALL Act of 1988 28 U.S.C. Section 2679.**

3. The refusal by Veterans Affair to award Petitioner's his 1973 award of **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits including, but not limited to, Petitioner's GI BILL Education Benefits because they have been stolen from Petitioner, by Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed

fact, the Petitioner/Plaintiff **Donald Richard Karr Jr.** that Donald Lee Karr has stolen **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits since 1973, and his grandson Donald Ray, over a period of fifty-eight (58) years, approximately six hundred eighty-two (682) months, that began with Petitioner's disabilities discover in February 1968, so that Petitioner has not been paid from February 1968 through February 2025, seventy-seven (77) years old six hundred eighty-two (682) months, that now total fifty-eight (58) years only to February 2024. The theft of Petitioner's 100% Service Connected Disability benefits, that is an undisputed fact, a violation of 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation).

4. Petitioner, Donald Richard Karr, Jr., was deployed in Germany US Army USAREUR in the Special Weapons Depot, in April 1969 to December 1970, is not Jewish, and has not been to Israel, but in fact Scottish and Irish, that originated with the family name spelled CARR dating back to the eleventh century when we were considered Indigenous Irish as Hunters. The Carr family fought in the Civil War on both sides, when Petitioner's Great Grand Father changed the spelling of the name from

CARR to KARR. Petitioner's family are Patriots and my father fought in World War II in General George Patton's Army freed the Jewish People from the Germans. Donald R. Karr, Navy Veteran and Veterans Affair Employee, that set up his son, DONALD LEE KARR, (now approximately 72 years old and graduated from high school on or about June 1969 clearly is a Coward who did not serve during the Vietnam War), **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** who assumed the Identity of Petitioner, Donald Richard Karr, Jr., in the Veterans Affair Computer in 1973 when he started his Impersonation of Petitioner **Donald Richard Karr Jr.** with his father DONALD RAY KARR also known as Donald R. Karr changed the Veterans Affair Computer to allow his son Donald Lee Karr to Impersonate Petitioner **Donald Richard Karr Jr.** using his Social Security Number Impersonating Petitioner **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** seventy-seven (77) years old **these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,**

5. Donald R. Karr, Navy Veteran and Veterans Affair Employee, that set up his son, DONALD LEE KARR, to use **Donald Richard Karr Jr.** Social Security Number in

**violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** to setup the illegal actions were as an undisputed fact, violations of the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government). DONALD RICHARD KARR JR, Regular Army RA XXXX7616 Vietnam Veteran (1973 VA Veterans Benefits Application NO. CXXXX6 558) shown herein as Petitioner **Donald Richard Karr Jr.** was the Veteran who applied for his benefits as Donald Richard Karr, Jr. as it is shown on Petitioner's DD 214. Donald R. Karr, Navy Veteran and Veterans Affair Employee, that set up his son, DONALD LEE KARR to take DONALD RICHARD KARR JR, Regular Army RA XXXX7616 Vietnam Veteran (1973 VA Veterans Benefits

Application NO. CXXXX6558) benefits is not a Veteran and has no Veterans Benefits. Veterans Affair has stopped DONALD RICHARD KARR JR, benefits because of Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** so that gets the Petitioner's benefits, that the Respondents, and each of them, in these actions by Veterans Affair, and the Veterans Affair Employees, and Veterans Affair Employees Union AFGE (AFOL-CIO) membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner continue with their undisputed attempts to murder Petitioner **Donald Richard Karr Jr.** that are for the purpose of embezzlement of payments of Petitioner **Donald Richard Karr Jr.** benefits **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** Petitioner, DONALD RICHARD KARR JR., has received no medications over the last five (5) years, no payment of Choice Doctor or Private Doctors and Doctors Tests because it is an undisputed fact they are paid for by Medicare, now over fifty-five (55) times with no

care or medications monthly whatsoever from Veterans Affair.

Veterans Affair Employees, the Respondents, and each of them, are illegally in violation of the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity, 18 U.S.C. §§ 1961(5), 1962(b) that began with the predicate acts including RICO ACT CYBER CRIMES 18 U.S.C. §§ 1028 & 1029, rising to the level of Racketeering Activities under the RICO Act, with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)! It is an undisputed fact that 'Veterans Affair Organized Crime Group' runs Veterans Affair since on or about September 1973!

6. In fact Cody in the Pharmacy Spokane Veterans Affair, Michael J. Cox, Kaylie Ecker, Patient Advocate representing the Petitioner **Donald Richard Karr Jr.**, and all under the supervision of Dr, Rebecca Meier, Chief of Staff, Spokane Veterans Affair [Spokane Veterans Affairs in fact, now continues trying the Premeditated the Murder of

Petitioner **Donald Richard Karr Jr.**, that began on or about October 23rd 2013, by Dr. Arturo Llanos, including by his drug overdose of Petitioner**Donald Richard Karr Jr.**, which Petitioner spent three (3) trips to the ER at Methodist Hospital Trauma Level Four Hospital, to keep from dying from Dr. Arturo Llanos overdose when Petitioner **Donald Richard Karr Jr.** was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner**Donald Richard Karr Jr.**]. Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair utilized in his attempt to Murder Petitioner with the help of Dr. Arturo R. Llanos MD's nurse Juanita Lenzo Gold Team RN told Petitioner to take every four (4) hours with the specific oral instructions given to Petitioner, DONALD RICHARD KARR JR., for his 'medical exacerbated 100% Service Connected disability disease conditions' with his Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 Stage 2 disease conditions. Petitioner, DONALD RICHARD KARR JR., was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner. The specific oral instructions given to Petitioner, for the purpose of killing Petitioner on or about October 23rd 2013, **with said medication toxic mixture as a weapon to silently kill Petitioner because the**

**Symbicort is a twelve (12) hour medication.**

7. Petitioner, Donald Richard Karr Jr., joined the US Army during the Vietnam War in September 1967 on a delayed enlistment program, because of security clearance requirement, after he graduated from Downey High School in June 1966, he joined the Army officially in December 1967. Petitioner's DD 214 shows him as Donald Richard Karr, Jr., but Veterans Affair has changed Petitioner's name to Donald R. Karr so that Petitioner's benefits could be redirected to Donald R. Karr, Veterans Affair Employee in the Los Angeles Veterans Affair group, without the Petitioner's knowledge that Petitioner's benefits had been stolen, Donald Richard Karr, Jr., alleges that in 1973 Veterans Affair allowed Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, to redirect and assume the identity of **Donald Richard Karr Jr.** Petitioner. Veterans Affair redirected **Donald Richard Karr Jr.** Petitioner's award for his 100% Service Connected Disability Award and GI BILL Education benefits on or about September 1973 to Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr**

**Jr.**. These actions, Petitioner, Donald Richard Karr, Jr., alleges in 1973 Veterans Affair allowed Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, to redirect and assume the identity of **Donald Richard Karr Jr.** Petitioner, and **all the Veterans Affair employees are not protected by the WESTFALL Act of 1988 28 USC § 2679 and are in violation of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of aparticular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government).**

8. Petitioner, Donald Richard Karr, Jr. served during the Vietnam War! Petitioner, Donald Richard Karr, Jr. records were altered at Veterans Affair in 1973, used so that Donald R. Karr changed the Petitioner's address in the Veterans Affair Computer so that showed Petitioner lived at 22042 Robin Oaks Terrace, Diamond Bar, California 91765 (that is not an address in Diamond Bar but 22402 Robin Oaks Terrace, Diamond Bar, California 91765 the real address) so Donald Lee Karr could use the benefits of Petitioner, Donald Richard Karr, Jr. for his son Donald Lee Karr **violations of 10 U. S. C.**

**§ 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERYMONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**. The undisputed fact is that Veterans Affair Employee Donald R. Karr was receiving his veterans benefits at 22402 Robin Oaks Terrace, Diamond Bar, California 91765. These specific RICO Act actions are Criminal and Civil RICO predicated acts of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner **Donald Richard Karr Jr.** so Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** and DONALD RAY KARR **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** can continue to steal Petitioner's 100% Service Connected Disability Benefits benefits and

the Respondents, and each of them, **are not protected by the WESTFALL Act of 1988 28 USC § 2679!**

9. The Petitioner, DONALD RICHARD KARR, JR. CXXXX6558, is 100% Service Connected Disabled Veteran that has had his benefits stolen that were established on or before September 1973 by the Veteran's Affairs is now a progression of his Primary Condition of Chronic Bronchitis 60% Service Connected Disability, medical condition. Petitioner **Donald Richard Karr Jr.** has shown that he is in fact still 100% service connected disabled by his doctor, Dr. Glen Volyn, Petitioner's Veterans Affair Choice doctor who has verified and reestablished that Petitioner's 100% service connected disabled conditions includes, but are not limited to, Chronic Bronchitis #6600 (which has been 100% Service Connected Disabled conditions from childhood, because Petitioner **Donald Richard Karr Jr.** has small and large bronchial tubes, that are the reason Petitioner spent his sixth week of Basic Training in hospital in February 1968. Petitioner's allergy trigger of cottonwood trees, mold and cedar allergies causing Petitioner, DONALD RICHARD KARR, JR. CXXXX6558, Asthma #6602 may send him to the hospital because of his allergies), Petitioner **Donald Richard Karr Jr.** has type 2 diabetes, COPD #6604 Stage 2 and PTSD establishing that Petitioner, DONALD

RICHARD KARR, JR. CXXXX6558 medical conditions that Petitioner is in fact still 100% Service Connected Disabled veteran. Petitioner **Donald Richard Karr Jr.** has a long history of being allergic to mold and cedar, dating back into the 1960s and 1970s. Amy Marrs of Spokane Veterans Affair who is a rating person for Veterans Disabilities at Veterans Affair in Spokane, on or about July 6th 2017 gave Petitioner **Donald Richard Karr Jr.** a rating of 100% service connected disabled. The reason why Petitioner **Donald Richard Karr Jr.** is not given these upgrades or ratings is because Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner **Donald Richard Karr Jr.** his benefits since 1973 except minimum benefits while they use Petitioner's Profile for their own unjust enrichment stolen from Petitioner since on or about September 1973, are an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC**

**§ 2412 Crimes Against Petitioner Donald Richard Karr Jr., RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) years Veterans Affair RICO Organized Crime Group that have stolen Donald Richard Karr Jr. Petitioner's benefits since on or about September 1973.**

10. Petitioner **Donald Richard Karr Jr.** has a history of Chronic Bronchitis due to small bronchial tubes. Petitioner's Chronic Bronchitis, that has turned into COPD for which Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 uses Anoro Ellipta. Amy Marrs of Spokane Veterans Affair, who is a rating person, for rating Veterans Disabilities. on or about July 6th 2017, gave Petitioner **Donald Richard Karr Jr.** a rating of 100% service connected disabled. The reason why Petitioner **Donald Richard Karr Jr.** is not given these upgrades or ratings is because Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND**

**EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**, son of Donald R. Karr, Veterans Affair Employee, and other Veterans Affair Employees, working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the **Donald Richard Karr Jr.** Petitioner's 100% Service Connected Disability benefits to the date of filing this Petition with this Court.

11. Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 has been diagnosed with type 2 diabetes and has family history of diabetes. Petitioner **Donald Richard Karr Jr.** has right hand and left hand Dupuytren's disease condition, PTSD that was established by Amy Marrs of Spokane Veterans Affair who is a rating person for Veterans Disabilities on or about July 6th 2017, gave Petitioner **Donald Richard Karr Jr.** a rating of 100% non-service connected disabled plus it has been established Petitioner has Sleep Apnea, for which Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 should be using a CPAP machine (not provided by Veterans Affair and that Veterans

Affair in Spokane has refused to supply Petitioner **Donald Richard Karr Jr.** the mask for his CPAC machine, with mask to clean in using the machine).The reason why Petitioner **Donald Richard Karr Jr.** is not given these upgrades or ratings is because Donald Lee Karr son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner **Donald Richard Karr Jr.** his benefits.

12. In August 2013 **Donald Richard Karr Jr.** met with a doctor supervising the tests prior to my tests and was told I was 100% Service Connected Disable. It is illegal to continue to refuse my benefits they are Protected in the 55 Year Protected Status and the benefits are 100% Service Connected Disabled since 1973, because I spent my sixth week of Basic Training in the hospital combining Chronic Bronchitis #6600 with mold and cedar allergies will cause you to stay in the hospital for a week at Ft. Ord during basic training in February 1968. The mold and cedar allergies with Petitioner **Donald Richard Karr Jr.** having small and large bronchial tubes cause Petitioner's Chronic Bronchitis #6600, that has now developed into COPD #6604, which Petitioner uses Anoro Ellipta. On June 26th 2015 Veterans Affair diagnosed Petitioner **Donald Richard Karr Jr.** with type 2 Diabetes and Tinnitus.

13, Noting that Petitioner's Veterans Affair Profile was modified to accept a new address that is not Petitioner's address, nor has Petitioner **Donald Richard Karr Jr.** lived

at 22042 Robin Oaks Terrace, Diamond Bar, California 91765, or 22402 Robin Oaks Terrace, Diamond Bar, California 91765, plus changing Petitioner's name in his Profile from DONALD RICHARD KARR JR, that appears on Petitioner's DD214 when he was discharge from the US Army showing his father's address as 20938 Flapjack Drive Diamond Bar, California 91765! The reason why Petitioner **Donald Richard Karr Jr.**is not given these upgrades or ratings is because Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr. A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner **Donald Richard Karr Jr.** his benefits.

**14. The failure by VARO EMPLOYEES INTENTIONAL FRAUD AND WRONG FULL ACTS OF VETERANS AFFAIRS, DUTY OF GOOD FAITH AND**

**FAIR DEALING, AS A STRICKLY MINISTERIAL DUTY OF CARE VETERANS AFFAIRS HAS DEMONSTRATED GROSS NEGLIGENCE EQUATING TO FRAUD with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. § 1001 and violation of the Hobbs Act 18 U.S.C. § 1951 robbery and extortion rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) of the Donald Richard Karr Jr., Petitioner's original application for benefits in 1973!**

15. The actions of VARO EMPLOYEES AND VETERANS AFFAIR EMPLOYEES INTENTIONAL FRAUD AND WRONGFUL ACTS OF THE VETERANS AT VETERANS AFFAIRS, DUTY OF GOOD FAITH AND FAIR DEALING, AS A STRICTLY MINISTERIAL DUTY OF CARE VETERANS AFFAIRS HAS DEMONSTRATED GROSS NEGLIGENCE EQUATING TO FRAUD with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. § 1001 which did not stop at just stealing Petitioner's Benefits, but to also create false representations of 'Petitioner **Donald Richard Karr Jr.** and caused him to loose his right to own a gun' a hunter and fisherman, with no legal basis to support such falsehoods of Petitioner **Donald Richard Karr Jr.**. Petitioner **Donald Richard Karr Jr.** lost over $250,000 in special made guns for hunting and sport shooting including skeet shoot since 2003. Petitioner **Donald Richard Karr Jr.**

should be paid Twenty-Five Billion Dollars ($25,000,000,000 for damages plus punitive damages for Libel, plus punitive damages for Fraud, Slander and Defamation of Character. The basis for the Respondents, and each of them, doing this is to 'Murder the Petitioner **Donald Richard Karr Jr.**' when Veterans Affair and **Union AFGE (AFOL-CIO) membership, of Veterans Affair in Spokane, Washington, CBOC Coeur d' Alene Elder Abuse of violating Plaintiff's Civil Rights 18 U.S.C. § 241,** come to **Donald Richard Karr Jr.** residence and render him defenseless, like when they came across the haul from **Donald Richard Karr Jr.** apartment in Falls Creek at ONE AM in the morning with a 'battering ram and knocked the door down across the haul and leaving the neighbors wallet sitting next to the door'.

16. The Veterans Affair wrongful acts have caused and created Petitioner the reasoning for the drafting of this Petition, for Petitioner, DONALD RICHARD KARR JR., to obtain his benefits after over fifty two (52) years that only legal action, can be taken as method to obtain the payment for the many medical exacerbated disability, 100% Service Connected Disability disease conditions, with Petitioner's Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 Stage 2 disease conditions as part of his disabilities. Petitioner, DONALD RICHARD KARR JR., has received no medications over the last four (4) years, no payment of Choice Doctor or Private Doctors and Doctors Tests because it is an undisputed fact Petitioner's medical costs are paid for by Medicare

which Petitioner pays the copay costs, now over fifty-five (55) times, when in fact Cody in the Pharmacy Spokane Veterans Affair, Michael J. Cox, Kaylie Ecker, Patient Advocate representing the Petitioner, and all under the supervision of Dr, Rebecca Meier, Chief of Staff, Spokane Veterans Affair [Spokane Veterans Affairs in fact, now continues trying their Premeditated Murder of Petitioner **Donald Richard Karr Jr.** that began on or about October 23rd 2013 when Dr. Arturo Llanos, tried to murder Petitioner **Donald Richard Karr Jr.,,** including by his overdose which Petitioner **Donald Richard Karr Jr.,** so Petitioner **Donald Richard Karr Jr.,** spend three (3) trips to the ER at Methodist Hospital Trauma Level Four Hospital, to keep from dying] last represented that Veterans Affair would not treat Petitioner, DONALD RICHARD KARR JR., **with prejudice**, so that Petitioner's medical expenses would be paid by Veterans Affair for using Veterans Affairs doctors. Petitioner, DONALD RICHARD KARR JR., is a '100% Service Connected Disabled veteran' since 1973. The reason why Petitioner **Donald Richard Karr Jr.** is not given his upgrades or ratings is because Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** and **Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of

them, refuse the Petitioner **Donald Richard Karr Jr.** his benefits while Veterans Affair and **Union AFGE (AFOL-CIO) membership, of Veterans Affair in Spokane, Washington, CBOC Coeur d' Alene Elder Abuse of violating Plaintiff's Civil Rights 18 U.S.C. § 241,** find their way to murder Petitioner **Donald Richard Karr Jr.**. These RICO Act actions and are the undisputed fact clearly the refusals of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner are not protected by the **WESTFALL Act of 1988 28 USC § 2679!**

17. The undisputed fact is Veterans Affair has presented in print outs, of Veterans Affair false information in Petitioner **Donald Richard Karr Jr.,** Veterans Affair Profile. Veterans Affair, and its employees, that have placed in Petitioner **Donald Richard Karr Jr.,** Profile false and fraudulent information without approval Petitioner, or without the authorization of Petitioner **Donald Richard Karr Jr.,**. Petitioner **Donald Richard Karr Jr.** has been turned down by Veterans Affair, so their standard award and ratings, that the Petitioner **Donald Richard Karr Jr.,** is always given, is the TOKEN 30% Non Service Connected Disability Asthma/Bronchial #6602 which is meaningless to clarify the disabilities of Petitioner **Donald Richard Karr Jr.,,** which Asthma/Bronchial #6602 is in fact not a rating or award for the Petitioner **Donald Richard Karr Jr.**, because there is no such rating at Veterans Affair, because this is a false writing, and fraudulent rating, for a disability at Veterans Affair. The result of Petitioner's efforts, are that Veterans Affair has

given, as the award and rating by Veterans Affair, that doesn't compensate Petitioner **Donald Richard Karr Jr.,** for his 100% Service Connected Disability Benefits for disabilities since 1973 that began in February 1968 when he was the hospital at Ft. Ord his sixth week of basic training.

18. Veterans Affair, and Veterans Affair Employees, will not delete Jun Ping Karr, is Petitioner's ex-wife is living at 2050 W. Killington Drive Apt 20, Coeur d' Alene, Idaho 83814 from his Profile. Jun Ping Karr, his ex-wife is not living at 2050 W. Killington Drive Apt 20, Coeur d' Alene, Idaho 83814 is not **Donald Richard Karr Jr.** Next of Kin

and does not live in Coeur d' Alene or Idaho.

19. Petitioner **Donald Richard Karr Jr.,** went to Veterans Affair is San Antonio in November 2011, with his award of **Donald Richard Karr Jr.,** 100% Service Connected Disabled veteran award, from RENO Veterans Affair from his surgery, Director Marie Weldon deleted and had Petitioner's award removed from his 100% Service Connected Disability benefits from his Veterans Affair Profile, stolen from Petitioner **Donald Richard Karr Jr.** since on or about September 1973 that is an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE**

**FACT (18 U.S.C §3) that has been an over fifty two (52) year Veterans Affair RICO Organized Crime Group, that Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968** that have stolen Petitioner's 100% Service Connected Disability benefits since on or about September 1973.

20. Petitioner **Donald Richard Karr Jr.,** 1973 award of 100% Service Connected Disabled veteran award from an up grade from RENO Veterans Affair, Director Marie Weldon and her staff deleted and altered Petitioner's Veterans Affair Profile, that was in the 55 year VA Protected Status and since Petitioner **Donald Richard Karr Jr.,** 100% Service Connected Disability Benefits that can not be altered or changed since 2003, now remains as a false and fraudulent award rating and false writing on or about November 4th 2013. This fraudulent rating that is 30% Asthma #6602/ Chronic Bronchitis #6600 Service-Connected disabled classification (that Veterans Affair calls #6602 Asthma/Bronchial, that it is an undisputed fact, is not in fact a rating at Veterans Affair) that is Chronic Bronchitis #6600 at 60% and Asthma #6602 at 30% are in fact 90% Service Connected Disabled veteran award are shown falsely, as 30% Service-Connected disabled classification, when in fact these two (2) ratings are 90% Service Connected Disabled, plus Petitioner **Donald Richard Karr Jr.,** mold, cedar and cottonwood trees allergies for Petitioner's 100% Service Connected disabled benefits award that were deleted from

Petitioner, DONALD RICHARD KARR JR., Veterans Affair Profile 30% Service Connected Disability side of his profile, award of 100% Service Connected Disabled veteran award from an up grade from RENO Veterans Affair, Director Marie Weldon and her staff deleted and altered Petitioner **Donald Richard Karr Jr.,** Veterans Affair Profile, that was in the 55 year VA Protected Status and since 1973 for Petitioner **Donald Richard Karr Jr.,** 100% Service Connected Disability Benefits that can not be altered or changed since 2003 by Director Marie Weldon and her staff, are as an undisputed fact **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968 and Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

21. Petitioner, DONALD RICHARD KARR JR., Veterans Affair Profile, under the direction of Director Marie Weldon has been changed, and she has stolen from Petitioner **Donald Richard Karr Jr.,** since on or about September 1973, money as an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., RICO ACT CYBER CRIMES 18 U.S.C. §**

**1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** that has been an over fifty one (51) year 'Veterans Affair RICO Organized Crime Group' that have stolen Petitioner **Donald Richard Karr Jr.,** 100% Service Connected Disability benefits since on or about September 1973. Director Marie Weldon RICO Act **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH**

**AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., the RICO ACT violations and actions,** that now create a 'false writing and finding now creates a major hardship since November 2011' for Petitioner, DONALD RICHARD KARR JR., including medically and financially, because Veterans Affairs in Spokane refuses Petitioner's medications for four (4) years payments due that Veterans Affair **Robert J. Fischer MD PACOG Medical Center Director in Spokane Washington Veterans Affair dishonoring Veterans Service in his Anti-Veterans policies** is obligated for payment and treble and punitive damages. When Veterans Affair in Spokane Washington and CBOC in Coeur d' Alene Idaho were given the opportunity to help Petitioner **Donald Richard Karr Jr.** got approximately 15 days of medications, not even enough medications to meet with his Veterans Affair doctor the 14th of January 2025 appointment. Petitioner's glasses broken on one temple so Petitioner supplied the prescription and was told it would take 6-8 weeks to get his new distance glasses, now Petitioner **Donald Richard Karr Jr.** can now drive with his limited access to obtain new glasses. Another career solider told Petitioner he was refused to have a bad tooth pulled over three months and finally a dentist help who pulled his tooth for $25.00; **Robert J. Fischer MD PACOG Medical Center Director in Spokane Washington Veterans Affair dishonoring Veterans Service in his Anti-Veterans policies.**

22. Veterans Affair charges Petitioner **Donald Richard Karr Jr.** illegal copay charges because of intentional false ratings, that is 30% Service Connected Disability for Asthma #6602/ 60% Service Connected Disability Chronic Bronchitis #6600 Service-Connected disabled classification Veterans Affair uses to make Petitioner **Donald Richard Karr Jr.,** qualify every year, when none of the other veterans have qualify every year, establishing a prejudice of Petitioner **Donald Richard Karr Jr.,** who is 100% Service Connected Disabled in this Veterans Affair illegal copay for Petitioner's medications. Veterans Affair refuses to pay for medical tests requested by Choice Doctor's and payment of Choice Doctors plus creating false information in 'Petitioner, DONALD RICHARD KARR JR., Profile'. Payments deducted are in fact in violation of RICO Act, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., Petitioner Donald Richard Karr Jr., is entitled Treble and Punitive damages for the CYBER CRIMES Cyber Crimes 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029**

**Identity Theft (access device fraud by the Government) because the false and fraudulent Asthma awards are violations of the RICO Act rising to the level of Racketeering Activities under the RICO Act without Petitioner's permission for such deductions by the Petitioner Donald Richard Karr Jr.! These money laundering and identity theft actions of Veterans Affair employees UNION membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner are not protected by the WESTFALL Act of 1988 28 USC § 2679!**

23. Petitioner, DONALD RICHARD KARR JR., information shown falsely in Petitioner's Profile', include but are not limited to, that Petitioner is legally separated from his ex-wife Jun Ping Karr, who he has not seen or heard from in over twenty-four (24) years! Anyone can assume after over twenty-four (24) years that Petitioner **Donald Richard Karr Jr.,** and Jun Ping are divorced, but Veterans Affair has designated 'her as his next of kin' because they are trying to KILL Petitioner **Donald Richard Karr Jr.,** so

Veterans Affair employees can get the money with an 'identification they produce at Veterans Affair' with someone else's picture claiming to be Jun Ping Karr. These are Criminal RICO predicated actions of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner **Donald Richard Karr Jr.,** are not protected by the **WESTFALL Act of 1988 28 USC § 2679** for benefits stolen from Petitioner **Donald Richard Karr Jr.,** since on or about September 1973 are an undisputed fact stolen through money laundering Identity Theft violating the **HOBBS Act 18 U.S.C. § 1951, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** that has been 'an over fifty two (52) years

Veterans Affair RICO Organized Crime Group' that have stolen Petitioner **Donald Richard Karr Jr.,** benefits since on or about September 1973.

24. Petitioner, DONALD RICHARD KARR JR., is not married to Jun Ping Karr, nor do they still communicate! The fact is Veterans Affair says Jun Ping Karr is living at 2050 W. Killington Drive Apt 20, Coeur d' Alene, Idaho 83814, which is an undisputed fact, that it is in fact false, because her family lives on the East Coast of the United States. Her family would have no one living in Idaho or the West Coast that would cause them to be here! None of Jun Ping's family to live in Idaho and the address shown is the manager's office anyway at Riverstone Silver. Petitioner, DONALD RICHARD KARR JR., not aware of Jun Ping living in Idaho! This setup so the Veterans Affair can produce a false ID at Veterans Affair with someone else that works for Veterans Affair, yet **Robert J. Fischer MD PACOG Medical Center Director in Spokane Washington Veterans Affair dishonoring Veterans Service in his Anti-Veterans policies conspires and is part of killing Veterans for their benefits.**

25. Petitioner **Donald Richard Karr Jr.** has asked Veterans Affairs in Spokane and in Coeur d' Alene, to change and correct this because it is not approved by Petitioner,

**Donald Richard Karr Jr.,** several times over the past few years, including the fact it is an undisputed fact in over five (5) years that Petitioner, DONALD RICHARD KARR JR., doesn't live at Riverstone Silver Apartments, nor has Jun Ping ever lived there. Petitioner **Donald Richard Karr Jr.,** does not live at Riverstone Silver Apartments! It is an undisputed fact that Petitioner, DONALD RICHARD KARR JR., does not live at 2005 W. Killington Drive Apt 201, Coeur d' Alene, Idaho 83814! Petitioner **Donald Richard Karr Jr., has not lived at 2005 W. Killington Drive Apt 201, Coeur d' Alene, Idaho 83814 in over seven (7) years,** but Spokane Veterans Affair and Veterans Affair CBOC clinic in Coeur d' Alene, Idaho 83814 as an undisputed fact, the clerks refuse to change this information, none of the clerks will change this! Petitioner, DONALD RICHARD KARR JR., ex-wife Jun Ping Karr, who he has not seen in twenty-four (24) years, is not Petitioner's next of Kin! This is shown illegally at Veterans Affair in Petitioner, DONALD RICHARD KARR JR., Veterans Affair Profile!

26. Petitioner's Veterans Affair Profile has been setup by Veterans Affairs employees, without Petitioner, DONALD RICHARD KARR JR., approval of its content! Veterans Affair employees refuse to correct Petitioner, DONALD RICHARD KARR JR., Veterans Affair Profile so the false information in Petitioner **Donald Richard Karr Jr.** Profile is corrected! 'Veterans Affair employees are planning to murder Petitioner, DONALD RICHARD KARR JR., to collect his next of KIN benefits, producing a fake ID

with Jun Ping Karr's name on it, for payment of his next of kin benefits! These actions of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice including their attempt to Murder Petitioner **Donald Richard Karr Jr.,** are not protecting Employees by the WESTFALL Act of 1988 28 USC § 2679!

27. Dr. Glen Volyn, Petitioner's Choice doctor, that was given to Petitioner **Donald Richard Karr Jr.** as his doctor by Veterans Affair, established Petitioner's 100% Service Connected Disabled conditions include, but are not limited to, Chronic Bronchitis #6600 (which has been from childhood because of Petitioner's small and large bronchial tubes; the reason Petitioner, DONALD RICHARD KARR JR., spent his sixth week of Basic Training in Ft. Ord hospital in February 1968, with the allergy trigger of mold and cedar, plus cotton wod trees allergies, causing Petitioner's Asthma #6602 to send him to the hospital, type 2 diabetes, COPD #6604 Stage 2 and PTSD. Petitioner **Donald Richard Karr Jr.,** has a long history of being allergic to mold and cedar, dating back into the 1960s and 1970s. Petitioner **Donald Richard Karr Jr.,** has a history of Chronic Bronchitis #6600 due to small bronchial tubes. Petitioner's Chronic Bronchitis

has turned into COPD #6604 Stage 2 for which Petitioner, DONALD RICHARD KARR JR., uses Anoro Ellipta. Petitioner, DONALD RICHARD KARR JR., has been diagnosed with type 2 diabetes and Tinnitus by Veterans Affair in June 26th 2015, but did not receive an upgrade of 30% Service Connected Disabled. Veterans Affair refused to give Petitioner **Donald Richard Karr Jr.,** an upgrade for the diabetic award Veterans Affair claimed was non service connected when **Donald Richard Karr Jr.,** has family history of diabetes. This is in fact a false writing, false and fraudulent finding to deny Petitioner's 100% Service Connected Disability benefits. Petitioner, DONALD RICHARD KARR JR., has right hand and left hand Dupuytren's disease condition, PTSD and Sleep Apnea for which Petitioner, DONALD RICHARD KARR JR., needs to use a CPAP machine that is an automatic 50% Service Connected Disability upgrade (Veterans Affair will not provide and refuses Petitioner **Donald Richard Karr Jr.,** request from Veterans Affair).

28. The Veterans Affair refusal of Petitioner's benefits payments of Petitioner, Donald Richard Karr, Jr. award of 100% Service Connected Disability Benefits continue to this date of filing of this Petition. Petitioner's payments are as an undisputed fact, paid to Donald R. Karr, Veterans Affair Employee son **Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr.,**

**A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,,** and his family, have all benefited in said payments including his son Donald Lee Karr that Donald R. Karr, Veterans Affair Employee, set up for Veterans Affair payments since 1973 **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968**. Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr, **a violation of 10 U. S.C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,** his wife, Jean Susan Karr, Donald Lee Karr's mother, and his son Donald Ray Karr, his wife have committed undisputed acts of **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084,** in said payments that are violations of Petitioner's Civil Rights pursuant to **Civil Rights 18 U.S.C. § 241 and 42 U. S. C. §§ 1983 and 1985, THAT ARE IN FACT RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS, IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, AS PREDICATE ACTS OF RACKETEERING**

**ACTIVITIES UNDER THE RICO ACT AGAINST THE PETITIONER BY ALL RESPONDENTS, with violations of the HOBBS Act 18 U.S.C. § 1951 and RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** with the consent of Veterans Affair.

29. Donald R. Karr, Navy Lifer (twenty years of service in the Navy) Veteran, Veterans Affair Employee, TRICARE Insurance shown in Petitioner **Donald Richard Karr Jr.,** Profile is Petitioner **Donald Richard Karr Jr.,** TRICARE Insurance, from Petitioner **Donald Richard Karr Jr.,** fall on the ICE on February 26th 2018 when TRICARE Insurance started making one year's of payments of Petitioner **Donald Richard Karr Jr.,** medical costs. The Identity Theft [18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a

particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government)] and Money Laundering of Petitioner, Donald Richard Karr, Jr. award of **Donald Richard Karr Jr.,** 100% Service Connected Disability Benefits from his Veterans Affair Profile is an undisputed fact that continue to this day of filing this Petition.

30. These payments to Donald Lee Karr from Veterans Affair began in 1973 with the help of the Veterans Affair Employees, the Respondents, and each of them, the Agents, working in and with **Veterans Affair AFGE (AFOL-CIO),** including third party suppliers. The undisputed fact is no one at Veterans Affair should have been allowed to access Petitioner **Donald Richard Karr Jr.,** information at all for the purpose positioning themselves to obtain benefits stolen from Petitioner **Donald Richard Karr Jr.,** since on or about September 1973 are an undisputed fact stolen through money laundering Identity Theft violating the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A

Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty two (52) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner **Donald Richard Karr Jr.,** benefits since on or about September 1973.

31. Petitioner, **Donald Richard Karr Jr.,** when his initial filing for his benefits in 1973, was a US Army Reservist in the 426th Civil Affairs Battalion AIRBORNE US Army Reserve Unit, when it is an undisputed fact Donald R. Karr, Navy Veteran and Veterans Affair Employee, his son, DONALD LEE KARR, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,,** prevented Donald Richard Karr Jr. from exercising his

common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intentionally intimidated Petitioner **Donald Richard Karr Jr.,** that prevented the Donald Richard Karr Jr., Petitioner, from exercising his rights. These intentional actions and Veterans Affair employees are not protected by the **WESTFALL Act of 1988 28 USC § 2679** and are **undisputed acts of TREASON, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084. THESE ACTIONS OF VETERANS AFFAIR IN FACT ARE RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS. IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084, AND CONSPIRACIES TO OBSTRUCT JUSTICE AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST THE PETITIONER Donald Richard Karr Jr., BY ALL RESPONDENTS!**

**B. Factual Circumstances.**

Petitioner **Donald Richard Karr Jr.,** is unable to obtain his original award that wasstolen in 1973 of his award for 100% Service Connected Disability rating, because Veterans Affair

will not rate Petitioner more than 30% non service connected disabled, because it would cause the 100% Service Connected side, that Donald R. Karr, a former Union Employee at Veterans Affair, his son, and his grandson, are in. This 100% service connected side. Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee, and his grandson, are in would collapse stopping their payments of Petitioner's 100% Servive Connected Disability Benefits. The result would be Petitioner would be able to be paid his 100% Service Connected Disabled obtaining his payment from Veterans Affair for the first time since 1973, that would conform to Petitioner's actual disabilities in the original 1973 award for Petitioner **Donald Richard Karr Jr.**

Petitioner **Donald Richard Karr Jr.,** disabilities with his primary disability of Chronic Bronchitis #6600 of 60% Service Connected Disabled, Asthma #6602 of 30% Service Connected Disabled as his secondary disability, with mold and cedar allergies (that would mean he would be rated as 10% Service Connected Disability for the allergies for a total of the 1973 award of 100% Service Connected Disability) that were from the barracks years at Fort Ord in basic training where Petitioner **Donald Richard Karr Jr.,**

spent his sixth week of basic training in the hospital is the reasoning why Petitioner **Donald Richard Karr Jr.,** award rating was 100% Service Connected Disabled in 1973. Asthma #6602 does cause you to go to the hospital for a week but Chronic Bronchitis #6600 will. Chronic Bronchitis #6600 will cause you to stay in the hospital for a week, because in Petitioner **Donald Richard Karr Jr.,** case he has small and large bronchial tubes, that has now developed into COPD #6604. The COPD # 6604 in Petitioner's case he uses Anoro Ellipta medication for only COPD #6604 patients. In June 2015 Veterans Affair diagnosed Petitioner **Donald Richard Karr Jr.,** with type 2 Diabetes and Tinnitus which is 30% Service Connected Disability rating but Veterans Affair has always refused Petitioner **Donald Richard Karr Jr.,** any upgrade from 30% since 1973 for over fifty tw (52) years, because the **Veterans Affair Organized Crme Group controls Veterans Affair.**

1. Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair utilized in his attempt to Murder Petitioner, with the help of Dr. Arturo R. Llanos MD's nurse Juanita Lenzo Gold Team RN, told Petitioner **Donald Richard Karr Jr.,** to take every four (4) hours, with the specific oral instructions given to Petitioner, DONALD RICHARD KARR JR., by Dr. Arturo R. Llanos MD's nurse Juanita Lenzo Gold Team RN

for Petitioner **Donald Richard Karr Jr.,** proven medical exacerbated disability disease conditions with Petitioner **Donald Richard Karr Jr.,** Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions. Petitioner, DONALD RICHARD KARR JR., was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions, given to Petitioner **Donald Richard Karr Jr.,** to KILL PETITIONER with the orders from Director Marie L. Weldon San Antonio Veterans Affair. The specific oral instructions given to Petitioner, **Donald Richard Karr Jr.,** for the purpose of 'killing Petitioner **Donald Richard Karr Jr.,** on or about October 23rd 2013', with said medication toxic mixture as a weapon to silently kill Petitioner **Donald Richard Karr Jr.,,** because the Symbicort is a twelve (12) hour medication, these actions by Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair are in fact OBSTRUCTING JUSTICE, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** This was nurse Juanita Lenzo Gold Team RN part in trying to Murder Petitioner **Donald Richard Karr Jr.,** so she could get her brother a CWT Job at Kerrville Veterans Affair.

2. The actions of Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans

Affair and the Respondents, and each of them, at Veterans Affair are undisputed, as violations of Petitioner **Donald Richard Karr Jr.,** Civil Rights pursuant to 18 U. S. C. § 241, 42 U. S. C. §§ 1983 and 1985, **Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084**, RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST ALL RESPONDENTS, as the Respondents, and each of them, have conspired with the third party Respondents, identified herein, including their over twelve (12) year conspiracy to murder the Petitioner, DONALD RICHARD KARR JR, Regular Army RA XXXX7616 Vietnam Veteran and 1973 VA Veterans Benefits Application NO. CXXXX6 558 through a scheme or artifice to defraud Donald Richard Karr Jr., Petitioner, has been defrauded of his 1973 award of 100% Service-Connected Disability Benefits preventing Donald Richard Karr Jr., in said actions have committed undisputed acts violations of Petitioner's Civil Rights pursuant to **18 U. S. C. § 241, 42 U. S. C. §§ 1983 and 1985, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084**, THAT ARE RACKETEERING ACTIVITIES

AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST THE PETITIONER **Donald Richard Karr Jr.,** BY ALL RESPONDENTS. The actions of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff Malpractice to Murder Petitioner **Donald Richard Karr Jr.,** are not protected by the **WESTFALL Act of 1988 28 USC § 2679**!

3. Veterans Affair Management have redirected Petitioner **Donald Richard Karr Jr.,** 1973 award of his 100% Service Connected Disability Benefits to Donald R. Karr, Navy Veteran and Veterans Affair Employee, for his son, DONALD LEE KARR when his son, assumed the identity of Petitioner, Donald Richard Karr, Jr. In 1973 after Donald Lee Karr graduated from high school, so that. Donald Lee Karr could use Petitioner's benefits to go to UCLA and UCLA Law School, plus send his son Donald Ray Karr to go to UCLA when in fact the stolen benefits, from an active duty member of the military holding themselves out to be Petitioner **Donald Richard Karr Jr.,** and his family so Donald Ray Karr could go to UCLA on Petitioner **Donald Richard Karr Jr.,**

100% Service Connected Disability Benefits. Donald Lee Karr obtained Petitioner **Donald Richard Karr Jr.,** 100% Service Connected Disability Benefits benefits in 1973, that has now continued to the date of filing this Petition since 1973. The Respondents, and each of them, in the monthly violations of the **HOBBS Act 18 USC § 1951 & RICO PREDICATED Acts, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., are as an undisputed fact violations of Petitioner's Civil Rights pursuant to 18 U. S. C. § 241, 42 U. S. C. §§ 1983 and 1985, HOBBS Act 18 U.S.C. § 1951 and RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** that began in 1973 continuing to the date of the filing of this Petition. These actions of Veterans Affair employees membership and Intentional Veterans Affair Doctors and Staff

Malpractice to Murder Petitioner **Donald Richard Karr Jr.,** are not protected by the **WESTFALL Act of 1988 28 USC § 2679!**

4. The Supreme Court set forth some guidelines on writs of mandamus in Kerr v. United States District Court, 426 U.S. 394, 96 S. Ct. 2119, 48 L. Ed. 2d 725 (1976), (man-dame-us) n. Latin for "we order," a writ (more modernly called a "writ of mandate") which orders a public agency or governmental body to perform an act required by law when it has neglected or refused to do so. Veterans Affairs refuses Petitioner **Donald Richard Karr Jr.,** his benefits in 1973 assigning said benefits to Donald R. Karr, Veterans Affair Employee in 1973, for his son Donald Lee Karr. In San Antonio Veterans Affair this Veterans Affair prejudice of Petitioner Donald Richard Karr Jr., started again in November 2011 in San Antonio Veterans Affair. The fourteen (14) years of Veterans Affair prejudice of Petitioner **Donald Richard Karr Jr.,** a total of over fifty-two (52) years, Veterans Affair refusing Petitioner **Donald Richard Karr Jr.,** any benefits, except 30% non service connected benefits, no educational benefits, no payment of Choice Doctors or Tests requested by Choice Doctors, Hospital Emergency Room visits or Petitioner's medications as an undisputed fact has been illegal copay changes, TRICARE

Insurance payments from Petitioner **Donald Richard Karr Jr.,** when in fact Petitioner **Donald Richard Karr Jr.,** does qualify for TRICARE Insurance.

5. Petitioner's DD 214 shows him as 'Donald Richard Karr, Jr.', but Veterans Affair has changed Petitioner **Donald Richard Karr Jr.,** name to 'Donald Karr and Donald R. Karr' in his Veterans Affair Profile so the Petitioner **Donald Richard Karr Jr.,** benefits have been altered at Veterans Affair so that Petitioner **Donald Richard Karr Jr.,** benefits can be redirected (Petitioner **Donald Richard Karr Jr.,** award for his 100% Service Connected Disability Award and benefits) on or about September 1973 to 'DONALD R. KARR Veterans Affair employee' (who has assumed the identity of the Petitioner, Donald Richard Karr, Jr.) **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,.** Petitioner, Donald Richard Karr, Jr. served during the Vietnam War from December 1967 to December 1973, plus his Army Reserve Military Service! Petitioner, Donald Richard Karr, Jr. records were altered at Veterans Affair in 1973, changing Petitioner **Donald Richard Karr Jr.,** name name to Donald Karr and Donald R. Karr so Petitioner

**Donald Richard Karr Jr.,** benefits could be used by Donald R. Karr, Veterans Affair Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765, also shown as 22042 Robin Oaks Terrace, Diamond Bar, California 91765 in the Veterans Affair Computer (that is not an address in Diamond Bar) in Petitioner **Donald Richard Karr Jr.,** Profile. Since 1973 Donald R. Karr and his son Donald Lee Karr have used the benefits of Petitioner, Donald Richard Karr, Jr. obtain the payments and benefits for his son Donald Lee Karr **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

6. Petitioner, DONALD RICHARD KARR JR., is a '100% service connected disabled veteran' since 1973, but he has never been given his 100% Service Connected Disability Award, including his GI BILL for Educational benefits, and medical benefits, because they were given to Donald Lee Karr in **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr**

**Jr.,** who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 including his GI BILL for Educational benefits, preventing **Donald Richard Karr Jr.,** from obtaining his benefits and from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intimidate, that prevented Donald Richard Karr Jr., Petitioner from exercising his rights and **Donald Richard Karr Jr.,** rights as a Vietnam Vietnam that earned these rights that were stolen from **Donald Richard Karr Jr**.

7. Petitioner **Donald Richard Karr Jr.,** Veterans Affair doctor Dr. Arturo Llanos GOLD Team Group at Kerrville Veterans Affair in Kerrville, Texas in Petitioner **Donald Richard Karr Jr.,** records in the Veterans Affair Computer noted Petitioner **Donald Richard Karr Jr.,** Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disability disease conditions. These conditions have appeared in the Veterans Affair computer since 1973 as the medical basis of Petitioner **Donald Richard Karr Jr.,** original 100% Service Connected Disability 1973 Award for **Donald Richard Karr Jr.,** benefits.

8. The four (4) Texas board certified doctors, including one who is Internal

Medicine doctor, have noted Petitioner **Donald Richard Karr Jr.,** Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disability conditions in the Veterans Affair Computer, because Petitioner **Donald Richard Karr Jr.,** has supplied same to Veterans Affair with verification of Petitioner **Donald Richard Karr Jr.,** medical tests in 2013 and 2014 including Board Certified Internal Medicine doctor William John Ryan subsequently established through test that such conditions existed in January 2014!

9. Katrina Hipp, one of the rating persons in Veterans Affair VARO in Houston, Texas noted that Petitioner **Donald Richard Karr Jr.,** was 100% Service-Connected Disabled Veteran because she saw this information in the Computer when she had her three and a half hours conversation with Petitioner **Donald Richard Karr Jr.,** on or about May 2016.

10. Veterans Affair Management refused to allow Petitioner **Donald Richard Karr Jr.,** any upgrade more than 30%, benefits Petitioner **Donald Richard Karr Jr.,** is receiving still today or from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intentionally

intimidated Petitioner **Donald Richard Karr Jr.** so that Katrina Hipp's award of 100% Service Connected Disability was not given to Petitioner **Donald Richard Karr Jr.**

11. This is a common practice used at Veterans Affair to down grade Veterans so they are not given their actual benefits that compensates veterans their actual disabilities, that prevented Donald Richard Karr Jr., Petitioner, from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intentionally intimidated Petitioner **Donald Richard Karr Jr.**, that prevented the Donald Richard Karr Jr., Petitioner, from exercising his rights for obtaining his benefits.

12. There are two persons in Petitioner **Donald Richard Karr Jr.,** Profile so that Petitioner **Donald Richard Karr Jr.,** is prevented from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intentionally intimidated Petitioner **Donald Richard Karr Jr.**, that prevented the Donald Richard Karr Jr. Petitioner **Donald Richard Karr Jr.,** seventy-seven (77) years old, from exercising his rights, that would mean that Donald Lee Karr would no longer draw Petitioner **Donald Richard Karr Jr.,** 100% Service Connected Disability Award and benefits including Petitioner **Donald Richard Karr Jr.,** TRICARE Insurance.

13. Refusal of Petitioner **Donald Richard Karr Jr.,** award of **Donald Richard Karr**

**Jr.,** 1973 was 100% Service-Connected Disabled Veteran, are undisputed violations of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act.

14. Petitioner's Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions are verified by his Veterans Affairs doctors in 2004 and 2005 in Reno Veterans Affairs when Petitioner **Donald Richard Karr Jr.,** had surgery, the specific reason that Petitioner **Donald Richard Karr Jr.,** was awarded his 100% Service-Connected Disabled Veteran benefits when Petitioner **Donald Richard Karr Jr.,** made his second application CXXXX6558 in RENO Veterans Affair, when Petitioner **Donald Richard Karr Jr.,** had emergency gallbladder surgery!

15. Petitioner **Donald Richard Karr Jr.,** has Chronic Bronchitis #6600 [(which has been service connected disabled conditions from childhood, because Petitioner **Donald Richard Karr Jr.,** has small and large bronchial tubes, that are the reason Petitioner **Donald Richard Karr Jr.,** spent his sixth week of Basic Training in hospital in February 1968. Petitioner **Donald Richard Karr Jr.,** allergy trigger of cottonwood trees, mold and

cedar allergies causing the Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 his allergic reactions for his Chronic Bronchitis #6600 because Petitioner **Donald Richard Karr Jr.,** has small and large bronchial tubes), Petitioner **Donald Richard Karr Jr.,** Asthma #6602 disability may also send him to the hospital because of his allergies], plus Petitioner **Donald Richard Karr Jr.,** Emphysema #6603 disease condition and COPD #6604 disease conditions.

16. The Emphysema #6603 disease condition and COPD #6604 disease conditions are shown in Methodist Boerne Emergency Room notes by three (3) Board Certified ER Doctors (1) Becky Doran MD (November 10, 2013 visit to ER); (2) Liza Chopra MD (November 27, 2013 visit to ER); and (3) Craig Gerstenkom MD (December 31, 2013 visit to ER); and established by the COPD #6604 test of W. John Ryan MD Board Certified Internal Medicine, test January 10th 2014 again establishes Petitioner **Donald Richard**

**Karr Jr.,** 100% Service-Connected Disabled conditions with Petitioner **Donald Richard Karr Jr.,** allergies noted in Veterans Affair Doctors notes in 2004 and 2005, 2013 and 2014 that make the Veterans Affair award on or about November 4th 2013 a 'false and fraudulent award' as an undisputed fact, the third test ordered in August 2013 would have established the Petitioner **Donald Richard Karr Jr.,** was 100% Service Connected Disabled.

17. Veterans Affair has presented 'false findings', are as an undisputed fact, treating Donald Richard Karr Jr., Petitioner, with prejudice for over fifty two (52) years so that Veterans Affair can continue to pay DONALD LEE KARR, **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** Donald Richard Karr Jr., Petitioner benefits, that DONALD LEE KARR has been paid since 1973 by Veterans Affair and Petitioner's TRICARE INSURANCE.

18. It is an undisputed fact that, DONALD LEE KARR did not serve in the military. when in fact Donald Richard Karr Jr., Petitioner served in the US Army and

has provided Veterans Affair his DD 214 and has proved medical proof from doctors at Veterans Affair, plus four (4) Board Certified Doctors in 2013 and 2014, plus many Private and Veterans Affair doctors subsequent to his checking into San Antonio Veterans Affair in November 2011 of his status and as a veteran to establish he is the veteran that the military benefits belong to!

19. Veterans Affair has allowed Donald Lee Karr, a Civilian, who's TRICARE Insurance is not from his father Donald R. Karr benefits that was added to Petitioner **Donald Richard Karr Jr.,** Profile in the Veterans Affair Computer, is not a Veteran, has assume Donald Richard Karr Jr., Petitioner's identity and military benefits in 1973, **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** that as an undisputed fact, is a violation of 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) **that DONALD LEE KARR, fraudulently representing himself to be Petitioner Donald**

**Richard Karr Jr.,, a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** while has been drawing Petitioner **Donald Richard Karr Jr.,** award for 100% Service Connected Disabled Veterans Benefits since 1973.

20. Donald Lee Karr is currently paid Donald Richard Karr Jr., Petitioner's 100% Service-Connected Disabled Veterans benefits without the Veterans Affair making any effort for Transparency or following the Rule of Law with the monthly violations at Veterans Affair, **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., that are undisputed violations, of Title 28 USC § 2412 TREASON, RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS, GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2384. VETERANS AFFAIR CONSPIRACIES TO OBSTRUCT JUSTICE AS PREDICATE ACTS OF RACKETEERING ACTIVITIES**

**UNDER THE RICO ACT AGAINST ALL RESPONDENTS, as the Respondents shown in the list of The Parties of this Action, and each of them, have conspired with third party Respondents, identified herein RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities since 1973.**

21. Donald Richard Karr Jr., Petitioner's actual 1973 Veterans Affair award of 100% Service Connected Disabled benefits established the award in 1973, using the classification #6602 Service Connected Disability Asthma, as Donald Richard Karr Jr., Petitioner's Secondary Disability Condition of 30% disabled and Bronchial #6600, that is actually 60% Service Connected Disability of Chronic Bronchitis #6600.

22. Donald Richard Karr Jr., Petitioner's Primary Condition, 60% Service

Connected Disability of Chronic Bronchitis #6600 given as the award but hidden, that is actually shown backwards, combining two (2) rating awards for Chronic Bronchitis #6600 and #6602 Service Connected Disability Asthma, a false writing in 1973, to defraud the Petitioner, Donald Richard Karr Jr. of his 100% service connected disability benefits.

23. Donald Richard Karr Jr., Petitioner's Chronic Bronchitis #6600 which has been service connected disabled condition from childhood exacerbated by military service, because Donald Richard Karr Jr., Petitioner, seventy-seven (77) years old, has small and large bronchial tubes, that is the reason Donald Richard Karr Jr., Petitioner, spent the sixth week of Basic Training in Fort Ord hospital in February 1968 when his history of his 100% service connected disability benefits began fifty eight (58) years ago.

24. It is Petitioner's Service Connected Disability condition #6602 Asthma that is Donald Richard Karr Jr., Petitioner's Secondary Condition with the trigger of mold and cedar allergies causing Petitioner, DONALD RICHARD KARR, JR. CXXXX6558, Asthma to send him to the hospital but does not keep Petitioner in the hospital for a week, Petitioner's Chronic Bronchitis #6600 because Donald Richard Karr Jr., Petitioner has small and large bronchial tubes, that is the reason Donald Richard Karr Jr.,

Petitioner, spent the sixth week of Basic Training in Fort Ord hospital in February 1968.

25. Petitioner's Chronic Bronchitis #6600 because Donald Richard Karr Jr., Petitioner has small and large bronchial tubes, that were discovered in Reno, Nevada Veterans Affair since 2004-2005 and with type 2 diabetes discovered also Donald Richard Karr Jr., as a 100% Service Connected Disability at Reno Veterans Affair that brings the rating back in Reno Nevada Veterans Affair to 100% Service Connected Disabled Veteran because Petitioner's exceeded 100% in Reno Nevada when Petitioner Donald Richard Karr Jr., was at Reno Nevada Veterans Affair in 2004 and in 2005.

26. Chronic Bronchitis #6600 because Donald Richard Karr Jr., Petitioner has small and large bronchial tubes, that were discovered in Reno, Nevada Veterans Affair since 2003-2005 that established Petitioner Donald Richard Karr Jr., is in the 55 year Protected Status at Veterans Affair and can not be changed or down graded by Veterans Affair Employees, plus now discovered COPD #6604 in 2013-2014 which is now in Stage 2, that with Petitioner Donald Richard Karr Jr., disabilities combined in 1973 to be 100% Service Connected Disabled, and again at Veterans Affair, are established as undisputed fact that Donald Richard Karr Jr., Petitioner's 100% Service-Connected Disabled Veterans benefits, that have been verified by Veterans Affair, and Donald Richard Karr

Jr., Petitioner 's Veterans Affair and private doctors repeatedly over the last approximately twenty (20) years, including Veterans Affair doctors.

27. Donald Richard Karr Jr., Petitioner has been ignored by Veterans Affair, including Petitioner providing Veterans Affair medical proof from doctors at Veterans Affair, four (4) Board Certified Doctors in 2013 and 2014 demonstrating Petitioner, Donald Richard Karr Jr., disabilities are fact, as the undisputed proof that Petitioner Donald Richard Karr Jr., is 100% Service Connected Disabled Veteran.

28. The Supervising Veterans Affair Medical Doctor in the Testing done in August 2013 noted that the Veterans Affair tests to determine the Petitioner Donald Richard Karr Jr., actual disabilities in August 2013 shown in Petitioner's medical records that Petitioner, DONALD RICHARD KARR JR., based upon Petitioner's Veterans Affair medical file that Petitioner, DONALD RICHARD KARR JR., was, as an undisputed fact 100% Service Connected Disabled, as his medical disability status.

29. These medical facts in Petitioner, DONALD RICHARD KARR JR., Veterans Affair Medical Files were further established, repeatedly, over the last approximately eighteen (18) years, and it is an undisputed medical fact that Petitioner, DONALD RICHARD KARR JR., is in fact 100% Service Connected Disabled with Donald Richard

Karr Jr., disabilities since February 1968, in US Army Basic Training.

30. The intentional failure, specifically the lack of Veterans Affair, **Veterans Affair AFGE (AFOL-CIO),** including third party suppliers to compensate Petitioner Donald Richard Karr Jr., for his disabilities, has continued at Veterans Affair since on or about September 1973 is based upon the undisputed fact that Petitioner Donald Richard Karr Jr., benefits were given to Donald Lee Karr, that is not a Veteran and did not serve in the Military.

31. Starting in 2011 at Veterans Affair in San Antonio, Texas, for last fourteen (14) years starting when Marie L Weldon, when she was Director at Veterans Affair in San Antonio, she began stealing Petitioner Donald Richard Karr Jr., 100% Service Connected Benefits, a violation by Marie Weldon and her staff violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government), rising to the level of Racketeering Activities, since 1973 [which Veterans Affair and its employees have stolen fifty eight (58) years, six hundred eighty-two (682) months of Petitioner Donald Richard Karr Jr., 100% Service Connected Disability Benefits through February 2025.

32. Marie L Weldon Director of Veterans Affair in San Antonio, began stealing Petitioner Donald Richard Karr Jr., 100% Service Connected Benefits, now Regional Director in Los Angeles, and Kathy Malin, Regional Director, with the approval of Robert Wilkie, Veterans Affair Secretary, and the subsequent group now in charge at Veterans Affair in Spokane including Robert J. Fischer MD PACOG Medical Center Director, Sarah Boardman Assistant Medical Center Director, David Sams MD Chief of Staff, Sam Mc Comas Associate Director Patient Care Services Nurse Executive and Will Haley Deputy Associate Director Patient Care Services Nurse Executive, that as a result of their effort to prevent Petitioner, DONALD RICHARD KARR JR. from obtaining his benefit which now includes copay charges for TRICARE Insurance, that Petitioner Donald Richard Karr Jr., has never had a policy and can not qualify to obtain, the policy that they are using Petitioner Donald Richard Karr Jr., Social Security number given to them by Veterans Affair as the policy number without Petitioner Donald Richard Karr Jr., approval.

33. Copay charges for TRICARE Insurance, that Petitioner Donald Richard Karr Jr., has never had a policy that they are using Petitioner's Social Security number given to them by Veterans Affair as the poicy number without Petitioner Donald Richard Karr Jr., approval. is always prevented from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the

condescending nature on tone of the ridicule, embarrass, harass, and intimidate the Petitioner Donald Richard Karr Jr., from exercising his rights by failing or refusing to notify the U.S. Attorney General for a criminal investigation and prosecution. Veterans Affair staff violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government), rising to the level of Racketeering Activities, since 1973.

34. Clearly these undisputed facts confirm in these pleadings establish the RICO Predicated Acts of the Donald Lee Karr (the tax lawyer who has committed tax

with his family the Organized Crime Group within Veterans Affair, the Veterans Affair Management that have committed the RICO Predicated Acts shown in the pleadings, that there is undisputed evidence, that Petitioner Donald Richard Karr Jr., is 100% Service-Connected Disabled!

35. Houston Texas VARO and Veterans Affair's application review board including in Houston, Texas Veterans Affair knew about Petitioner Donald Richard Karr Jr., 1973 award for his 100% Service-Connected Disability existed in Donald Richard Karr Jr., medical file at Veterans Affair.

36. Houston Texas VARO and Veterans Affair's application review board with 1973 proof of exacerbated 100% Service-Connected Disability conditions, because of Donald Richard Karr Jr., conversations with Katrina Hipp, for three and half hours, the rating person at VARO in Houston noted the facts Petitioner Donald Richard Karr Jr., is 100% Service Connected Disabled in our conversation in May 2016.

37. Amy Marrs, again a rating person, in Spokane Veterans Affair, noted Petitioner Donald Richard Karr Jr., in her review of Donald Richard Karr Jr., medical records, on or about July 6th 2017, that Petitioner Donald Richard Karr Jr., was in fact 100% Service Connected Disabled Veteran and also 100% nonservice connected

disabled, because of Donald Richard Karr Jr., PTSD disability!

38. Petitioner Donald Richard Karr Jr., Veterans Affair Doctors and Staff at the Veterans Affair facilities, plus Donald Richard Karr Jr., private doctors, including Veterans Affair Choice Doctors, all agree that Petitioner Donald Richard Karr Jr., is 100% Service-Connected Disabled plus as Amy Marrs in Spokane Veterans Affair stated Petitioner Donald Richard Karr Jr., is also 100% nonservice connected disabled because of his PTSD disability!

39. Dr. Glen Volyn, Petitioner's Choice doctor established Donald Richard Karr Jr., 100% service connected disabled, medical exacerbated disability disease conditions include, but are not limited to, Chronic Bronchitis #6600, Petitioner Donald Richard Karr Jr., Primary Disease Condition (which has been from childhood because of Donald Richard Karr Jr., small and large bronchial tubes) the reason Petitioner, DONALD RICHARD KARR JR., spent his sixth week of Basic Training in hospital in February 1968. Donald Richard Karr Jr., trigger of mold and cedar allergies have developed from the Chronic Bronchitis #6600 including Emphysema #6603 and COPD #6604 disease conditions which creates a major hardship for Petitioner Donald Richard Karr Jr., without the proper doctors and medications that Veterans Affair

makes no effort to provide Petitioner Donald Richard Karr Jr.

40. Donald Richard Karr Jr., Asthma #6602 has sent him to the hospital emergency room, but Donald Richard Karr Jr., Chronic Bronchitis #6600, is what causes Petitioner Donald Richard Karr Jr., to be hospitalized,

41. Donald Richard Karr Jr., Type 2 diabetes, COPD #6604 (Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions currently creates for Petitioner Donald Richard Karr Jr., a major hardship for Petitioner Donald Richard Karr Jr., medically and financially.

42. Petitioner Donald Richard Karr Jr., has a long history of being allergic to mold, cedar and cottonwood trees, dating back into the 1960s and 1970s.

43. Petitioner Donald Richard Karr Jr., has a history of Chronic Bronchitis #6600 due to small bronchial tubes. Donald Richard Karr Jr., Chronic Bronchitis #6600 has turned into COPD #6604 Stage II, noted in the medical notes in Donald Richard Karr Jr., Profile for which Petitioner, DONALD RICHARD KARR JR., uses Anoro Ellipta.

44. Petitioner, DONALD RICHARD KARR JR., has been diagnosed with type 2 diabetes (Veterans Affair in Reno 2004 determined this disability). The type 2 diabetes and adding the Tinnitus by Veterans Affair in June 26th 2015 but Petitioner Donald

Richard Karr Jr., did not receive an upgrade of 30% Service Connected Disabled.

44. Veterans Affair refused to give Petitioner Donald Richard Karr Jr., an upgrade and has family history of diabetes. Petitioner, DONALD RICHARD KARR JR., has right hand and left hand Dupuytren's disease condition, PTSD and Sleep Apnea for which Petitioner, DONALD RICHARD KARR JR., needs to use a CPAP machine (not provided and refused Donald Richard Karr Jr., his request by Veterans Affair).

**C. Veterans Affair refusal of Petitioner's Educational Benefits, Preventing Petitioner Donald Richard Karr Jr., from returning to working in his Profession.** Veterans Affair's Management & Employees Wrongful Acts against Petitioner Donald Richard Karr Jr., 28 U.S.C. § 2671 Employee and Respondent Superior Veterans Affair's Management & Employees Conspiracy to Engage in a Pattern of Racketeering Activity 18 U.S.C. §§ 1961(5), 1962(c) and (d), 18 U.S.C. §§ 1961(4), (5) and (9) for the lump sum payment of Donald Richard Karr Jr., stolen 100% Service-Connected Veterans Disability Benefits stolen, each and every month, each and year, without payment to the Petitioner Donald Richard Karr Jr., by Veterans Affair who instead redirected all payments to DONALD R. KARR, Navy Veteran, Veterans Affairs

Employee, the United States Department of Veterans Affairs, by DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, which Veterans Affair continues to deny payment to the Petitioner. Petitioner has had his benefits embezzled for six hundred eighty-two (682) months fifty-eight (58) years through February 2025, over fifty two (52) years that Veterans Affair has embezzled Donald Richard Karr Jr., 100% Service Connected Disability benefits since 1973, when Donald Richard Karr Jr., benefits were redirected by DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, and sent to 22402 Robin Oaks Terrace, Diamond Bar, California 91765.

Petitioner Donald Richard Karr Jr., 100% Service Connected Disability Benefits have been redirected to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, that is now a matter before this court because of the undisputed violations of the HOBBS Act 18 U.S.C. § 1951, Robbery and Extortion, RICO Act violations including of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents at Veterans Affair), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that

identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) violations rising to the level of Racketeering Activity 18 U.S.C. §§ 1961 (5), 1962 (b) Fraud & False Statements under the RICO Act with RACKETEERING ACTIVITIES as an PRINCIPAL 18 U.S.C. § 2 and as an ACCESSORY after the fact 18 U.S.C. § 3 damages due in this 'Case of First Impression with Special Circumstances including the Attempted Murder of Petitioner Donald Richard Karr Jr.,' because Donald Richard Karr Jr., Profile is setup so that Petitioner Donald Richard Karr Jr., receives only benefits from the non service connected side of Donald Richard Karr Jr., profile and Donald R. Karr and his son Donald Lee Karr receive Donald Richard Karr Jr., 100% Service Connected Disability because Veterans Affair has modified Donald Richard Karr Jr., Profile to pay Donald Richard Karr Jr., 100% Service Connected Disability benefits to Donald Lee Karr a **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

Petitioner Donald Richard Karr Jr., is not in the 100% Service Connected Disabled side of Donald Richard Karr Jr., Profile and Donald Richard Karr Jr., is in the 30% non service connected disabled side of his Profile with no benefits including but not limited to,

education benefits, medical benefits including no payments of doctors, tests over forty-five times and medications as a service connected disabled veteran, that was awarded as Donald Richard Karr Jr., 100% Serviced Connected Disability Benefits in 1973, but never given the award, because the award was diverted and given to Donald Lee Karr by his father Donald R. Karr Veterans Affair Employee on or about September 1973,

Pleading in the alternative, if same be necessary, on the occasions alleged herein, Veterans Affairs Employees and Respondents wrongful acts and hostile conduct, as set forth above, made material representations to Donald Richard Karr Jr., that have induced Petitioner Donald Richard Karr Jr., to act in a matter which Veterans Affairs Employees and Respondents have obtained Donald Richard Karr Jr., 100% Service Connected Disability Benefits, that are Donald Richard Karr Jr., 100% Service Connected Disability Benefits of Petitioner Donald Richard Karr Jr. Veterans Affair is utilizing the Veterans Affairs Computer to access Donald Richard Karr Jr., 100%

service connected disability benefits, without authorization from Petitioner to take Donald Richard Karr Jr., benefits and his payments for said benefits, that Petitioner Donald Richard Karr Jr., seeks Treble and Punitive Damages.

The Petitioner Donald Richard Karr Jr., 100% Service Connected Disability Benefits, now the undisputed stolen benefits of Petitioner Donald Richard Karr Jr., stolen by the Veterans Affairs Employees, that would now be paid to Petitioner Donald Richard Karr Jr., as one total lump sum payment of Twenty Five Million ($25,000,000). Veterans Affairs Employees, and Respondents, wrongful acts have made material representations to Donald Richard Karr Jr., regarding payment, reimbursement, and/or compensation which were false, were either known to be false when made or were asserted without knowledge of the truth, and was intended by Veterans Affairs Employees, and Respondents, wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr. Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees, and Respondents, wrongful acts that have induced Petitioner Donald Richard Karr Jr., to act in a matter which Veterans Affairs Employees, and Respondents, wrongful acts have obtained the 100% Service-Connected Disability Benefits of Donald Richard Karr

Jr., through Donald Richard Karr Jr., Profile, that has been Electronically Turned On and Off without an upgrade of benefits, but for the sole purpose of the theft of Donald Richard Karr Jr., benefits without intention of paying Petitioner Donald Richard Karr Jr., or his knowledge of Veterans Affair when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation.

1. That this Court liberally construe the **HOBBS Act and RICO Act laws** and thereby find that all Respondents have conspired to acquire and maintain an interest in, and/or conspired to acquire and maintain control of, a RICO enterprise engaged in a pattern of racketeering activity in violation of 18 U.S.C. §§ 1961(5), 1962(b) and (d) supra. Payment of Donald Richard Karr Jr., 100% Service Connected Disability Benefits to Donald Lee Karr and his son Donald Ray Karr are both in **violation of 10 U. S. C. § 906 ART106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

2. That this Court liberally construe the RICO CRIMES and laws and thereby

find that all Respondents have conspired to conduct and participate in said RICO enterprise through a pattern of racketeering activity in violation of 18 U.S.C. §§ 1961(5), 1962(c) and (d) supra.

3. That all Respondents and all their directors, officers, employees, agents, servants and all other persons in active concert or in participation with them, be enjoined temporarily during pendency of this action, and permanently thereafter, from conspiring to acquire or maintain an interest in, or control of, any RICO enterprise that engages in a pattern of racketeering activity in violation of 18 U.S.C. §§ 1961(5), 1962(b) and (d) supra.

4. That all Respondents and all their directors, officers, employees, agents, servants and all other persons in active concert or in participation with them, be enjoined temporarily during dependency of this action, and permanently thereafter, from conspiring to conduct, participate in, or benefit in any manner from any RICO enterprise through a pattern of Racketeering Activity in violation of 18 U.S.C. §§ 1961(5), 1962(c) and (d) supra. The Petitioner Donald Richard Karr Jr., asks that this court request the Justice Department be made aware of the matters herein that are in the court's determination require the US Attorney investigate for prosecution as

Criminal RICO matters.

5. That all Respondents and all their directors, officers, employees, agents, servants and all other persons in active concert or in participation with them, be enjoined temporarily during pendency of this action, and permanently thereafter, from committing any more predicate acts in furtherance of the RICO Enterprise alleged in **COUNT 1-9 supra.**

6. That all Veterans Affair, the Respondents, and each of them, be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

7. That judgment be entered for Petitioner Donald Richard Karr Jr., and against all Respondents for Donald Richard Karr Jr., actual damages, and for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof. The Petitioner Donald Richard Karr Jr., loss of ability to work due solely to Veterans Affair and its Employees and its Union Employees to kill Donald Richard Karr Jr., for his benefits so he is unable to work in his Profession, and as a licensed California General Engineering Contractor (A) and

Building Contractor (B) refusing to help Donald Richard Karr Jr., use his Veterans Educational Benefits to become a license a licensed California General Engineering Contractor (A) and Building Contractor (B) starting in 2013 when Donald Richard Karr Jr., requested help to become relicensed as a General Engineering Contractor (A) and Building Contractor (B). The Veterans Affair refused, and Director Marie Weldon in San Antonio personally told Donald Richard Karr Jr., that Director Marie Weldon in San Antonio was not going to put Donald Richard Karr Jr., in business.

8. The last fourteen (14) years Petitioner has been prevented from working in his Profession to earn a living in his Profession, to work as Engineering Land Planner and as a license a licensed California General Engineering Contractor (A) and Building Contractor (B), specifically as General Engineering Contractor (A) infrastructure builder as Petitioner Donald Richard Karr Jr., has done as part of his private sector development experience. Petitioner Donald Richard Karr Jr., experience includes successfully acquiring infrastructure public sector bond inducements agreements with Riverside County totaling $750,000,000.00 for this project on this City of Perris, California (Riverside County) project encompassing 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project plus additional two (2) infrastructure public sector bond inducements agreements with two (2) additional $300,000,000 Riverside County Projects in 1986 totaling with the three (3) projects

$1,350,000,000 in revenue bonds. The bond market crashed in March 1986.

9. Petitioner Donald Richard Karr Jr., Profession as a designer and builder, including infrastructure and home building, has been blocked by Veterans Affair for the last fifty two (52) years so Donald Richard Karr Jr., not able at Veterans Affair to obtain any of Donald Richard Karr Jr., educational benefits.

10. Petitioner Donald Richard Karr Jr., is denied to be able to work in his profession and his livelihood by Veterans Affair for the last fourteen (14) years and Veterans Affair refuses Petitioner Donald Richard Karr Jr., 100% Service Connected Disability Benefits when as an undisputed fact Petitioner was never given his award on or about September 1973 for 100% Service Connected Disability Benefits or his GI BILL Education Benefits promised him as a Veteran.

11. In the last thirteen (13) years since Petitioner's benefits were stolen in 2011 by Employees of Veterans Affair in San Antonio, Texas, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND**

**EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner.** the Veterans Affair undisputed violations of the **HOBBS Act 18 U.S.C. § 1951, Robbery and Extortion, RICO Act violations including of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents at Veterans Affair), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) violations rising to the level of Racketeering Activity 18 U.S.C. §§ 1961 (5), 1962 (b) Fraud & False Statements under the RICO Act with RACKETEERING ACTIVITIES as an PRINCIPAL 18 U.S.C. § 2 and as an ACCESSORY after the fact 18 U.S.C. § 3** of the Respondents, and each of them, have created Donald Richard Karr Jr., loss of income and all the damages of the Petitioner Donald Richard Karr Jr.,.

12. Petitioner Donald Richard Karr Jr., has been unable to work in his Profession because Veterans Affair refuses all educational benefits to Donald Richard Karr Jr., so that he is unable to study and retake the General Engineering (A)

Contractors and General Building (B) Contractors License Test and unable to take The Bar to become a licensed lawyer. The Petitioner Donald Richard Karr Jr., scored a 97% when he originally took the General Engineering (A) Contractors and General Building (B) Contractors License Test in 1976. The Petitioner Donald Richard Karr Jr., is prevented by Veterans Affair to return to his business as a Licensed General Engineering (A) Contractors and General Building (B) Contractors so that he could return to his business as a Hillside and Master Planned Community designer and builder.

13. The Petitioner Donald Richard Karr Jr., loss of income in only the last fourteen (14) years since Petitioner Donald Richard Karr Jr., benefits were stolen in 2011 by Employees of Veterans Affair in San Antonio, Texas, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill has cost me design and build communities fourteen (14) that Petitioner Donald Richard Karr Jr., could have designed with his own staff, obtaining inducement agreements and built projects like the City of Perris, California (Riverside County) project encompassing 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project plus infrastructure public sector bond inducements agreements on two (2) projects, each

year for eleven years so Petitioner Donald Richard Karr Jr., has lost four billion dollars of initial paper and entitlements value of each project, prior to the increased value once Donald Richard Karr Jr., has built the infrastructure.

14. That all Veterans Affair, the Respondents, and each of them, pay to Petitioner **Donald Richard Karr Jr.** treble (triple) damages, and punitive damages under authority of 18 U.S.C.1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof because the undisputed fact Donald R. Karr, Navy Veteran and Veterans Affair Employee, his son, DONALD LEE KARR initially violated the **HOBBS Act and RICO Predicated Acts in 1973, in their violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,,** through mail fraud, bank fraud, money laundering and identity theft in their actions at Veterans Affair, with Veterans Affair approval that started their identity theft of Petitioner's stolen 1973 award of 100% Service Connected Disability Benefits and GI BILL Benefits for Petitioner's Education.

15. Petitioner Donald Richard Karr Jr., stolen 1973 award of 100% Service Connected Disability Benefits and GI BILL Benefits for Petitioner Donald Richard Karr Jr., Education stolen from the Donald Richard Karr Jr., assigning Petitioner Donald

Richard Karr Jr., benefits to Donald R. Karr, Navy Veteran and Veterans Affair Employee, his son, DONALD LEE KARR, including secret payments of Donald Richard Karr Jr., benefits by using Petitioner's name Donald R. Karr instead of Donald Richard Karr Jr, that appears of Petitioner's DD 214 that is an undisputed fact is **violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government).**

16. That all Veterans Affair, the Respondents, and each of them, pay Donald Richard Karr Jr., all damages, including treble (triple) damages and punitive damages sustained by Donald Richard Karr Jr., including the loss of Donald Richard Karr Jr., livelihood as a Hillside Land Planner and as a Licensed General Engineering (A) and

General Building Contractor (B) solely caused by the Respondents, due to the Veterans Affair refusing Donald Richard Karr Jr., educational benefits, over the last approximately fourteen (14) years.

17. It is an undisputed fact Petitioner Donald Richard Karr Jr., could have invested his stolen benefits that were awarded in 1973, given to Donald R. Karr Veterans Affair Employee and his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr., that Donald Lee Karr has stolen Donald Richard Karr Jr., 100% Service Connected Disability Benefits since 1973 and as an undisputed fact stolen by Veterans Affair in consequence of Respondents' violations of 18 U.S.C. 1962(d) supra, due solely to Veterans Affair's Management & Employees, by DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, Wrongful Acts against Donald Richard Karr Jr., 28 U.S.C. § 2671 Employee and Respondent Superior Veterans Affair's Management & Employees Conspiracy that have Engaged in a Pattern of Racketeering Activity violating 18 U.S.C. §§ 1961(5), 1962(c) and (d), 18 U.S.C. §§ 1961(4), (5) and (9) for damages for the lump sum payment to Donald Richard Karr Jr., for his stolen 100% Service-Connected Veterans

Disability Benefits stolen, each and every month, each and year, without payment to Donald Richard Karr Jr., benefits by Veterans Affair redirected to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee.

**18. The RICO Act Crimes that exist everyday at the United States Department of Veterans Affairs facilities in the United States and within the Veterans Affair entire Veterans Affair System,** that Petitioner Donald Richard Karr Jr., has been subjected to Veterans Affair Management Staff, Veterans Affair Employees and agents that block and prevent Donald Richard Karr Jr., efforts from utilizing his Veterans Benefits in their **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

19. Petitioner Donald Richard Karr Jr., has had his benefits embezzled for over fifty two (52) years since 1973, when Veterans Affair Management Staff, Veterans Affair Employees and agents redirected Donald Richard Karr Jr., 100% Service Connected Disability Benefits, when Veterans Affair Management Staff, Veterans Affair Employees and agents when they started blocking and preventing Petitioner

efforts to obtain his benefits. Veterans Affair, its staff, its employees, its agents, referred herein as the Respondents, for six hundred eighty-two (682) months through February 2025, over fifty two (52) years (consisting of fifty-eight (58) years of benefits since February 1968) since 1973 when Petitioner Donald Richard Karr Jr., benefits were redirected to 22402 Robin Oaks Terrace, Diamond Bar, California 91765.

20. **Donald Richard Karr Jr.** Petitioner's benefits in 1973 were redirected to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs, that is now a matter before this court because of the violations of the HOBBS Act 18 U.S.C. § 1951, Robbery and Extortion, RICO Act violations including 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and and 18 U.S.C. § 1029 (access device fraud by the Government), Racketeering Activity 18 U.S.C. §§18 U.S.C. §§ 1961 (5), 1962 (b) Fraud & False Statements under the RICO Act with RACKETEERING ACTIVITIES as an PRINCIPAL 18 U.S.C. § 2 and as an ACCESSORY after the fact 18 U.S.C. § 3 damages due in this Petition, according to the best available proof.

21. That all Veterans Affair, the Respondents, and each of them, pay to

Petitioner **Donald Richard Karr Jr.** his costs of the lawsuit incurred herein including, but not limited to, all his, and his council's necessary research, all non-judicial enforcement, and all reasonable counsel's fees, at a minimum of $450.00 per hour (Petitioner's standard professional law clerk rate for litigation including Federal Court) at start of this action fourteen (14) years ago.

22. The undisputed fact Veterans Affair and its employees have made it impossible for Petitioner **Donald Richard Karr Jr.** to rise out of poverty and make a living because they have denied Donald Richard Karr Jr., benefits including educational benefits!

23. Veterans Affair, the Respondents, and each of them, and its employees have refused Petitioner **Donald Richard Karr Jr.** his benefits except monthly income that Veterans Affair charges illegal copay not owed by the Petitioner violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to

the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3), including but not limited to, Donald Richard Karr Jr., 1973 award and rating for Donald Richard Karr Jr., 100% Service-Connected Disability, **Donald Richard Karr Jr.** GI BILL Education and subsequent education benefits, medical benefits and Veterans Affair payments as an undisputed violations of the HOBBS Act (Robbery and Extortion) and the RICO Act in the numerous Racketeering Sections noted in this Petition under equal access to Justice Act!

24. That all Veterans Affair, the Respondents, and each of them, damages to Petitioner **Donald Richard Karr Jr.**, caused by Respondents, and each of them, and all gains, profits, and advantages derived by all the Respondents, from their several acts of racketeering in violation of 18 U.S.C. 1962(d) supra and from all other violation(s) of applicable State and federal law(s), be deemed to be held in constructive trust, legally foreign with respect to the federal zone [sic], for the benefit of Donald Richard Karr Jr., his heirs and assigns.

25. Petitioner **Donald Richard Karr Jr.** as an undisputed fact, has had his benefits embezzled for six hundred eighty-two (682) months through February 2025,

over fifty-eight (58) years of stolen benefits through February 2025 that actual commenced in February 1968 in Basic Training, stolen since 1973 when payments began and were diverted to Donald Lee Karr.

26. That Petitioner Donald Richard Karr Jr., have such other and further relief as this Court deems just and proper, under the full range of relevant circumstances which have occasioned the instant action and this Peremptory Writ of Mandamus.

**27. PETITIONER Donald Richard Karr Jr. should recover:** The missing benefits from the 1973 Veterans Affairs Application and award for 100% Service Connected Disability, plus all upgrade awards denied Donald Richard Karr Jr., since 1973, since Donald Richard Karr Jr., received his first service connected award for 30% for Asthma in 2013, from Veterans Affairs, dates back to when Petitioner was in Basic Training in February 1968 sleeping in old World War II Cedar Wooden Barracks.

28. World War II Cedar Wooden Barracks causing **Donald Richard Karr Jr.** the exacerbated disease conditions that were Donald Richard Karr Jr., Chronic Bronchitis #6600 Donald Richard Karr Jr., Primary Condition and Asthma #6602 Donald Richard Karr Jr., Secondary Condition with allergies to mold and cedar that caused Petitioner Donald Richard Karr Jr., to go to the hospital from a field test and exercise in basic

training when he had a 104 degree temperature.

29. Petitioner **Donald Richard Karr Jr.** has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma ##6602 condition sending him to the hospital fighting for his life, because of Donald Richard Karr Jr., small airway disease which has turned into COPD #6604 for which Donald Richard Karr Jr., uses Anoro Ellipta.

30. Veterans Affair, the Respondents, and each of them, in their wrongful acts against Petitioner, Donald Richard Karr Jr., through identity theft of Donald Richard Karr Jr., 100% Service Connected Benefits since 1973 for approximately fifty two (52) years, in their **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** approximately twenty-six (26) times within said fifty two (52) years have used Petitioner Profile for money laundering of funds that could be Billions of Dollars every year from the government so this is not a simple situation of just Donald R. Karr stealing Donald Richard Karr Jr., benefits. Theft of Donald Richard Karr Jr., benefits is unchecked or audited to determine where this money is and how

much is being stolen from the Government.

31. Petitioner Donald Richard Karr Jr., has had his benefits embezzled by Department of Veterans Affairs Employees, for six hundred eighty-two (682) months through February 2025, over fifty-eight (58) years of benefits through February 2025 (since February 1968) have been stolen since 1973. Veterans Affair and its employees, the Respondents, and each of them, have systematically stolen Petitioner's benefits, from the time that began in 1973 that Petitioner, Donald Richard Karr Jr., his wife and his child depended on these 100% Service Connected Disability Compensation Benefits were awarded without payment paid to Petitioner Donald Richard Karr Jr.

32. Veterans Affair, the Respondents, and each of them, instead of being transparent with Petitioner **Donald Richard Karr Jr.**, Veterans Affairs has illegally drawn Petitioner's actual 100% Service Connected Disability Compensation Benefits diverting the 1973 award allowing Donald Richard Karr Jr., award to be used Donald R. Karr, Navy Veteran, VA Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 showing that his son Donald Lee Karr lived at 22042 Robin Oaks Terrace, Diamond Bar, California 91765 in their RICO Act Violations and Racketeering Activities including an illegal identity theft scam to cheat Donald Richard

Karr Jr., of his 100% service connected disability benefits dating back 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

33. Respondents, and each of them, ignored Veterans Affairs obligation to pay benefits to Petitioner **Donald Richard Karr Jr.** that were his 100% Service-Connected Disability benefits from February 1968 or as a minimum the Petitioner's entire 30% service-connected disability benefits owed to Petitioner **Donald Richard Karr Jr.** for Asthma for six hundred eighty-two (682) months through February 2025 to determine actual stolen benefits in this Petition;

34. PETITIONER **Donald Richard Karr Jr.** should recover: The missing benefits from the 1973 Veterans Affairs Application and award since **Donald Richard Karr Jr.** received his first service connected award for 30% for Asthma from Veterans Affairs, dates back to when Petitioner **Donald Richard Karr Jr.** was in Basic Training sleeping in old World War II Cedar Wooden Barracks, causing the exacerbated disease conditions that were **Donald Richard Karr Jr.** Chronic Bronchitis #6600 **Donald**

**Richard Karr Jr.** primary condition, and Asthma #6602 **Donald Richard Karr Jr.** secondary condition, with allergies to mold and cedar. Petitioner **Donald Richard Karr Jr.** has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma #6602 condition sending him to the hospital fighting for his life because of small airway disease which has turned into COPD #6604 Stage II for which he uses Anoro Ellipta.

35. Veterans Affair, the Respondents, and each of them, in the wrongful acts, has ignored **Donald Richard Karr Jr.** Petitioner's medical needs refusing all medications and medical need for doctor and doctors tests continuing their identity theft Petitioner **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits over fifty two (52) years, approximately twenty-six (26) times within said fifty-eight (58) years, six hundred eighty-two (682) months February 2025, commencing on or about 1973.

36. Veterans Affair, the Respondents, and each of them, have systematically stolen Petitioner's 100% Service Connected benefits from the time Petitioner **Donald Richard Karr Jr.**, his wife and his child depended on the Service Connected Disability Compensation Benefits in 1973 when the benefits were awarded to Petitioner **Donald Richard Karr Jr.**, without payment paid to Petitioner **Donald Richard Karr Jr.**, but

instead Veterans Affairs has illegally set up a money laundering operation and drawn **Donald Richard Karr Jr.** actual 100% Service Connected Disability Compensation Benefits using Donald R. Karr, Navy Veteran, Veterans Affair Employee who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765, in their HOBBS Act and RICO Act Violations of Racketing Activities including an illegal identity theft scam to cheat Petitioner **Donald Richard Karr Jr.** of his service connected disability benefits dating back 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

37. Veterans Affair, the Respondents, and each of them, is obligated to pay for Petitioner **Donald Richard Karr Jr.** Service-Connected Disability benefits from February 1968, including the 30% service-connected disability, the 60% service-connected disability, the 90% service-connected disability, and the 100% service-connected disability awards and ratings for six hundred eighty-two (682) months through February 2025 to determine all the stolen benefits in this Petition when the Petitioner **Donald Richard Karr Jr.** makes application for benefits and Veterans Affair

refuses payment that is due the Petitioner **Donald Richard Karr Jr.**, but fraudulently refused and stolen by Veterans Affair violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3).

38. PETITIONER **Donald Richard Karr Jr.** should recover: All missing benefits stolen by the Veterans Affair Organized Crime since Petitioner's 1973 Veterans Affairs Application award when **Donald Richard Karr Jr.** was awarded the 100% Service Connected Disability Award he received!

39. Petitioner **Donald Richard Karr Jr.** first payment of his service connected award for 30% for Asthma from Veterans Affairs, dates back to when Petitioner **Donald Richard Karr Jr.** was in Basic Training sleeping in old World War II Cedar Wooden Barracks, causing his exacerbated disease conditions that were **Donald**

**Richard Karr Jr.** Chronic Bronchitis #6600 his Primary Condition and Asthma #6602 his Secondary Condition with allergies to mold, cedar and cottonwood trees are the conditions that are as an undisputed fact the reason **Donald Richard Karr Jr.** was awarded his 100% Service Connected Disability Benefits.

40. Petitioner **Donald Richard Karr Jr.** has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma condition sending Petitioner **Donald Richard Karr Jr.** to the hospital fighting for his life because of small airway disease which has turned into COPD Stage II #6604 for which he uses Anoro Ellipta.

41. Veterans Affair, the Respondents, and each of them, in the wrongful acts through identity theft **Donald Richard Karr Jr. 100% Service Connected Benefits** for over fifty two (52) years, approximately twenty-six (26) times within said for over fifty two (52) years six hundred eighty-two (682) months since February 1968 established in Basic Training in February 1968, commencing on or about 1973 at Veterans Affair, that has systematically stolen Petitioner's 100% Service Connected Disability benefits from the time Petitioner **Donald Richard Karr Jr.**, his wife and his child born in September 1974 depended on **Donald Richard Karr Jr. 100% Service Connected Disability**

Compensation Benefits but got nothing from Veterans Affair.

42. Petitioner **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits were awarded to **Donald Richard Karr Jr.**, without payment paid to **Donald Richard Karr Jr. but instead Veterans Affairs has illegally drawn Donald Richard Karr Jr. actual 100% Service Connected Disability Compensation Benefits for Donald Lee Karr money laundering using Donald R. Karr, Navy Veteran, Veterans Affair Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) in their RICO ACT with violations in their Rackeeting Activities including an illegal identity theft scam to cheat Donald Richard Karr Jr. of his 100% service connected disability benefits dating back 1973.**

43. Veterans Affair, the Respondents, and each of them, is obligated to pay for **Donald Richard Karr Jr.** 100% Service- Connected Disability benefits from February

1968, including the 30% service-connected disability, the 60% service-connected disability, the 90% service-connected disability, and the 100% service-connected disability awards and ratings for six hundred eighty-two (682) months through February 2025 to determine stolen benefits in this Petition **Veterans Affairs has illegally drawn Donald Richard Karr Jr. actual 100% Service Connected Disability Compensation Benefits for Donald Lee Karr money laundering using Donald R. Karr, Navy Veteran, Veterans Affair Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) in their RICO ACT with violations in their Racketeering**

**Activities including an illegal identity theft scam to cheat Donald Richard Karr Jr. of his 100% service connected disability benefits dating back 1973.;**

44. PETITIONER should recover: The missing benefits from the stolen 1973 Veterans Affairs Application and award since Petitioner **Donald Richard Karr Jr.** because received his first service connected award for 30% for Asthma from Veterans Affairs, dates back to when he was in Basic Training sleeping in old World War II Cedar Wooden Barracks. The false award rating did not provide his compensation that was the actual exacerbated disease conditions that were **Donald Richard Karr Jr.** Chronic Bronchitis #6600 primary condition and Asthma #6602 secondary condition with allergies to mold and cedar. **Donald Richard Karr Jr.** has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma #6602 condition sending him to the hospital fighting for his life because of small airway disease which has turned into COPD #6604 for which he uses Anoro Ellipta. Department of Veterans Affairs Employees, wrongful acts, through identity theft of **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits, for approximately fifty-eight (58) years since February 1968, approximately twenty-six (26) times within over fifty-two (52) years since September

1973, six hundred eighty-two (682) months, or that are **Donald Richard Karr Jr.** 100% Service Connected Disability benefits are commencing on or about September 1973.

45. Veterans Affair, the Respondents, and each of them, have systematically stolen **Donald Richard Karr Jr.** 100% Service Connected Disability benefits in 1973 from the time Petitioner, **Donald Richard Karr Jr.** his wife and his child depended on the 100% Service Connected Disability Compensation Benefits was awarded, without payment paid to Petitioner **Donald Richard Karr Jr.**, but instead Veterans Affairs has illegally drawn **Donald Richard Karr Jr.** actual 100% Service Connected Disability Benefits using Donald R. Karr, Navy Veteran, Veterans Affair Employee, who lived at 22042 Robin Oaks Terrace, Diamond Bar, California 91765 to violate in the RICO ACT with **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** starting in 1973, that commenced their Racketing Activities, including the 'illegal identity theft' in the scam to cheat Petitioner of his 100% service connected disability benefits for approximately fifty-eight (58) years since February 1968, approximately twenty-six (26) times within said fifty two (52) years since

September 1973, six hundred eighty-two (682) months through February 2025, or commencing on or about September 1973. Therefore, Veterans Affairs is obligated to pay for **Donald Richard Karr Jr.** his stolen 100% Service-Connected Disability benefits from February 1968 including the 30% service-connected disability, the 60% service-connected disability, the 90% service-connected disability, and the 100% service-connected disability for six hundred eighty-two (682) months through February 2025 to determine stolen benefits in this Petition, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.;**

46. PETITIONER **Donald Richard Karr Jr.** should recover: The missing and stolen benefits from the 1973 Veterans Affairs Application and award, since **Donald Richard Karr Jr.** has only received his first service connected award for 30% for Asthma from Veterans Affairs in September 2013, that should include the 30% service-connected disability, the 60% service-connected disability, the 90% service-connected disability, and the 100% service-connected disability, that dates back to when Petitioner

**Donald Richard Karr Jr.** was in Basic Training sleeping in old World War II Cedar Wooden Barracks, causing the exacerbated disease conditions that were **Donald Richard Karr Jr.** Chronic Bronchitis #6600 his primary condition and Asthma #6602 his secondary condition, with allergies to mold, cedar and cottonwood trees. **Donald Richard Karr Jr.** has Chronic Bronchitis #6600 due to small bronchial tubes, a long history of being allergic to mold and cedar and then of course it triggers the Asthma #6602 condition sending him to the hospital fighting for his life because of small airway disease which has turned into COPD #6604 for which he uses Anoro Ellipta. Department of Veterans Affairs Employees, in their wrongful acts against Petitioner, through their identity theft **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits for over fifty two (52) years [with fifty-eight (58) actual years of benefits since February 1968] stolen **these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.** with six hundred eighty-two (682) months through February 2025, stolen approximately twenty-six (26) times, within said fifty two (52) years, or commencing on or about September 1973.

47. Veterans Affair, the Respondents, and each of them, have systematically since 1973 in their, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28**

**USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** stolen Petitioner's benefits, from the time Petitioner, his wife and his child depended on his 100% Service Connected Disability Benefits. Petitioner's payment of his award was not paid to Petitioner **Donald Richard Karr Jr.** but redirected by Veterans Affair and Petitioner's payment, without payment paid to Petitioner, but instead redirected by Veterans Affairs and the Respondents, who has illegally drawn Petitioner's actual 100% Service Connected Disability Benefits, for Veterans Affair Employees own unjust enrichment of payments of said benefits, using Donald R. Karr Veterans Affair employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765, in Veterans Affair, the Respondents, and each of them, RICO ACT violations of their Racketing Activities including an illegal identity theft scam to cheat Petitioner of his 100% service connected disability benefits dating back 1973.

48. Veterans Affair, the Respondents, and each of them, is obligated to pay for Petitioner's 100% Service-Connected Disability benefits from February 1968, the 100% service-connected disability benefits never paid to Petitioner's father who of course had the same disabilities as his father Donald Richard Karr Sr. are owed unpaid because they were stolen by Donald R. Karr Veterans Affair employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765, for six hundred eighty-two (682) months through February 2025 to determine stolen benefits in this Petition. Petitioner's damages

should include benefits stolen from his father Donald Richard Karr, Sr. of this total figure will be based upon six hundred eighty two (682) months for payment through February 2025 of a minimum lump sum payment of nine million ($9,000,000) dollars since his death from Cancer in July 1985 to the family of Donald Richard Karr, Sr., not the Petitioner **Donald Richard Karr Jr.**, His Wife Arlene Jane Karr, Children including Debbie Roderick, Grand Children including Morgan Donald Roderick, Melinda Roderick and Andrea Michelle Karr, but not limited to, and Great Grand Children, placed in a living trust, the **Donald Richard Karr, Sr. Living Trust** that Petitioner is the Trustee and can fund payments to Donald Richard Karr Sr. Survivors not including the Petitioner for the Theft of his 'Next of Kin Benefits due the Respondents, and each of them, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, DONALD RICHARD KARR, SR., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner family. Veterans Affairs has illegally drawn Donald Richard Karr Sr. actual 100% Service Connected Disability Compensation Benefits for Donald Lee Karr money laundering using Donald R. Karr, Navy Veteran, Veterans Affair Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when**

**someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) in their RICO ACT with violations in their Racketeering Activities including an illegal identity theft scam to cheat Donald Richard Karr Jr. and Donald Richard Karr Sr, of their 100% service connected disability benefits dating back 1973.;**

49. **Donald Richard Karr Jr.** should recover: Finally all of **Donald Richard Karr Jr.** reimbursed costs with additional costs, not paid by Veterans Affair for medical

expenses, including all the hospitals and doctors. plus dental for **Donald Richard Karr Jr.** teeth …back payments including hospital and medical costs, including any foot surgery that is in fact the Malpractice because of the wrong size twice as an 11 wide (that should be 11-1/2 EEE, established by a Board Certified Foot Doctor) wide that was measured **by Mike Olsen, the Podiatry Tech at Dr. Karen Brooks, MD, KMC Podiatry Clinic, a violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** at this size incorrectly twice at Veterans Affairs Kerrville, **Texas that includes money illegally taken violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) to Donald R. Karr, Navy**

**Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair to TRICARE Insurance shown in Donald Richard Karr Jr. Profile that they in fact exist as an undisputed fact in the 100% Service Connected Disability side of Petitioner's Profile without Donald Richard Karr Jr. permission.**

50. The illegal payments **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** STOLEN by Veterans Affair from **Donald Richard Karr Jr.** social security and 100% service connected disability benefits money, because **Donald Richard Karr Jr.** has been 100% Service Connected Disability Benefits since 1973, that were stolen by the Veterans Affair and its employees and Union Employees that should be paid to Petitioner **Donald Richard Karr Jr.** in a minimum lump sum payment of **$750,000,000 because of the over fifty two (52) years of embezzlement of Petitioner's benefits when in fact in 2003 Petitioner's benefits were in the 55 year rule when Petitioner was 55 years old**

**and his benefits can not be changed at at Veterans Affair.**

51. The illegal payments by Veterans Affair from **Donald Richard Karr Jr.** that include stolen education benefits including seven failures by Veterans Affairs to pay Educational Benefits including **Donald Richard Karr Jr.** 1973 G. I. Bill and Educational Benefits awarded pursuant to **Donald Richard Karr Jr. original 1973 award** but stolen by DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair without **Donald Richard Karr Jr.** authorization for a **total of minimum of $15,600,000 damages loss of Petitioner's education funds that were as an undisputed fact not the benefits of DONALD LEE KARR, and DONALD RAY KARR, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., that will preclude Donald Richard Karr Jr. from using his 1973 GI BILL EDUCATION MONEY FOR HIMSELF OR CHILDREN.**

52. The over fifty two (52) years of fraudulent Veterans Affair awards for 30% service connected benefits which **Donald Richard Karr Jr.** received nothing as Chapter

31 Educational Benefits, although Petitioner **Donald Richard Karr Jr.** requested his benefits, **Donald Richard Karr Jr. original 1973 award** but stolen by DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair without **Donald Richard Karr Jr.** authorization would establish twenty-six (26) times for a total, back educational payments, refusal by Veterans Affair since 1973 for a **total of $15,600,000** plus the above shown $15,600,000 for a total of minimum of **$46,800,000 Treble damages Lump Sum payment with treble damages to Donald Richard Karr Jr. and punitive damages for the stolen benefits for a total payment of $61,400,000 in damages, plus punitive damages for false and fraudulent writings for over fifty two (52) years for $614,000,000 for stolen benefits plus punitive damages for violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) in their RICO ACT with violations in**

**their Racketing Activities including an illegal identity theft scam damages, plus punitive damages to cheat Petitioner Donald Richard Karr Jr. of his 100% service connected disability benefits dating back to September 1973 due immediately. Damages including punitive damages for false and fraudulent writings for libel, dishonoring Donald Richard Karr Jr. military service to his county with refusal of Donald Richard Karr Jr. TRICARE Insurance to Petitioner Donald Richard Karr Jr. and his family accepting Donald Lee Karr instead of Donald Richard Karr Jr. for the benefits Petitioner earned as Solider, 100% service connected disability benefits to bring Donald Richard Karr Jr. current and doing nothing to help Donald Richard Karr Jr. as a Homeless Veteran, plus Petitioner Donald Richard Karr Jr. is entitled to Sanctions and Punitive Damages for treating Donald Richard Karr Jr. with prejudice at Veterans Affair as a 100% Service Connected Disabled Veteran who earned the benefits as a Vietnam Veteran Donald Richard Karr Jr. serving active duty from on or about December 28, 1967 to December 21st 1970.** If damages are not paid and **Donald Richard Karr Jr. because he was** not upgraded by Veterans Affair by February 28th 2025 when **Donald Richard Karr Jr. contacted Doug Collins Veterans Affair Secretary of Veterans Affair and Donald J. Trump President of the United States, then a Judge and jury may hear this matter when Petitioner Donald Richard Karr Jr. petitions the**

**court for an immediate hearing on his status as a Homeless Vietnam Veteran who has not been paid all back payments due to Donald Richard Karr Jr. and status that Donald Richard Karr Jr. is currently 100% Service Connected Disabled Veteran since 1973 and he is the Protected Status with the 55 year rule at Veterans Affair.**

53. The past over fifty two (52) years that Petitioner **Donald Richard Karr Jr.** benefits Veterans Affair has no payment medical benefits to him, the fourteen (14) most recent years of fraudulent Veterans Affair representation for payment and nothing is paid, the refusal of payment to third party medical care givers, including doctors, hospitals, and emergency rooms, regarding payment for medical and dental costs, not yet paid to Petitioner, **Donald Richard Karr Jr.** or for **Donald Richard Karr Jr.** with Veterans Affair paying Petitioner **Donald Richard Karr Jr.** the minimum **$32,500,000 Lump Sum payment plus punitive damages for false and fraudulent writings for over fifty two (52) years for $325,000,000, punitive damages for violation of the HOBBS ACT to Petitioner plus for stolen benefits plus punitive damages for violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another**

**person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) in their RICO ACT with violations in their Racketing Activities including an illegal identity theft scam damages plus punitive damages to cheat Petitioner Donald Richard Karr Jr. of his 100% service connected disability benefits dating back 1973 due immediately to bring Petitioner current plus Petitioner Donald Richard Karr Jr. is entitled to Sanction for treating Donald Richard Karr Jr. with prejudice at Veterans Affair as a 100% Service Connected Disabled Veteran who earned the benefits as a Vietnam Veteran serving active duty from on or about December 28, 1967 to December 21st 1970 in the U. S. ARMY.** Veterans Affair damages to **Donald Richard Karr Jr. original 1973 award** but stolen by DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair without **Donald Richard Karr Jr.** authorization pays all outstanding bills plus damages and Sanctions for non payment of said bills, not paid for over fifty two (52) years, which the actual payment for fifty-eight (58) years and six hundred eighty-two (682) months February 2025, as monthly 100% service connected

disability payments to Petitioner, which is payment based upon the current monthly Veterans Affair paying all ratings for **Donald Richard Karr Jr.** to be current in payments owed **Donald Richard Karr Jr.**, now due and owed by Veterans Affairs and the Respondents, and each of them. The additional medical tests are findings, and facts, that support the finding of **Donald Richard Karr Jr.** 100% Service Connected Disability Compensation Benefits Award refused by Veterans Affairs. If damages are not paid and **Donald Richard Karr Jr.** is not upgraded by Veterans Affair by June 2025 then a Judge and jury may hear this matter when **Donald Richard Karr Jr.** petitions the court for Summary Judgment hearing Sanctions for non payment of said bills, not paid for over fifty two (52) years, which the actual payment for fifty-eight (58) years and six hundred eighty-two (682) months February 2025.

54. That all Respondents, and each of them, pay to Petitioner **Donald Richard Karr Jr. original 1973 award** but stolen by DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair without **Donald Richard Karr Jr.** authorization the lump payment, including prepayment of medical cost based a lump sum payment in this upgrade of $25,000,000 for stolen 100% Service Connected Disability Compensation Benefits Award such that Petitioner's medical benefits include

repayment of all stolen benefits and reasonable loss of benefits, that should have been paid **Donald Richard Karr Jr.** that Veterans Affair meets the requirement to pay that Veterans Affair has refused to pay twenty six (26) times that **Donald Richard Karr Jr.** 100% Service Connected Disability Compensation Benefits Award was given to **Donald Richard Karr Jr**. including Sanctions for non payment of said bills, not paid for over fifty two (52) years, which the actual payment for fifty-eight (58) years and six hundred eighty-two (682) months February 2025.

55. Petitioner **Donald Richard Karr Jr.** benefits for **Donald Richard Karr Jr.** 100% Service Connected Disability Compensation Benefits Award remain and begin after February 2025 with payment for **Donald Richard Karr Jr.** his wife and child, paid to him monthly, with treble (triple) damages monthly with the lump sum payment of $25,000,000 and **Donald Richard Karr Jr. payment** for Petitioner at rate that a 100% Service Connected Disability Compensation Benefits once he is upgraded 100% Service Connected Disability **Donald Richard Karr Jr. original 1973 award** but stolen by DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair without **Donald Richard Karr Jr.** authorization. Noting that the amount of total lump sum payment of $25,000,000 the stolen benefits through identity

theft in the approximately twenty-six (26) applications within the Veterans Affair system, can be adjusted by total lump sum payment this payment received for **Donald Richard Karr Jr.** 100% non service connected disability for PTSD from Amy Marrs in addition to **Donald Richard Karr Jr.**100% Service Connected award in 1973 not paid to Petitioner awarded because of this Action to obtain all of Petitioner's benefits. This benefits are undisputed benefits stolen by Veterans Affair and Respondents, that have been deleted from the Veterans Affairs Computer, by Respondents, third parties that Amy Marrs has represented to Petitioner **Donald Richard Karr Jr.**

56. Veterans Affair has stopped Petitioner **Donald Richard Karr Jr.** from collecting his educational benefits because Veterans Affair used this additional money in their summation total of Petitioner's benefits **Donald Richard Karr Jr.** that are accessed from **Donald Richard Karr Jr.** Veterans Affair Profile, **including but not limited to, violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the**

act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR. violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr. to increase Veterans Affair, and the Respondents, money laundering total amount, when Veterans Affair gains access to Donald Richard Karr Jr. benefits, when they have gained access to Petitioner's Profile, setting up a second side to his profile to pay his son Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Donald Richard Karr Jr., that Veterans Affair is now due lump sum payment, for defrauding Donald Richard Karr Jr. of all his ratings and awards,

**including the PTSD rating offered by Veterans Affairs in 'bad faith' at the time, but now due in this Judgment award, from the Court's ruling!**

57. That all Respondents pay to **Donald Richard Karr Jr.** treble (triple) damages to **Donald Richard Karr Jr.**, for defrauding Petitioner **Donald Richard Karr Jr.** of his benefits through redirected Petitioner's benefits, **Donald Richard Karr Jr. original 1973 award** but stolen by DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair without **Donald Richard Karr Jr.** authorization **without Donald Richard Karr Jr. knowledge over the last over fifty two (52) years with money laundering and Identity Theft based a lump sum payment under authority of 18 U.S.C. § 1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof, violations of the RICO ACT (18 U.S.C. §§ 1961-1968) 1970; specifically Cyber Crimes which conforms to the definition rendered in the most recent case of the Ninth Circuit Federal Court in Nevada on December 19, 2013 that was rendered in the case involving David Ray Camez conduct in violation of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and 18 U.S.C. § 1029 (access device fraud by the Government);**

Veterans Affairs staff and employees Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b)] that they are able to divert funds that were part of DONALD RICHARD KARR JR, Vietnam Veteran PETITIONER, VA FILE NO. CXXXX6 558 service connected benefits award for their own unjust enrichment, in their theft of Donald Richard Karr Jr. benefits and Veterans military entitlements, including but not limited to, the Veterans Profile that Donald Richard Karr Jr. money has been stolen for fifty two (52) years, Donald Richard Karr Jr. 100% service connected disability benefits based a lump sum payment under authority of 18 U.S.C. § 1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) were stolen again in November 2011 and are still being stolen by DONALD LEE KARR, and DONALD RAY KARR, that includes illegal payments by Veterans Affair without Donald Richard Karr Jr. authorization.

58. Donald Richard Karr Jr. 100% service connected disability benefits were stolen again in November 2011 and are still being stolen Donald Richard Karr Jr. 100% service connected disability benefits were stolen again in November 2011 and are still being stolen by stolen by DONALD LEE KARR, and DONALD RAY KARR,

**that includes illegal payments by Veterans Affair without Donald Richard Karr Jr. authorization** Benefits that were reinstated and should have been given back to Petitioner **Donald Richard Karr Jr.** in November 4th 2013 from VARO in Houston, Texas as a pre-existing 30% service connected disability for a false Asthma/Bronchial award, **setup in the Vista Program in the Veterans Affairs Computer for this specific identity theft including but not limited to, violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND**

**EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr..**

59. That all Respondents pay to Petitioner **Donald Richard Karr Jr.** punitive damages to **Donald Richard Karr Jr., for defrauding Petitioner Donald Richard Karr Jr. of his benefits over the last over fifty two (52) years of Identity Theft [18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and 18 U.S.C. § 1029 (access device fraud by the Government)] based a lump sum payment under authority of 18 U.S.C. § 1964(c), for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof, violations of the RICO ACT (18 U.S.C. §§ 1961-1968) 1970 for fraudulent ratings, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTHSINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, preventing Petitioner from obtaining his 100% Service Connected Disability Benefits for over fifty-eight (58) years, approximately twenty-six (26) times within said over fifty two**

**(52) years six hundred eighty-two (682) months through February 2025, or commencing on or about September 1973.**

60. Attorney's fees as a result of the Veterans Affair conduct, not in question but as an undisputed fact is a refusal to pay benefits to Petitioner **Donald Richard Karr Jr.** that were in fact benefits that Veterans Affair paid to Donald Lee Karr, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr. A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** Donald Lee Karr a civilian that has never been in the military after he graduated from high school. In 1973 Petitioner's 100% service connected disability benefits and Petitioner's GI BILL Education Benefits were redirected to Donald Lee Karr who still receives Petitioner **Donald Richard Karr Jr.** benefits today, that Petitioner **Donald Richard Karr Jr.,** should now receive legal costs to obtain **Donald Richard Karr Jr.** stolen benefits from the Court. Petitioner should receive reimbursement of all legal costs, in a fair and reasonable amount, in the event Petitioner **Donald Richard Karr Jr.** costs to purse his lost benefits becomes necessary for Petitioner to secure the services of a trial attorney, to prosecute this matter to a

conclusion. The Petitioner **Donald Richard Karr Jr.** should recover payment of **Donald Richard Karr Jr.** work as a litigation paralegal, in preparation on the documents and the research necessary to present this matter to this court.

## General Law

As the Court noted in **Erspamer v. Derwinski, 1 Vet. Appl. At 9-10,** a Petitioner seeking an extraordinary writ, such as a peremptory writ of mandamus, must demonstrate both a clear and indisputable entitlement to the writ and the lack of an adequate alternative means to obtain the requested relief.

This Petition for Peremptory Writ of Mandamus demonstrates both a clear and indisputable loss of **Donald Richard Karr Jr.** 1973 award of **Donald Richard Karr Jr.** 100% Service Connected Disability Veterans benefits, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** and the fraudulent writings of his benefits, fraud, embezzlement, failure of the Respondents taxes on the stolen benefits, and the other

financial crimes committed by the Respondents to redirect the payments that have been stolen by Identity Theft and Money Laundering violation of 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government).

The Petitioner's 100% Service-Connected Disabilities benefits stolen by the Respondents, and each of them at Veterans Affairs, demonstrated by the continued refusal to give Petitioner **Donald Richard Karr Jr.** his actual 1973 award of his 100% Service-Connected Disabilities benefits when any application by the Petitioner is made to Veterans Affair demonstrates that Veterans Affair has utilized false writings to create Petitioner's ratings each and every time.

Petitioner's benefits have been stolen from each of his applications for benefits. Petitioner's benefits have been stolen from him by Identity Theft and Money Laundering of the Respondents, and each of them, in their violations of 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A

Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) by Veterans Affairs, the Respondents, and Veterans Affairs employee Donald R. Karr, Navy Veteran who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 in 1973 when Veterans Affairs employee Donald R. Karr, Navy Veteran where he bought his home at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 in November 13th 1968, when Donald Richard Karr Jr., Petitioner was in the US Army Ordinance and Missile school at Redstone Arsenal in Alabama from on or about March of 1968 through April of 1969:

1. The Veterans Affairs identity theft and embezzlement of **Donald Richard Karr Jr.** 100% service connected disability benefits payments that were diverted from Petitioner, DONALD RICHARD KARR JR, that the Veterans Affair program was setup within the Vista Program in the Veterans Affairs Computer, by Respondents, and each of them, including but not limited to, Veterans Affairs employee Donald R. Karr, Navy Veteran who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765. Donald R. Karr, Navy Veteran with Veterans Affair Employee shown in Petitioner

profile, so as the second person in **Donald Richard Karr Jr.** Profile that was his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits since 1973, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr. A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** could exist with **Donald Richard Karr Jr.** TRICARE Insurance that would not interfere with the Veterans Affair medical insurance that Petitioner **Donald Richard Karr Jr.** would receive starting in 1973. Originally this did not include the contractual interference of Marie Weldon, Fachie Director of Department of Veterans Affairs Medical Center San Antonio, **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** and her staff violations of the RICO Act (18 U.S.C. §§ 1961-1968) 1970 specifically Cyber Crimes statues which conforms to the definition rendered in the most recent case of the Ninth Circuit Federal Court in Nevada on December 19,

2013 that was rendered in the case involving David Ray Camez conduct in violation of 18 U.S.C. § RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) because the Director Weldon doesn't like Petitioner **Donald Richard Karr Jr., according to Department of Veterans Affairs Kerrville Police Captain Munoz.** The **actions of Marie Weldon, Fachie Director of Department of Veterans Affairs Medical Center San Antonio, and her staff violations gives rise to Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b) GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. §1001 violations of the HOBBS Act 18 USC § 1951 monthly since on or about September 1973 and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner**

**Donald Richard Karr Jr., rising to the level of Racketeering Activities under the RICO ACT; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). In this case at bar In Re: Quigley, 1 Vet. App. 1 (1990), (Quoting from In the Matter of the Fee Agreement of Smith, 4 Vet. App. 487, 500 (1993)). The Court may issue a Peremptory Writ of Mandamus as the Rule of Law.**

2. On the federal level, for example, 28 U.S.C.A. § 1651(a) provides that courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law".

3. The Supreme Court set forth some guidelines on writs of mandamus in Kerr v. United States District Court, 426 U.S. 394, 96 S. Ct. 2119, 48 L. Ed. 2d 725 (1976), (man-dame-us) n. Latin for "we order," a writ (more modernly called a "writ of mandate") which orders a public agency or governmental body to perform an act required by law when it has neglected or refused to do so. The Department of Veterans Affairs continues as shown in this Petition, to refuse over a period of over fifty two (52) years, six hundred eighty-two (682) months because actual benefits began in February 1968 so the benefits are shown through February 2025, to upgrade Petitioner **Donald Richard Karr**

**Jr.** to his actual 100% service connected disabilities that Department of Veterans Affairs has received proof of which also exist in the Department of Veterans Affairs records dating back to 1973. Veterans Affair has had proof since 1973 in its Computer but refuses to act to upgrade Petitioner at **Donald Richard Karr Jr.** proper minimum status of 100% service connected disability award for COPD #6604 since on or about September 2013, that Petitioner's two disabilities of Chronic Bronchitis #6600 and Asthma #6602 (shown as Asthma/Bronchial not a rating but two ratings as a false writing by Veterans Affair) with Petitioner's allergies and diabetic disabilities noted in 2004 and 2005 at Veterans Affair would have given Petitioner **Donald Richard Karr Jr.** one hundred (100) percent service connected disability in 2013! **Petitioner Donald Richard Karr Jr. has been in the 55 year Rule at Veterans Affair since 2003** and his benefits can not be changed or down graded but Veterans Affair continues to downgraded Petitioner's 100% Service Connected Disability Benefits again to 30% Service Connected Disability while leaving Petitioner's second side of his Profile that Donald Lee Karr is paid Petitioner 100% Service Connected Disability payments alone rather than paying Petitioner his 100% Service Connected Disability Benefits. Petitioner **Donald Richard Karr Jr.** received a CPAP machine in 2014 when Dr. William John Ryan recommend to Veterans Affair in **Donald Richard Karr Jr.** test in October 2014 (that the

October 2014 test for Sleep Apnea done by Board Certified doctor William John Ryan established Petitioner **Donald Richard Karr Jr.** stops breathing 46 times in an hour) for which Petitioner, DONALD RICHARD KARR, JR. CXXXX6558 uses a CPAP machine (that is provided by Veterans Affair and said CPAP Machine is an automatic 50% Service Connected Disability upgrade for Petitioner **Donald Richard Karr Jr.** and in June 26th 2015 Petitioner **Donald Richard Karr Jr.** was not upgraded with a 30% Service Connected Disability (mellitus type 2 rating of 20% diabetes and tinnitus rating of 10%) for the upgrade of 100 % Service Connected Disability since February 1968 or over Six Million ($6,000,000) Dollars owed to Petitioner **Donald Richard Karr Jr.** and his family for this upgrade that should have been paid to him in June 26th 2015, to hold a false writing and fraudulent documents to maintain the Second Side of **Donald Richard Karr Jr.** Profile so that Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff **Donald Richard Karr Jr.** that Donald Lee Karr has stolen **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits since 1973, could continue to be paid **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 &**

**2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

4. In the Department of Veterans Affairs there is an Organized Crime Group that Donald R. Karr, Navy Veteran and **Veterans Affair Union AFGE (AFOL-CIO) membership Employee,** his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner **Donald Richard Karr Jr.**, and other Veterans, refusing to give the Veterans their correct benefit's rating so that the Veterans can receive their correct monthly monies payments of a minimum of one hundred percent (100%) service-connected disability award so that Petitioner **Donald Richard Karr Jr.** COPD #6604 Stage II that **Donald Richard Karr Jr.** disease has progressed to since September 2013.

5. The Petitioner **Donald Richard Karr Jr.** correct benefit's rating since 1973 for monthly payments, of a minimum of **Donald Richard Karr Jr.** one hundred percent (100%) service connected disability 1973 award for **Donald Richard Karr Jr.** current COPD #6604 Stage II **Donald Richard Karr Jr.** one hundred percent (100%) service connected disability 1973 award with the doctors hired by Veterans Affair established that the **Donald Richard Karr Jr.** one hundred percent (100%) service connected disability 1973 award original application

(CXXXX6558) is now used, has been stolen at least twelve (12) times yearly embezzled through false writings, by the Respondents, in their failure to pay taxes, and other financial crimes, for a period of over fifty two (52) years, six hundred eighty two (682) months that began in February 1968 and to February 2025, with no benefits monies paid to the Petitioner **Donald Richard Karr Jr.** , from the stolen and embezzled benefits monies by Department of Veterans Affairs there is an Organized Crime Group that Donald R. Karr, Navy Veteran and **Veterans Affair Union AFGE (AFOL-CIO) membership Employee,** his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner **Donald Richard Karr Jr.**, and other Veterans.

6. Department of Veterans Affairs there is an Organized Crime Group that Donald R. Karr, Navy Veteran and **Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner Donald Richard Karr Jr., and other Veterans, is involved in an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity:18**

U.S.C. §§ 1961(5), 1962(b) GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of Racketeering Activities under the RICO Act; 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) of Donald Richard Karr Jr. Petitioner's 100% service connected disability benefits since 1973!

7. This Petition and Writ was introduced to prevent disorders from a failure of justice; Department of Veterans Affairs there is an Organized Crime Group that Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner Donald Richard Karr Jr., and other Veterans, therefore, it ought to be used upon all occasions

where the law has established no specific remedy, and where in justice and good government there ought to be one. 3 Burr. R. 1267; 1 T. R. 148, 9.; 2 Pick. 414; 4 Pick. 68; 10 Pick. 235, 244; 7 Mass; 340; 3 Binn. 273; 5 Halst. 57; Cooke, 160; 1 Wend. 318; 5 Pet. 190; 1 Caines, R. 511; John. Cas. 181; 12 Wend. 183; 8 Pet. 291; 12 Pet. 524; 2 Penning. 1024; Hardin, 172; 7 Wheat. 534; 5 Watts. 152; 2 H. & M. 132; 3 H. & M. 1; 1 S. & R. 473; 5 Binn. 87; 3 Conn. 243; 2 Virg. Cas. 499; 5 Call. 548. Mandamus will not lie where the law has given another specific remedy. 1 Wend. 318; 10 John. 484; 1 Cow. 417; Coleman, 117; 1 Pet. 567; 2 Cowen, 444; 2 McCord, 170; Minor, 46; 2 Leigh, 165; Const. Rep. 165, 175, 703.

8. The Writ is to be used upon all occasions where the law has established no specific remedy, and where in justice and good government there ought to be one. 3 Burr. R. 1267; 1 T. R. 148, 9.; 2 Pick. 414; 4 Pick. 68; 10 Pick. 235, 244; 7 Mass; 340; 3 Binn. 273; 5 Halst. 57; Cooke, 160; 1 Wend. 318; 5 Pet. 190; 1 Caines, R. 511; John. Cas. 181; 12 Wend. 183; 8 Pet. 291; 12 Pet. 524; 2 Penning. 1024; Hardin, 172; 7 Wheat. 534; 5 Watts. 1he circuit courts of the United States may also issue Writs of Mandamus, but

their power in this particular, is confined exclusively to those cases in which it may be necessary to the exercise of their jurisdiction. 7 Cranch, R. 504; 8 Wheat. R. 598; 1 Paine's R. 453. Vide, generally, 3 Bl. Com. 110; Com. Dig. h. t; Bac. Ab. h.t.; Vin. Ab. h.t.; Selw. N. P. h.t.; Chit. Pr. h.t.; Serg. Const. Index, h.t.; Ang. on Corp. Index, h.t.; 3 Chit. Bl. Com. 265 n. 7; 1 Kent. Com. 322; Dane's Ab. Index, h.t.; 6 Watts & Serg. 386, 397; Bouv. Inst. Index, h.t.; and the article "Courts of the United States." 28 U.S.C. § 2671 Employee and Respondent Superior.

## Nature of Relief Sought

This Petition seeks the Court to issue an order directed to the Respondents, and each of them, and their council to answer Department of Veterans Affairs there is an Organized Crime Group that Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner Donald Richard Karr Jr., and other Veterans, Petition and Show Cause why the relief prayed for in this Petition should not be granted to the Petitioner, Donald Richard Karr Jr. VA FILE NO. CXXXX6 558. This Petition for

PEREMPTORY WRIT OF MANDAMUS 28 U.S.C. § 1651 complaining of the Respondents, Veterans Affairs and Veterans Affairs Management Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b), 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, the over fifty (51) years six hundred eighty-two (682) months, from February 1968 through February 2025, criminal activities and violations of the RICO Predicated Acts are part of the relevant facts and findings in this Petition with the failure of justice; therefore, it ought to 52; 2 H. & M. 132; 3 H. & M. 1; 1 S. & R. 473; 5 Binn. 87; 3 Conn. 243; 2 Virg. Cas. 499; 5 Call. 548. Mandamus will not lie where the law has given another specific remedy. 1 Wend. 318; 10 John. 484; 1 Cow. 417; Coleman, 117; 1 Pet. 567; 2 Cowen, 444; 2 McCord, 170; Minor, 46; 2 Leigh, 165; Const. Rep. 165, 175, 703.

That specifically was Wrongful Acts by the Respondents, Veterans Affair and its employees, that included the money laundering and 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) by Donald Lee Karr that began the embezzlement of **Donald Richard Karr Jr.** Petitioner's 100% Service Connected Disability Benefits including Petitioner's GI BILL Education benefits in 1973 with his father's help Donald R. Karr, Veterans Affair Employee, violating the **HOBBS Act 18 USC § 1951 monthly, since on or about September 1973 and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Department of Veterans Affairs there is an Organized Crime Group that**

**Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner Donald Richard Karr Jr., and other Veterans, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28**

USC § 2412 Crimes Against Petitioner Department of Veterans Affairs there is an Organized Crime Group that

Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner Donald Richard Karr Jr., and other Veterans, rising to the level of Racketeering Activities under the RICO ACT in the Respondents, and each of them, in their in an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b), GROSS NEGLIGENCE EQUATING TO FRAUD; with imputed and gross negligence equating to FRAUD, FALSE WRITINGS AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of Racketeering Activities under the RICO Act; with embezzlement through Identity Theft and Money Laundering violations of 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 1028A Aggravated Identity Theft (occurs when someone

**knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) of Petitioner's benefits and Petitioner's 100% service connected disability benefits, that is an undisputed act a 'hate crimes' against Donald Richard Karr Jr. Petitioner's 1973 award of 100% Service-Connected Disabled Veterans Benefits and GI BILL Education Benefits because Donald Lee Karr does not qualify for any military or 100% Service-Connected Disabled Veterans Benefits and GI BILL Education Benefits because he was never in the military.**

**Section 91** Generally United States is liable under Federal Tort Claims Act only for damages caused by negligent or wrongful act or omission of an employee of the United States, Thompson vs. U.S., C.A.9 (Cal) 1979, 593 F.2d1104 that includes, but is not limited to, the theft of **Donald Richard Karr Jr.** Petitioner's 1973 award of service connected disability benefits for Department of Veterans Affairs there is an Organized Crime Group that

Donald R. Karr, Navy Veteran and **Veterans Affair Union AFGE (AFOL-CIO) membership Employee,** his son and grandson, DONALD LEE KARR, and

DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner **Donald Richard Karr Jr.**, and other Veterans, one hundred (100%) percent service connected disabled veteran benefits commencing from the sixth week of basic training (February 1968) when Petitioner **Donald Richard Karr Jr.** was in the Ft. Ord Hospital, after a week of marching in pouring rain, the prior week, arriving at the hospital with a 104 degree temperature, with Chronic Bronchitis #6600 that was used as the determination that Petitioner Department of Veterans Affairs there is an Organized Crime Group that Donald R. Karr, Navy Veteran and **Veterans Affair Union AFGE (AFOL-CIO) membership Employee,** his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner **Donald Richard Karr Jr.**, and other Veterans, is 100% service connected disabled Veteran that quailfied that payments would be paid to Department of Veterans Affairs there is an Organized Crime Group that

Donald R. Karr, Navy Veteran and **Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner Donald Richard Karr Jr., and other Veterans, his 100% Service Connected Disability Benefits. Petitioner's loss of over fifty-eight (58) years,**

from Basic Training in February 1968, of Department of Veterans Affairs there is an Organized Crime Group that Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR are part of that is stealing the benefits monies from the Petitioner Donald Richard Karr Jr., and other Veterans, 100% service connected disability benefits payments and disability rating status, because of Petitioner's service connected disabilities benefits payments, have been stolen from Petitioner Donald Richard Karr Jr., his 100% Service Connected Disability Benefits with the identity theft of Donald R. Karr, Navy Veteran, Veterans Affairs employee, in Veterans Affair's Acquisition and Maintenance of an Interest in and Control of an Enterprise Engaged in a Pattern of Racketeering Activity: 18 U.S.C. §§ 1961(5), 1962(b) that Petitioner, DONALD RICHARD KARR JR's (1973 VA file no. CXXXX6558), benefits have been stolen and embezzled from Petitioner, not paid to Donald

**Richard Karr Jr., has been an undisputed fact, that the Organized Crime Group enterprise has existed over fifty two (52) years, taking payments for six hundred eighty-two (682) months from February 1968 to February 2025 at Veterans Affair that began in Los Angeles Veterans Affair where Navy Veteran Donald R. Karr worked where he produced fake IDs for his son Donald Lee Karr to impersonate Petitioner Donald Richard Karr Jr. to obtain Petitioner's transcripts at Cal Poly Pomona so he could take Donald Richard Karr Jr., GI BILL and education benefits.**

1. Definition of government employee contained in this chapter, including

Section 1346(b) of this title, while not without boundaries, was drafted to have expansive reach and should be applied with eye to general agency law rather than in formalities of employment contracts, Witt vs. U.S. C.A. 2 (NY) 1972, 462 F2d 1261.

2. This chapter and Section 1346 (d) of this title are to be invoked only on a negligent or wrongful act or omission of a government employee. Fentress vs. U.S. C.A. 7(Ill.) 1970, 431 F. 2d 824.

3. The punitive damages should be assessed against Veterans Affair

pursuant to Eichenseer, supra, at 894 F. 2d 1414, 1418 (5th Circuit 1990). The decision of the United States Court of Appeals for the Fifth Circuit is final.

4. The United States to be held liable under Federal Tort Claims Act negligent person must be an "employee" as defined by the Act. Mocklin vs. Orleans Levie Dist, E.D. La, 1988. 690 F. Supp. 527, affirmed 877 F. 2d427.

5. This chapter and Section 1346(b) of this title encompass liability of the United States for negligent act of any employee of the Government and are not limited to executive branch or employees thereof. McNamara vs. U.S. D.C. 1961, 199 F. Supp. 879.

**Section 92 Compensation –Generally Definition of "employee" for the purposes of Federal Tort Claims Act** does not require that a person possess formal employee status, but includes any person acting on behalf of federal agency and in the official capacity, temporary or permanently in the service of the United States, whether with or without compensation. Guccione vs. U.S., S.D.N.Y. 1987, 670 F. Supp 527, affirmed 47 F.2d. 1031, rehearing denied 878 F2d32, certioraris denied 110 S. Ct. 719, 493 U.S. 1020, 107L, Ed. 2d 739.

**Section 95 Respondent Superior. "Employee" as used in this chapter and Section 1346(b)** of this title is to be read as having same general meaning as term

servant has in body of law relating to doctrine of respondent superior. U.S. vs. Becker, C.A.9 (Ariz) 1967, 378 F. 2d 319.

**"Employee" within Federal Tort Claims Act not protected by theWestfall Act whereby government consents to be sued for injuries caused by Acts of employees of the government** [Petitioner **Donald Richard Karr Jr.**, obtained his Title 38 (authorization to sue the Government to obtain damages for Veterans Affair's unlawful actions) was obtained from Veterans Affair on June 3rd 2014, the Acts including RICO predicated Acts shown herein] consents to be sued for injuries caused by Acts including RICO predicated Acts of employees of government has same meaning of servant has in body of rules relating to doctrine of respondent superior. Brucker vs. U.S., CA. 9 (Cal) 1964, 338 F. 2d. 427, certiorari denied 855. Ct. 1769, 381 U.S. 937, 14L. Ed. 2D 701.

Malpractice continues from Veterans Affair facility to the next facility that now is displayed at Spokane Veterans Affair which has now refused **Donald Richard Karr Jr.**, 100% Service Connected Disability Benefits, refusing to pay over fifty-

five (55) doctors visits, tests, emergency room visits and no medications in over two (2) years that includes sending Petitioner **Donald Richard Karr Jr.** a meter to check his diabetic reading that reads thirty-five (35) points low to KILL PETITIONER **Donald Richard Karr Jr.**

**The strong likelihood however is that Veterans Affair can be receiving money using both sides of profiles of veterans, plus if Veterans have died that have died in the last over fifty two (52) years, when it is an undisputed fact that twenty-two (22) veterans a day commit suicide, that must be counted so that there could be a minimum of 22 x 365 x 49=393,470 veterans profiles that are not shown in this count which Veterans Affair is involved in identity theft and money laundering which are forgotten, unless you are a Veteran. Donald Richard Karr Jr., believes his father Donald Richard Karr Sr. is part of this group. Donald Richard Karr Jr., mother received only $250 to bury Donald Richard Karr Sr., father so perhaps Donald R. Karr Veterans Affair Employee received the Next of Kin benefits for Donald Richard Karr, Sr. that should have been paid to Petitioner's mother. These Veterans are very important in this matter before this Court! Stereotype threat at Veterans Affair involves the internalization of negative stereotypes by the stigmatized. Self-fulfilling**

**prophecies also occur when anegative stereotype influences the way we treat a person and the person reacts to this treatment with behavior that confirms the stereotype. . . . [Healy, 457]. Stigmatic harms are not insurmountable. Many stigmatized individuals develop ways of coping with their situations. As noted above, they may attribute negative outcomes to the prejudice of others rather than allow those outcomes to affect their self-esteem. Veterans Affair and Veterans Affair Management may also try to compensate for, or even eliminate, their stigmatizing traits by changing their behaviors or working harder. . . . But although these strategies can lessen the harms associated with stigma, they also carry costs. Reflexively blaming negative outcomes on prejudice can prevent one from understanding other reasons behind those outcomes. Attempting to change behavior can backfire if those efforts fail, causing one to feel even worse than before. And avoiding situations that might expose one to ridicule or prejudice limits Donald Richard Karr Jr., access to important resources and severely circumscribes Donald Richard Karr Jr., freedoms. [Healy 457-458]**

In short, stigmatization is a serious injury with harmful consequences. Not all stigmatized people experience these harms in the same way, and many

individuals are able to overcome these harms and lead happy, fulfilling lives. But for the most part, [p]eople who are stigmatized tend to experience more negative outcomes in their work lives and in their personal lives than do the nonstigmatized. [Healy, 458].

It is true that much of the harm experienced by the stigmatized likely would exist even in the absence of government action. It is also true that we cannot measure precisely the extent to which government action in a given case contributes to stigmatic harm. But it seems clear that when the government stigmatizes members of a particular group, it exacerbates the harm they experience. By reinforcing the social belief that those with a particular trait are discredited, the government adds to the prejudice and discrimination against them, creates additional threats to their self-esteem, and reaffirms the stereotypes that lead to self fulfilling prophecies. The Veterans Affair and the Government's role also likely increases the intensity of these harms, particularly the threat to self-esteem. [Healy, 464].

That judgment should be entered for Petitioner **Donald Richard Karr Jr.,** against all Respondents, for **Donald Richard Karr Jr.,** actual damages, and for any gains, profits, or advantages attributable to all violations of 18 U.S.C. 1962(d) supra, according to the best available proof. The Petitioner **Donald Richard Karr Jr.,** loss of ability to work due solely to Veterans Affair and its Employees and its Union

Employees trying to kill **Donald Richard Karr Jr.,** for his benefits so he is unable to work in Profession, as a licensed California General Engineering Contractor (A) and Building Contractor (B) refusing to help **Donald Richard Karr Jr.,** use his Veterans Educational Benefits to become a licensed again as a General Engineering Contractor (A) and Building Contractor (B) starting over on or about 2011 as a general contractor. Veterans Affair refused, the last fourteen (14) years to do anything to help Petitioner **Donald Richard Karr Jr.** to obtain said benefits, so **Donald Richard Karr Jr.,** has been prevented from working as Engineering Land Planner, and General Engineering Contractor infrastructure builder, as he has done since 1976 and when **Donald Richard Karr Jr.,** originally started as Civil Engineering Designer of projects in 1972, and became licensed as a General Contractor in June 1976 scoring a 97% on the test. **Donald Richard Karr Jr.,** has been unable to return to his profession, to utilize his private sector development experience, which includes successfully acquiring infrastructure public sector bond inducements agreements like he did with Riverside County

totaling $750,000,000.00 for his project in this City of Perris, California (Riverside County) project encompassing some 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project and two (2) infrastructure public sector bond inducements agreements for two (2) additional $300,000,000 Riverside County Projects in 1986 for a total of $1,350,000,000 in revenue bonds for infrastructure. When the bond market crashed in March 1986. If **Donald Richard Karr Jr.,** had his benefits he could have purchased the property without having an option to purchase the property.

**Donald Richard Karr Jr.,** joint venture partner **Bankers Trust in New York** with drew from the arrangement because we could not proceed with the $1,350,000,000 in bonds. These projects in Riverside County California, that **Donald Richard Karr Jr.,** notices here solely as an example of his projects, as a land planner and hillside land planner, as a Licensed General Engineering (A) and General Building (B) Contractor no. XXXX63 that began in November 1978 in the State of California demonstrate **Donald Richard Karr Jr.,** annual livelihood capabilities with his loss annually to be a minimum of $1,350,000,000 in revenue bonds as example, that would set the entitlements in the rezoning of the property paper value of **Donald Richard Karr Jr.,** assets, or property equity, at four billion dollars minimum to nine billion dollars ($4,000,000,000 to $9,000,000,000) for each and every year of **Donald**

Richard Karr Jr., Development undertakings in these past fourteen (14) years, **Donald Richard Karr Jr., has lost a minimum of $56,000,000,000 to $126,000,000,000 while Veterans Affair and their Organized Crime Group, that Veterans Affair Management continues to refuse Donald Richard Karr Jr., his 100% Service Connected Disability Benefits since 1973. Veterans Affairs has illegally drawn Donald Richard Karr Jr. actual 100% Service Connected Disability Compensation Benefits for Donald Lee Karr money laundering using Donald R. Karr, Navy Veteran, Veterans Affair Employee, who lived at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 violating 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING**

**ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) in their RICO ACT with violations in their Racketeering Activities including an illegal identity theft scam to cheat Donald Richard Karr Jr. of his 100% service connected disability benefits dating back 1973,** and the Respondents, and each of them, stopped and have caused Petitioner's loss of income, refusing his educational benefits and 100% Service Connected Disability Veterans Benefits, refusing Petitioner the right to have his Veteran Owned Design, Build and Development Business so that the Respondents, and each of them, could continue their embezzlement, money laundering, identity theft that included assuming the identity of Petitioner in the violations of the **HOBBS Act 18 USC § 1951 monthly since on or about September 1973, and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, when Petitioner's returned his first GI BILL check to Veterans Affair in the Los Angeles area where Donald R. Karr, Veterans Affair Employees, violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity**

**Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3). Petitioner's 100% Service Connected Disability benefits should be paid current that include payment of Petitioner's Wife and Child that have not been paid to Petitioner, that are at this time with six hundred eighty-two (682) months, February 1968 through February 2025.**

Veterans Affair, the Respondents, and each of them, have forced Petitioner **Donald Richard Karr Jr.** into poverty, giving Petitioner a false disability rating of Asthma/Bronchial of 30% Service Connected Disability, then charging Petitioner illegal copay forcing him to pay, through identity theft on benefits, violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers,

possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR that it has been established with undisputed proof have stolen Petitioner's 100% Service Connected Disability Benefits for their own unjust enrichment.

Petitioner has not been paid his actual 100% Service Connected Disability Veterans Medical Benefits by Veterans Affair, that is an undisputed fact, **a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412**

**Crimes Against Petitioner, all 100% Service Connected Disability benefits of Petitioner** are in the second side of Petitioner Veterans Affair Profile and are paid to Donald Lee Karr. Medicare actually pays Petitioner's medical costs, paid by Medicare every month, **Donald Richard Karr Jr.** Veterans Affair benefits have refused. Petitioner since he came to Coeur d' Alene Idaho approximately nine years ago dying from the attempt by Veterans Affair trying to murder **Donald Richard Karr Jr.** by overdose by Dr. Llanos in Kerrville Texas Veterans Affair.

Petitioner **Donald Richard Karr Jr.** can't start his Veterans Design, Build, Develop and Construction Business as a 100% Service Connected Veteran (as Marie L. Weldon told **Donald Richard Karr Jr.** 'she was not going to put **Donald Richard Karr Jr.** in business' so in Marie L. Weldon's mind, and her Veterans Affair policy, Veterans Affair was going to destroy **Donald Richard Karr Jr.** now, leaving him no income Veterans 100% Service Connected Disability monthly **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,** with her false, false writings and fraudulent copay to take Petitioner's monthly income, as well as KILL **Donald Richard Karr Jr.** so Veterans Affair, the Respondents, and each of them, could take over **Donald Richard Karr**

**Jr.** Profile at Veterans Affair).

In the last Fourteen (14) years, that Veterans Affair has caused **Donald Richard Karr Jr.** loss of income, including illegal copay, without the ability to have his 1973 award of **Donald Richard Karr Jr.** 100% Service Connected Disability benefits, that have been stolen by the Respondents, and each of them, have blocked Petitioner **Donald Richard Karr Jr.** from obtaining approximately fifty-eight (58) years, six hundred eighty-two (682) months, from February 1968 to February 2025 and in about approximately one month February 2025 it will be six hundred eighty-two (682) months that Veterans Affair owes Plaintiff Donald Richard Karr, Jr and his wife and family Veterans Affair have not paid since 1973. The Respondents, and each of them, have blocked **Donald Richard Karr Jr.** with false writings from obtaining any GI BILL Education Benefits or any Veterans educational benefits, including the undisputed fact **Donald Richard Karr Jr.** GI BILL Education benefits were stolen by Donald Lee Karr and his son Donald Ray Karr, so they were able to go to UCLA Law School and UCLA. Veterans Affair, the Respondents, and each of them, have been responsible for Petitioner's loss of $4,000,000,000 to $9,000,000,000 per year for fourteen (14) years = **$56,000,000,000 to $126,000,000,000** in Petitioner's loss of income, with the violations by Veterans Affair, the Respondents, its employees and agents **HOBBS Act 18 USC § 1951 monthly violations since on or**

**about September 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, and violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3).**

Veterans Affair, the Respondents, its employees and agents, have tried to Kill Petitioner **Donald Richard Karr Jr.** for his benefits. Veterans Affair, the Respondents, its employees and agents, have continue their over fifty two (52) year Ponze Scheme stealing Veterans Benefits. including the Petitioner's, as only one of Veterans Affair, the Respondents, and each of them, Victims.

Veterans Affair, the Respondents, its employees and agents, stealing Next of Kin

benefits without giving the Next of Kin benefits to the Veterans families that are Veterans Affair Employees that have stolen Billions of Dollars from the United States Government that an audit is now due to determine just how much money is missing and stolen from the Veterans!

This Veterans Affair Ponze Scheme, is founded with the **Donald R. Karr and his son Donald Lee Karr Organized Crime Family** that started in the Los Angeles area which is why none of them have moved from the Los Angeles County area. This undisputed fact is part of the Union Membership at Veterans Affair that has been able to carry out their embezzlement, money laundering, Identity Theft violations **RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)** of **Donald Richard Karr Jr.** Petitioner's 100% Service Connected Veterans Disability Benefits in violations of

the HOBBS Act 18 USC § 1951 monthly since on or about September 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr. A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, and violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular

**felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3).** which has continued their RICO Crimes at Veterans Affair approximately fifty two (52) years, that may have started with Petitioner's benefits in 1973 as one of their first Victims.

This may now, however be expanded to perhaps 4,000,000 current veterans at Veterans Affair or more, who are patients at the Veterans Affair Facilities, because surely it seems possible that there are also dead veterans getting benefits still so that Veterans Affair Employees can continue their RICO Crimes at Veterans Affair, showing as current members getting medications, diabetic shoes, and other medical supplies that could be sold during the theft at Veterans Affair Facilities **Donald Richard Karr Jr.** has witnessed on the normal business day, the government pays for, plus may buy a second time, from the union members sealing said supplies like Mario Alcota and Michael Olsen have been doing, while Petitioner **Donald Richard Karr Jr.** worked in the Sterile Processing Lab at Kerrville Veterans Affair as a CWT. Petitioner **Donald Richard Karr Jr.** witnessed this theft but could not stop this even when the Petitioner **Donald Richard Karr Jr.** wrote his first 'Whistle Blower Complaint', 'because there has not been an audit'

by the government of the Veterans Affair Department, or its Veterans Affair Computer system, or the information history of payments to Veterans, of any audit that would show what has happened in the last over fifty two (52) years and the history that would be fifty eight (58) years for **Donald Richard Karr Jr. benefits**.

This Petition alleges that there is undisputed proof and 'incontrovertible physical evidence, in the print out of **Donald Richard Karr Jr.** Profile where the Court can see that the Petitioner, Donald Richard Karr Jr., is not the only one in his Veterans Affair Profile but two people with Donald Lee Karr obtaining **Donald Richard Karr Jr. 100% Service Connected Disability since September 1973 and Donald Lee Karr was never in the Military**. If you look at a copy of his Veterans Affair Health Card you see Petitioner's name is shown as **"DONALD R. KARR JR" member ID XXXXXX9137 Card Expires 11/01/2034 noting VA HEALTHCARE ENROLLED SERVICE CONNECTED, and of course US ARMY Veteran.** You will note the print out of the Petitioner **Donald Richard Karr Jr.** Veterans Affair Profile from the Choice Doctor, you note there are many insurance companies, (three insurance companies in fact) shown in the Veterans Affair Profile, and the name is DONALD RICHARD KARR with two (2) address noted as 22042 Robin Oaks Terrace, Diamond Bar, California 91765 name noted as KARR, DONALD RICHARD and insurance is WPS VAPCC PO Box 7926 Madison, Wisconsin 53707-

7926 noting self. This is not Petitioner's insurance presently but used by Donald Lee Karr or where Petitioner has lived. On further inspection the name shown as DONALD RICHARD KARR does not appear on Petitioner's Health Card noted above. The second print out of Petitioner's Profile shows KARR DONALD RICHARD with the address 212 W. Ironwood Drive, Coeur d' Alene, Idaho 83814. Petitioner **Donald Richard Karr Jr.** address is 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814.

If you look at the insurance noted you see the VA Medical Insurance and **Donald Richard Karr Jr.** Medicare. On the third print out of the Petitioner's Veterans Affair Profile you note this print is different from the second print out, because Veterans Affair Insurance has been removed from the Profile at Kootenai Clinic, such that the hidden insurance within the **Donald Richard Karr Jr.** Original

Veterans Affair Profile, that Veterans Affair sent to Kootenai Health Care, by internet, is again Veterans Affair Employee DONALD R. KARR who appears as same Donald R. Karr on the title report to 22402 Robin Oaks Terrace, Diamond Bar, California 91765, with his wife Jean S. Karr, when they purchased their home in Diamond Bar November 13th 1968, when Petitioner was in the US Army in Huntsville, Alabama when Petitioner **Donald Richard Karr Jr.** was not married. Examining this print out you can see that the WPS VAPCC insurance, or TRICARE Insurance, that is DONALD RICHARD KARR JR's TRICARE insurance and it is using **Donald Richard Karr Jr.** Petitioner's Social Security Number. Petitioner **Donald Richard Karr Jr.** can qualify to get TRICARE Insurance, because **Donald Richard Karr Jr.** is 100% Service Connected Disabled since 1973, but **Donald Richard Karr Jr.** Petitioner's TRICARE Insurance is given to Donald Lee Karr, that is **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** because Donald Lee Karr was not in the military, that again appears to be showing as the third insurance in **Donald Richard Karr Jr.**

Veterans Affair Profile!

**The doctrine of unconstitutional conditions holds that government may not grant a benefit on the condition that the beneficiary surrender a constitutional right, even if the government may withhold that benefit altogether. It reflects the triumph of the view that government may not do indirectly what it may not do directly over the view that the greater power to deny a benefit includes the lesser power to impose a condition on its receipt. (Id. at 1415)**

**[A]ssuming that some set of constitutionally preferred liberties has been agreed upon, and that burdens on those liberties require especially strong justification, unconstitutional conditions doctrine performs an important function. It identifies a characteristic technique by which government appears not to, but in fact does burden those liberties, triggering a demand for especially strong justification by the state. Part I of this Article defines the basic elements of the technique. (Id. at 1419)**

**Unconstitutional conditions doctrine has a third possible theoretical explanation: that some constitutional rights are inalienable, and therefore may not be surrendered even through voluntary exchange. This approach identifies**

**the harm in unconstitutional conditions as the commodification of rights the treatment of rights as transferable objects. (Id. At 1477).**

**Making constitutional rights inalienable because citizens may undervalue the worth of those rights to themselves would be classic paternalism overruling individuals' choices for their own good. Individuals' choices may diverge from their best interests for many reasons: for example, because they under assess risk or under-value their long-term interests. Choices to waive constitutional rights are no exceptions; invalidating such choices, even if perfectly voluntary, compels citizens to hang onto their rights for their own good. (Id. at 1480)**

**This approach would conceive unconstitutional conditions doctrine as a mere backstop to constitutionalism itself, which among other things, places rights beyond the reach of the Veterans because Veterans, if left to their own devices, will squander them. (Id. at 1480-81)**

The Petitioner's injuries that he received on or about February 26th 2018 when Petitioner **Donald Richard Karr Jr.** fell on the ICE were partially paid with TRICARE INSURANCE, when the hospital charged the insurance but in fact Veterans Affair did not pay anything, the Veteran who lived at 22402 Robin Oaks

Terrace, Diamond Bar's insurance that is shown in Petitioner's Veterans Affair Profile, but it is not the Petitioner **Donald Richard Karr Jr.** it is Donald Lee Karr with his **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., THE PETITIONER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

There has been an apparent bias against Petitioner **Donald Richard Karr Jr.** at Veterans Affair, for lack of a logical explanation other than hypocritical lip service from Veterans Affair and its employees, being held to less stringent standards than those applied to formal rule of law standards, that results in total disregard to the special protections alleged to be afforded to Veterans but specifically against Petitioner **Donald Richard Karr Jr with his violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., THE PETITIONER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

The Veterans Affair seems set up all their responses to Petitioner **Donald Richard Karr Jr.** or his needs, with the prejudice. It is an undisputed fact. Petitioner's

benefits were stolen in 1973 and given to Donald Lee Karr, who through identity theft since 1973, has prevented Petitioner from obtaining his 100% Service Connected Disability Benefits since 1973, showing Donald Lee Karr's address as 22042 Robin Oaks Terrace (shown in Petitioner's Profile) Diamond Bar, California 91765 in the over fifty two (52) years of violations of the **HOBBS Act 18 USC § 1951 monthly since on or about September 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., when Petitioner's returned his first GI BILL check to Veterans Affair in the Los Angeles area where Veterans Affair Employee Donald R. Karr, Veterans Affair Employees, and violations of 18 U.S.C. § 241 Petitioner's Civil Rights**, money laundering and identity theft violations of **RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers,**

possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that are in fact Donald Richard Karr Jr. Petitioner's 100% Service Connected Disability Benefits, including the Petitioner's GI BILL schooling and educational benefits, that Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen since on or about September 1973 100% Service Connected Disability Benefits since 1973, a Civilian, and not a Veteran, has been paid, in the violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr. A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., blocking Petitioner since on or about September 1973 award of Donald Richard Karr Jr. 100% Service Connected Disability Benefits, that are an undisputed fact

**Donald Richard Karr Jr. Petitioner's 100%** Service Connected Disability Benefits since 1973, including **Donald Richard Karr Jr.** Petitioner's GI Bill Educational Benefits.

Donald Lee Karr, a Civilian, and not a Veteran, using **Donald Richard Karr Jr.** Petitioner's credit and slandering Petitioner's credit and Petitioner **Donald Richard Karr Jr.**, so Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff **Donald Richard Karr Jr.** that Donald Lee Karr has stolen **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits since on or about September 1973, could go to UCLA Law School using Petitioner's 100% Service Connected Disability Benefits!

Donald Lee Karr, a Civilian, and not a Veteran showing Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff **Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since on or about September 1973, address 22042 Robin Oaks Terrace (shown in Donald Richard Karr Jr. Petitioner's Veterans Affair Profile) Diamond Bar, California 91765 in the over fifty two (52) years of violations of the HOBBS Act 18 U.S.C. §**

1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) monthly, for the embezzlement, money laundering and identity theft of Donald Richard Karr Jr. 100% Service Connected Disability Benefits, including the Donald Richard Karr Jr. GI BILL schooling and all of Donald Richard Karr Jr. educational benefits, that Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, a Civilian, and not a Veteran. Veterans Affair, the Respondents, and each of them, have committed TREASON in their impersonation of Petitioner Donald Richard Karr Jr., as a Veteran, Donald Lee Karr obtaining payment of Veterans 100% Service Connected Disability Benefits, as a non veteran, because of the Respondents, and each of them, specific wrongful acts against the Petitioner Donald Richard Karr Jr.

These specific wrongful acts allowed Donald Lee Karr, a Civilian, not a Veteran, to assumed Donald Richard Karr Jr. Petitioner's identity as a Veteran in 1973, including Donald R. Karr, Donald Lee Karr's father, producing fake ID cards at Veterans Affair for his son Donald Lee Karr, with Donald Richard Karr Jr. Petitioner's information.

Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, working with his father Donald R. Karr, producing fake ID cards, at Veterans Affair so Donald Lee Karr could embezzle and assume the identity of Petitioner Donald Richard Karr Jr. Stealing Donald Richard Karr Jr. Petitioner's benefits since 1973, with Donald Lee Karr's continued RICO Predicated Acts violations for over fifty two (52) years including violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under

**the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3).**

Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff **Donald Richard Karr Jr.** that Donald Lee Karr has stolen **Donald Richard Karr Jr.** 100% Service Connected Disability Benefits since 1973, has obtained all of Petitioner's benefits from the 100% Service Connected Disability side of **Donald Richard Karr Jr.** Petitioner's Veterans Affair Profile in **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr. since 1973.**

**The facts are clear that as an undisputed fact, Donald Richard Karr Jr. Petitioner's award of his 100% Service Connected Disability Benefits, since**

when Donald Richard Karr Jr. originally applied for his benefits, on or about June 1973, have been stolen by Donald Lee Karr, the Respondents, and each of them, in violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., including but not limited to, violations of the 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, violations of 10 U. S. C. § 906

ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., and DONALD RAY KARR who was born in September 1985 and Petitioner's daughter was born in September 1974, have stolen, as an undisputed fact, Donald Richard Karr Jr. Petitioner's 100% Service Connected Disability and GI Bill Educational Benefits. Petitioner 100% Service Connected Disability Benefits were stolen by Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, so he could go to UCLA and UCLA Law School!

DONALD LEE KARR, also known as 'DONALD RICHARD KARR now lives at 6349 Meadow Haven Drive, Agoura Hills, California 91301-1659, is not a veteran, who never served in the Military, has been representing himself to be US Army Veteran, Donald Richard Karr Jr., the Petitioner. Donald Lee Karr has been paid Donald Richard Karr Jr. Petitioner's 100% Service-Connected Disability Benefits since on or about September 1973 because his father Donald R. Karr (not related to US Army Veteran, Donald Richard Karr Jr.) set up the

Veterans Affair Computer (with the help of the Respondents, and each of them, at Veterans Affair which continues to the date of filing of this Petition) to embezzle the benefits of the Petitioner Donald Richard Karr Jr., seventy-seven (77) years old, for approximately fifty-eight (58) years, six hundred eighty-two (682) months, from February 1968 to February 2025.

Petitioner's damages will require that Donald Richard Karr Jr. Petitioner's stolen benefits from 1973 when Petitioner Donald Richard Karr Jr., his wife and his children should have been how Petitioner's benefits are now determined since on or about September 1973 to recover Donald Richard Karr Jr. loss of his embezzled benefits rating of 100% Service Connected Disability award is determined, that were actually stolen and redirected to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, son of Donald R. Karr also known as Donald Ray Karr, Veterans Affair

Employee, that is notrelated to Donald Richard Karr, Jr., because Donald Richard Karr Jr. great grand father changed the spelling of his name from CARR to KARR during the Civil War. Donald Richard Karr Jr. is Scottish and Irish dating back to the eleventh century.

All of Donald Richard Karr Jr. Petitioner's damages that are the result of the over fifty two (52) years of prejudice of the Petitioner Donald Richard Karr Jr. that he has been subjected to by Veterans Affair, the Respondents, and each of them, which Petitioner Donald Richard Karr Jr. has suffered from the different Veterans Affair(s) facilities are the result of the embezzled benefits of Donald Richard Karr Jr. and Petitioner's rating of 100% Service Connected Disability award that were actually stolen and redirected to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since on or about September 1973, son of Donald R. Karr, Veterans Affair Employee, at Veterans Affair.

These embezzled benefits and rating of 100% Service Connected Disability award determined since on or about September 1973, that were actually stolen and redirected to Donald Lee Karr also known as Donald Richard Karr who is

in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since on or about September 1973, son of Donald R. Karr, Veterans Affair Employee, is the specific reason for Petitioner Donald Richard Karr Jr. to file this Petition for this Case of First Impression involving RICO and extortion through and at the Veterans Affair facilities, the Respondents, and each of them, have violated HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES, and RICO predicate acts and racketeering activities under the RICO Act by Veterans Affair Employees, failing or refusing to notify the U.S. Attorney General for a criminal investigation and prosecution for FELONY EXTORTION under 18 U.S.C. § 1964(1)(A) or even a CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968) constitutes not only obstructions of justice under the RICO Act but also Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO, 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs

**when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) through a scheme or artifice to defraud Petitioner Donald Richard Karr Jr. of his 1973 100% Service-Connected Disability Benefits, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.**

The Veterans Affair false, false writings and fraudulent ratings **since on or about September 1973** has prevented Petitioner from exercising his common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intimidate, that prevented the Petitioner from exercising his rights.

Veterans Affair, Respondents, and each of them, because Petitioner **Donald Richard Karr Jr.** is a 'Veterans Affair Whistle Blower' has been treated with

'prejudice' because Veterans Affair seeks to punish Petitioner **Donald Richard Karr Jr.** as a Whistle Blower. Petitioner **Donald Richard Karr Jr.** reserves the right once the determination has been reached by this Court regarding his 1973 benefits, and the amount of stolen benefits, by Petitioner's requests for Summary Judgment that includes the Void Judgments attached with the Respondents organized crime within Veterans Affair Facilities, because of fraud on the Court, shown as part of the Petitioner's damages in this Petition, that began at Veterans Affair on or about June 1973 the Petitioner **Donald Richard Karr Jr.** then can request this **'CASE OF FIRST IMPRESSION WITH SPECIAL CIRCUMSTANCES INCLUDING ATTEMPTED MURDER OF PETITIONER FOR HIS BENEFITS' can be heard by the Court pursuant to THIS COMPLAINT PURSUANT TO COURT RULES 4,9, 16 AND 38, and Petitioner reserves the right to amend this Petition and/or supplement this Petition, to show cause for exercising Donald Richard Karr Jr. civil rights to request a Jury**

Trial on this matter. Illegal taking of Donald Richard Karr Jr. Petitioner's right to own a gun, when in fact the Petitioner Donald Richard Karr Jr. is a Hunter and a Bill Fisherman, that Petitioner's rights have to be restored immediately by the Court.

Petitioner Donald Richard Karr Jr. specifically Petitions this Court from his original Veterans Affair 1973 application, that Petitioner will ask for a 'Jury Trial' in this matter as a Complex Litigation Complaint, that will litigate, once Petitioner has been given Donald Richard Karr Jr. 100% Service Connected Disability award that was originally given to Petitioner Donald Richard Karr Jr. in 1973 and stolen at Veterans Affair so the remaining damages, that Petitioner Donald Richard Karr Jr. has suffered, that are subject of this proceeding, can be adjudicated. The Damages that Petitioner Donald Richard Karr Jr. has suffered have been intentionally caused, by the Respondents, and each of them, in this matter, with over fifty two (52) years of monthly violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES monthly, including the money laundering and identity theft violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. §

1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) with the stolen benefits of Petitioner's 100% Service Connected Disability Benefits, including the Petitioner's 1973 GI BILL schooling and educational benefits.

Veterans Affair Union Membership has been dictating to the Veterans Affairs facilities through out the United States with the alert that is placed in the Veterans over fifty two (52) years that is fifty-eight (58) years, six hundred eighty-two (682) months, from February 1968 to February 2025.

The reason Petitioner is always downgraded in his applications requesting an upgrade in his benefits, after approximately five (5) decades, is because the Veterans Affair, the Respondents, and each of them, in which, the Petitioner's

**Veterans Affair Profile, has the clear actual proof of of Donald Richard Karr Jr. Petitioner's 100% service connected disability since 1973.**

**Donald Richard Karr Jr. Petitioner's Profile has been in existence as 100% Service Connected Disability Benefits since on or about September 1973 that Donald Lee Karr has obtained Petitioner's Benefits since on or about September 1973 violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.!**

Petitioner's actual damages have been caused by Veterans Affair and their Union Employees, the Respondents, and each of them, that intentionally caused Petitioner to not be given his 100% Service Connected Benefits by preventing Petitioner **Donald Richard Karr Jr.** from obtaining his benefits in 1973.

**The Petitioner's damages, include but are not limited to, slandering Petitioner Donald Richard Karr Jr. and his personal credit because it is an undisputed fact Petitioner is 100% Service Connected Disabled since 1973 so he has no**

medical bills or any costs to pay they are all Veterans Affair bills without question, this has been over fifty two (52) years of fraud, fraudulent writings and fraudulent representations about Petitioner's status as a Veteran that is 100% Service Connected Disabled Veteran, it is an undisputed fact that this is subjecting Petitioner to false writings, that has caused Petitioner's Defamation of his Civil Rights as a Veteran, and Defamation of his Character, because Veterans Affair has treated him with prejudice, for over fifty two (52) years, that is actually fifty-eight (58) years of his actual benefits so Petitioner Donald Richard Karr Jr. can't be upgraded.

Neither coercion, corruption, nor common deification theories satisfactorily explain why conditions on obtaining Petitioner's benefits, that pressure preferred liberties should receive the same strict scrutiny as direct constraints. None of these three approaches suffices: coercion theory focuses too narrowly on the individual beneficiary, meagerness theory focuses wrongly on [the corruption of the] Veterans Affair legislative process, and inalienability theory focuses too generally on problems with exchange. (Id. At 1489-90).

This argument that Veterans Affairs sets 100% Service-Connected Disability

benefits without regard to the Veterans actual disabilities determined by the Veteran's Doctor based upon medical tests argues for an alternative approach grounded in the systemic effects that conditions on benefits have on the exercise of constitutional rights. Such an approach starts from the proposition that the preferred constitutional liberties at stake in unconstitutional conditions cases do not simply protect individual right holders piecemeal but as actual factual undisputed facts of continuous fraudulent downgrading of Donald Richard Karr Jr. Petitioner's 100% Service-Connected Disability award rating of 1973, after approximately five (5) decades. Instead, Veterans Affair also help determine the overall distribution of power between government and right holders generally, and among classes of right holders. (Id. At 1490).

Unconstitutional conditions, no less than direct infringements, can skew this distribution in three ways. First Veterans Affair can alter the constitutional liberties generally declare desirable some realm of autonomy that should remain free from government encroachment. Government freedom to redistribute power over presumptuously autonomous decisions from the citizenry to itself through the leverage of permissible spending or regulation

would jeopardize that realm. Second, an unconstitutional condition can skew the distribution of constitutional rights among right holders because it necessarily discriminates facially between those who do and those who do not comply with the condition. If government has an obligation of even handedness or neutrality with regard to a right, this sort of redistribution is inappropriate. Third, to the extent that a condition discriminates de facto between those who do and do not depend on a government benefit, it can create an undesirable caste hierarchy in the enjoyment of constitutional rights. (Id. at 1490)

Constitutional Liberty as Distribution of Veterans Benefits A systemic approach to unconstitutional conditions problems recognizes that constitutional liberties regulate three relationships: the relationship between government and the Veterans.

These intentional actions of the Respondents, and each of them, exacerbated and helped whether knowingly or unknowingly the Veterans Affair and their infrastructure within the Veterans Affair Computer System to carry out massive money laundering, identity theft, bank fraud, mail fraud, robbery and extortion of Veterans and their benefits, which Petitioner Donald Richard Karr Jr. is only one, of perhaps four million (4,000,000) to five million (5,000,000) veterans, that has suffered damages and loss like the Donald Richard Karr Jr. Petitioner's 1973

award of 100% Service Connected Disability Benefits stolen since 1973 violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.

VETERANS AFFAIR Application No. C XX XX6 558 that DONALD RICHARD KARR JR., Petitioner applied for and received in 1973 his award of 100% Service-Connected Disability Benefits but did not receive his award of his benefits, that was done with VETERANS AFFAIR Application No. C XX XX6 558 that were veterans file numbers that were discontinued on or about 1979, at Veterans Affair.

Petitioner Donald Richard Karr Jr. has never received his actual 1973 award for his 100% Service-Connected Disability Benefits that Veterans Affair, the Respondents, and each of them, have stolen from Petitioner Donald Richard Karr Jr.

Petitioner **Donald Richard Karr Jr.** award of his 100% Service-Connected Disability Benefits were redirected by Veterans Affair in 1973, and their infrastructure within the Veterans Affair Computer System, was used to carry out the money laundering, identity theft, bank fraud, mail fraud, robbery and

extortion of Donald Richard Karr Jr. Petitioner's 100% Service-Connected Disability Benefits violating RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3).

It is clear that it is an undisputed fact Veterans Affair, the Respondents, and each of them, actions of the Veterans Affair Employees, including Veterans Affair Employee Donald R. Karr, and his son Donald Lee Karr actions, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, that are in fact Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with

identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and 1029 (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that are undisputed in their actions against Petitioner Donald Richard Karr Jr. that they have intentionally violated the Government contract with veterans who have served in the military under honorable conditions in Petitioner's provisions since 1973 to create the Tortuous Breach of Contract, Fraud, Fraudulent Ratings and Writings, Slander of Personal Credit, Slander and Libel, Punitive Damages for

**the Harassment of a Whistle Blower, Defamation of Petitioner's Civil Rights, Defamation of Character. of the Petitioner at Veterans Affair, forcing Donald Richard Karr Jr., Petitioner into Poverty since on or about November 2011, and into Homelessness, while said wrongful acts and prejudice of Donald Richard Karr Jr., Petitioner, has subjected Petitioner to prejudice at Veterans Affair and attempts on Petitioner's life at Veterans Affair.**

The undisputed fact is the reason Petitioner **Donald Richard Karr Jr.** is charged illegal Copay charges from Veterans Affair, when Petitioner **Donald Richard Karr Jr.** is a 100% Service Connected Disabled Veteran but Veterans Affair refuses to give him his award, now including illegal use of TRICARE Insurance charges that Petitioner could qualify for this TRICARE Insurance and has qualified because they are using his social security number he obtained in the State of Michigan **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,** but in Petitioner's case he is 100% Service Connected Disabled Veteran because of his sixth week of Basic Training in the hospital at Ft. Ord California in February 1968 that established his disabilities, Petitioner was given a **CPAC machine in 2014 because of the Sleep Apnea Test**

October 2014 that W. John Ryan MD, Board Certified Internal Medicine Doctor in Boerne, Texas that is an automatic upgrade of 50% Service Connected Disability clearly demonstrating Veterans Affair prejudice of Donald Richard Karr Jr. On June 26th 2015 Veterans Affair diagnosed Donald R. Karr, Jr. with type 2 Diabetes (insulin dependent) and Tinnitus, which is 30% Service Connected Disability rating, that establishes 100% Service Connected Disability rating for the second time in June 26th 2015 which in fact an undisputed fact because Petitioner has TRICARE INSURANCE since 1973. Petitioner Donald R. Karr, Jr., now that Petitioner benefits are now in the Protected Status since 2003 pursuant to Veterans Affair 55 year Rule. Veterans Affair and Organized Crime Group(s) are violating my Civil Rights 18 U.S.C. § 241 Conspiracy Against Rights, 18 U.S.C. § 242 Deprive Under Color of Law and 28 U.S.C. § 1983 violation of Petitioner's Civil Rights plus violations of 10 U.S.C. § 906 Art 106 Impersonating me as a Solider, Donald R. Karr, Jr., a felony, as an undisputed fact violating the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission,

identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) since 1973, have established their TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 and each of them, should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) who is also known as Donald R. Karr] have stolen my benefits, rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) at Veterans Affairs as their way of conducting illegal business and in a government agency, to continue their embezzlement of payments of my benefits for their money laundering and identity theft violations worked at Veterans Affair that has been using my social security number since 1973.

Petitioner Donald R. Karr, Jr., Emphysema #6603 disease condition and COPD #6604 disease conditions that are now Stage II are shown in Methodist Boerne Emergency Room notes by three (3) Texas Board Certified ER Doctors [(1) Becky Doran MD (November 10, 2013 visit to ER); (2) Liza Chopra MD (November 27, 2013 visit to ER); and (3) Craig Gerstenkom MD (December 31, 2013 visit to ER)] and also established by the COPD #6604 test of W. John Ryan MD Texas Board Certified Internal Medicine,

test January 10th 2014, again establishes my 100% Service-Connected Disabled conditions in 2013 and 2014 with all of these conditions and tests that are in the Veterans Affair Computer that have been forwarded to Veterans Affair since 1973. My allergies noted in Veterans Affair Doctors notes in 2004 and 2005, 2013 and 2014 that make the Veterans Affair award on or about November 4th 2013 a 'false writing and fraudulent award' as an undisputed fact, the third test ordered in August 2013 would have established Petitioner was 100% Service Connected Disabled, but Marie L. Weldon, Director atVeterans Affair in San Antonio, Texas, canceled the third Test to produce a 'false finding and false writing' of Donald Richard Karr, Jr. test for Petitioner's 100% Service Connected Disability status. Veterans Affair care for Petitioner's 100% Service Connected Disability Diseases for his Chronic Bronchitis #6600 condition, because of Petitioner Donald Richard Karr, Jr. has small and large bronchial tubes, Petitioner's Asthma #6602 disability may also send him to the hospital because of Petitioner's allergies. Petitioner's Emphysema #6603 disease condition and COPD #6604 disease conditions are conditions which the progression of the diseases that have now become COPD #6604 which Veterans Affair refuses me treatment as a 100% Service Connected Disabled Veteran.

Petitioner **Donald Richard Karr Jr.** has not been paid his 100% Service Connected Disabled Veteran stolen benefits since 1973, that it can be determined Veterans Affair

money laundering and identity theft of Petitioner's 100% Service Connected Disability are stolen by Veterans Affair, the Respondents, and each of them, six to twelve times each year (6-12) times each year, when Veterans Affairs employees in approximately twenty-five (25) locations get into Petitioner's Veterans Affair Profile electronically turning it on, then turning it off, so that they could access Petitioner's Veterans Affair Profile to take an estimated $5,000,000 each time minimum of six (6) separate times per year once the Respondents, and each of them, take money by money laundering and identity theft of Petitioner's 100% Service Connected Disability from **Donald Richard Karr Jr.** Petitioner's Profile at Veterans Affair that could be taking a minimum of six (6) times @ $5,000,000 or $30,000,000 times twenty-five (25) locations get into **Donald Richard Karr Jr.** Petitioner's Veterans Affair Profile electronically turning it on, then turning it off totaling $750,000,000 minimum in the Veterans Affair money laundering and identity theft of **Donald Richard Karr Jr.** Petitioner's 100% Service Connected Disability are stolen by Veterans Affair, the Respondents, and each of them, every year.

The best and most recent demonstration by Kathy Malin, of Veterans Affair, the Respondents, and each of them, in their money laundering and identity theft of Petitioner's 100% Service Connected Disability Benefits **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON,**

**18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., on or about October 1st 2018, October 11th 2018, November 5th 2018, November 6th 2018 and November 13th 2018 when she accessed Petitioner's Veterans Affair Profile to access Petitioner's benefits five (5) separate times, for her false communication, false writing, as common situation in her daily embezzlement routine at Veterans Affair, through turning the Donald Richard Karr Jr., Petitioner's Veterans Affair Profile on and then off so that she could access Petitioner's Veterans Affair Profile to take an estimated $5,000,000 each time five (5) separate times.**

**Donald Richard Karr Jr.** Petitioner's Veterans Affair Profile accessed electronically in Boise, Idaho Veterans Affair by Kathy Malin Regional Director for the sole purpose of taking money from **Donald Richard Karr Jr.** Petitioner's Veterans Affair Profile in her money laundering and identity theft [Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and 1029 (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that are undisputed in their actions against Petitioner **Donald Richard Karr Jr.** that they have intentionally violated the Government contract

with veterans who have served in the military under honorable conditions in Petitioner's provisions since 1973 **to create the Tortuous Breach of Contract, Fraud, Fraudulent Ratings and Writings, Slander of Personal Credit, Slander and Libel, Punitive Damages for the Harassment of a Whistle Blower, Defamation of Petitioner's Civil Rights, Defamation of Character. of the Petitioner at Veterans Affair, forcing Donald Richard Karr Jr., Petitioner into Poverty since on or about November 2011, and into poverty and Homelessness, while said wrongful acts and prejudice of Donald Richard Karr Jr., Petitioner, has subjected Petitioner to**

**prejudice at Veterans Affair and attempts on Petitioner Donald Richard Karr Jr., life at Veterans Affair.**

The undisputed fact is the reason Petitioner **Donald Richard Karr Jr.** is charged illegal Copay charges from Veterans Affair, when Petitioner **Donald Richard Karr Jr.** is a 100% Service Connected Disabled Veteran but Veterans Affair refuses to give him his award, now including illegal use of TRICARE Insurance charges that Petitioner could qualify for this TRICARE Insurance and has qualified because they are using his social security number he obtained in the State of Michigan **violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr.,]** of Petitioner's 100% Service Connected Disability Benefits, but not for any other purpose because she knows Petitioner's address was not 1620 East Sherman in Coeur d' Alene, Idaho 83814! The address shows in Petitioner's Veterans Affair Profile as Petitioner's address to be 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814 not 1620 East Sherman in Coeur d' Alene, Idaho 83814 in Petitioner's Profile in the Veterans Affair Computer. Petitioner's address is not 1620 East Sherman in Coeur d' Alene and Boise, Idaho Veterans Affair,

Kathy Malin Regional Director, intentionally sent the mail to Petitioner, at the wrong address, so that she could access Petitioner's Veterans Affair Profile to take an estimated $5,000,000 each time five (5) separate times.

The reason she sent so many letters (were sent by Kathy Malin was based upon her ability to take money from Petitioner's Veterans Affair Profile) because in July 2018 Petitioner put a change of address in at the Coeur d' Alene Post Office that he had moved from 1620 East Sherman to his new address was 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814 that he had imputed into the Veterans Affair Computer by a clerk at the Veterans Affair CBOC in Coeur d' Alene facility. It is an undisputed fact that Boise, Idaho, Veterans Affair, Kathy Malin Regional Director, lied about not knowing what Petitioner's mailing address in Coeur d' Alene, was because she knew Petitioner's address was in fact 212 W. Ironwood Drive #D544, Coeur d' Alene, Idaho 83814 but she sent said mail to 1620 East Sherman in Coeur d' Alene, Idaho 83814 when it was no longer a HOMELESS SHELTER and had closed and was sold to a new owner, since it has become a Park with no mail facility to accept any mail!

**Veterans Affair in Boise, Idaho Veterans Affair Kathy Malin Regional Director wanted to access Petitioner's profile, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING**

A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, knowing that Petitioner receives no services from Idaho Veterans Affair or CBOC Veterans Affair Coeur d' Alene, Idaho, so she could obtain approximately $5,000,000 five (5) times through mail fraud, bank fraud, money laundering and identity theft, because the employees at Veterans Affair in Management, the Respondents, and each of them, violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) as an undisputed fact are involved in violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES, identity theft and other RICO Act crimes there were not reason for her to lies about Petitioner's address at the Veterans Homeless Shelter!

The undisputed fact is that Boise, Idaho Veterans Affair Kathy Malin Regional

Director has no jurisdiction with Petitioner's benefits because her office is approximately four hundred miles from Petitioner Donald Richard Karr Jr., because Spokane Veterans Affair and CBOC Veterans Affair Facility in Coeur d' Alene is managed by Spokane Veterans Affair, render all of Petitioner's Veterans Affair Services or have rendered any service to the Petitioner. Boise, Idaho Veterans Affair has never rendered any services to Petitioner Donald Richard Karr Jr.

Veterans Affair Boise, Idaho Veterans Affair Kathy Malin Regional Director to contact Petitioner for any services, including medical services from Boise almost four hundred (400) miles from Petitioner Donald Richard Karr Jr., when he has Choice Doctors, so his communications for services is only with Spokane Veterans Affair, not Boise, Idaho. The undisputed fact is that Boise, Idaho Veterans Affair Kathy Malin Regional Director has produced a 'false finding and false writing' of Donald Richard Karr, Jr. test for Petitioner's 100% Service Connected Disability status. Veterans Affair care for Petitioner's 100% Service Connected Disability Diseases for his Chronic Bronchitis #6600 condition, because of Petitioner Donald Richard Karr, Jr. has small and large bronchial tubes, Petitioner's Asthma #6602 disability may also

send him to the hospital because of Petitioner's allergies. Petitioner's Emphysema #6603 disease condition and COPD #6604 disease conditions are conditions which the progression of the diseases that have now become COPD #6604 which Veterans Affair refuses me treatment as a 100% Service Connected Disabled Veteran. The undisputed fact is that Boise, Idaho Veterans Affair Kathy Malin Regional Director has produced a 'false finding and false writing' of Donald Richard Karr, Jr. There was no test for Petitioner's 100% Service Connected Disability status. Veterans Affair care for Petitioner's 100% Service Connected Disability Diseases for his Chronic Bronchitis #6600 condition, because of Petitioner Donald Richard Karr, Jr. has small and large bronchial tubes, Petitioner's Asthma #6602 disability may also send him to the hospital because of Petitioner's allergies. Petitioner's Emphysema #6603 disease condition and COPD #6604 disease conditions are conditions which the progression of the diseases that have now become COPD #6604 which Veterans Affair refuses me treatment as a 100% Service Connected Disabled Veteran.

Veterans Affair Kathy Malin Regional Director only purpose in contacting Petitioner, was to subject Petitioner Donald Richard Karr Jr. to her intentional RICO predicated Acts violations including the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER

CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty two (52) year Veterans Affair RICO Organized Crime Group, that have stolen Petitioner's 100% Service Connected Disabled benefits since on or about September 1973.

Veterans Affair's independence is predicated on 'good faith' judgments in their decision-making is non existent. It was never intended by Veterans Affair, the Respondents, and each of them, to Act in 'Good Faith' but for Veterans Affair 'bad-faith' judgments to create their false writings, in their decision-making, where a person or employee of Veterans Affair, the Respondents herein, Judgment knowingly and deliberately disregards the facts and law of this case.

These Actions be Veterans Affair are properly the subject of disciplinary review, irrespective of whether it is correctable on appeal.

An egregious error is also misconduct, since its nature and/or magnitude presuppose that a Veterans Affair employee or a Respondent herein, judgment acted willfully, or

that the employee is incompetent, to produce a 'false finding and false writing' of Donald Richard Karr, Jr. test for Petitioner's 100% Service Connected Disability status. Veterans Affair care for Petitioner's 100% Service Connected Disability Diseases for his Chronic Bronchitis #6600 condition, because of Petitioner Donald Richard Karr, Jr. has small and large bronchial tubes, Petitioner's Asthma #6602 disability may also send him to the hospital because of Petitioner's allergies. Petitioner's Emphysema #6603 disease condition and COPD #6604 disease conditions are conditions which the progression of the diseases that have now become COPD #6604 which Veterans Affair refuses Donald Richard Karr, Jr. treatment and payment of his 100% Service Connected Disabled Veteran.

DEMAND FOR IMMEDIATE SERVICE TO BE PERFORMED BY U.S. MARSHALS SERVICE FOR DUE CAUSE OF OBSTRUCTION OF JUSTICE THE PETITIONER IS A VETERAN UNDER RULE 4(c)(2) FOR THE PURPOSE OF LITIGATION DELIVERY TO THE U.S. MARSHALS SERVICE OF THE ORIGINAL COMPLAINT AFTER NOTICE OF Donald Richard Karr Jr. COMPLAINT! EVIDENCE OF DELIBERATE INDIFFERENCE TO Donald Richard Karr Jr. RIGHTS TO PROCEDURAL & SUBSTANTIVE DUE PROCESS AND OBSTRUCTION OF JUSTICE AS A PREDICATE ACT OF RACKETEERING ACTIVITY UNDER THE RICO ACT.

**Veterans Affair False Writings and Refusal of Benefits for Petitioner Donald Richard Karr Jr. Refusing Petitioner's 100% Service Connected Benefits and all of Petitioner's applications nothing has been to give Petitioner Donald Richard Karr Jr. benefits or provide any educational benefits, any medical benefits in approximately fourteen (14) years, with no or very small number of payment of doctors or tests or three medications since December 2024. Petitioner has had to pay all the copay when in fact Petitioner Donald Richard Karr Jr. has TRICARE Insurance Donald Richard Karr Jr. has been refused by Veterans Affair or Tricare Insurance.**

**Dr. Glen Volyn, Petitioner Donald Richard Karr Jr. Choice doctor, has once again established Petitioner Donald Richard Karr Jr. 100% service connected disabled conditions, since Veterans Affair in Reno Nevada when Petitioner Donald Richard**

Karr Jr. had his surgery when he was in Reno in 2004-2005, that include, but are not limited to, Chronic Bronchitis #6600 (which has been from childhood, because of Petitioner's small and large bronchial tubes, the reason Petitioner, DONALD RICHARD KARR JR., spent his sixth week of Basic Training in hospital in February 1968). Petitioner's Chronic Bronchitis #6600 with the trigger of mold and cedar allergies, caused Petitioner's Asthma to send him to the hospital at Fort Ord California. Petitioner's type 2 diabetes also discovered at Veterans Affair in Reno, Nevada in 2004-2005, have now progressed to COPD #6604 and finally PTSD. Petitioner has a long history of being allergic to mold and cedar, dating back into the 1960s and 1970s. Petitioner has a history of Chronic Bronchitis #6600 (discover at Ft Ord Hospital in February 1968) due to small bronchial tubes are the reason that Petitioner Donald Richard Karr Jr., was awarded his 1973 award for his 100% Service Connected Disability Benefits that were redirected to Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND

EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, not pay to the Petitioner Donald Richard Karr Jr., to date of filing this Petition.

Petitioner's Chronic Bronchitis #6600 has turned into COPD #6604 Stage II for which Petitioner, DONALD RICHARD KARR JR., uses Anoro Ellipta.

Petitioner, DONALD RICHARD KARR JR., has been diagnosed with type 2 diabetes and Tinnitus by Veterans Affair in June 2015 (but also diagnosed with type 2 diabetes in Reno Nevada Veterans Affair in 2004-2005) but did not receive any upgrade of 30% Service Connected Disabled, because Veterans Affair refused to give Donald Richard Karr Jr. an upgrade for this diabetic award Veterans Affair, the Respondents, and each of them, claimed it was non service connected, when Petitioner Donald Richard Karr Jr., has family history of diabetes. Clearly the Petitioner Donald Richard Karr Jr. is treated with prejudice and subjected to the Veterans Affair and the Respondents, and each of them, false writings and fraudulent awards because Petitioner's were given to Petitioner Donald Richard Karr Jr. but were redirected to Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968,

these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, not pay Donald Richard Karr Jr., to the date of filing this Petition to the Petitioner Donald Richard Karr Jr. Petitioner Donald Richard Karr Jr. has been refused an upgrade twenty six (26) times by Veterans Affair and can file in the courts within the jurisdictions and locations he has lived that Donald Richard Karr Jr. has been refused his benefits twenty six (26) times.

This is an undisputed fact a false and fraudulent finding has always been the result of all of Petitioner's application for benefits to deny Donald Richard Karr Jr. his benefits that are paid to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, by Veterans Affair violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Donald Richard Karr Jr.

The Veterans Affair Management, the Respondents, and each of them, including, but not limited to, Kathy Malin, Marie L. Weldon, Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr, E. Leonard Fructher, Kaylie

Ecker, Patient Advocate representing the Petitioner and all under the supervision of Dr, Rebecca Meier, Chief of Staff, Spokane Veterans Affair, the subsequent group now in charge at Veterans Affair in Spokane including Robert J. Fischer MD PACOG Medical Center Director, Sarah Boardman Assistant Medical Center Director, David Sams MD Chief of Staff, Sam Mc Comas Associate Director Patient Care Services Nurse Executive and Will Haley Deputy Associate Director Patient Care Services Nurse Executive, Dr. Rebecca Meier MD, Chief of Staff of Spokane Veterans Affair, Cody Union AFGE (AFOL-CIO) membership in the Pharmacy at Spokane Veterans Affair, Michael J. Cox Union AFGE (AFOL-CIO) membership, Dr. John Mitchell, Dental Service Division Manager Data Point San Antonio, Victor H. Aquire, Union AFGE (AFOL-CIO) membership Clerk and Juanita Lenzo Union AFGE (AFOL-CIO) membership, who is an RN, Gold Team members and employees of Veterans Affair, Mike Olsen Union AFGE (AFOL-CIO) membership, the Podiatry Tech at Dr. Karen Brooks, MD, KMC Podiatry Clinic, Dr. Nora McKinney VA Medical Center Kerrville, Texas, Dental Department; Marie L. Weldon Union AFGE (AFOL-CIO) membership, former Fachie Director of Department of Veterans Affairs Medical Center San Antonio (hereinafter referred to as "DIRECTOR") and now the Los Angeles Veterans Affair Regional Manager, Emile Dufrene Union AFGE (AFOL-CIO) membership,

Veterans Service Center Manager, Houston, Texas; Mario C. Alcorta employee Union AFGE (AFOL-CIO) membership of VA Medical Center Kerrville, Texas, Paul Gregory Union AFGE (AFOL-CIO) membership Pharmacy employee of VA Medical Center Kerrville Pharmacy, Bynum Morris Union AFGE (AFOL-CIO) membership, John S. Gardipee of Volunteers of America and his wife Tina Arvish Union AFGE (AFOL-CIO) membership, the outreach Nurse at Ft Harrison Veterans Affair, Navy Veterans Amber Anderson Union AFGE (AFOL-CIO) membership, Sarah A. Martin Union AFGE (AFOL-CIO) membership, that is a Army Reserve Military Police Master Sergeant, Paul Hacker Union AFGE (AFOL-CIO) membership, Nurse Practitioner, of Veterans Affair in Spokane, Washington, CBOC Coeur d' Alene employees including the Captain of their VA Police Union AFGE (AFOL-CIO) membership, plus four clerks Union AFGE (AFOL-CIO) membership that refuse to change or correct Petitioner's Profile at CBOC in Coeur d'Alene Veterans Affair Clinic, Joel Sacconanno, Eric Swanbeck, Bob Daugherty of St, Vincent De Paul's homeless facility at 1620 East Sherman, Coeur d' Alene, Idaho 83814. Petitioner came to Montana to live in my move from Kerrville, Texas with the help of VFW but Petitioner is not a combat Veteran so the copies that Veterans Affairs sends to VFW are not with my approval! John S. Gardipee at Volunteers of America interview!

**John S. Gardipee and his wife Tina Arvish, the outreach Nurse at Ft. Harrison, Montana had Petitioner's phone Tapped at the Missoula Veterans Affair Clinic but John Gardipee refused to help Petitioner and he would not return Donald Richard Karr Jr. Petitioner's calls and Veterans Affair, failures are intentional with prejudice of Petitioner's EVIDENCE OF DELIBERATE INDIFFERENCE TO HIS RIGHTS TO PROCEDURAL & SUBSTANTIVE DUE PROCESS AND OBSTRUCTION OF JUSTICE AS A PREDICATE ACT OF RACKETEERING ACTIVITY UNDER THE RICO ACT, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr..**

Petitioner, DONALD RICHARD KARR JR., independent of the above mentioned 100% Service Connected Disabilities Benefits that he was awarded in 1973 but not paid by the Veterans Affair because they were given to Donald Lee Karr a **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Donald Richard Karr Jr., has right hand and left hand Dupuytren's disease condition,**

100% Non Service Connected Disability for PTSD, and 100% Service Connected Disability for Sleep Apnea for which Petitioner, DONALD RICHARD KARR JR., needs to use a CPAP machine (but to replace it now, a CPAP machine by Veterans Affair where the machine mask can be cleaned, because Veterans Affair has continue to refuse Petitioner Donald Richard Karr Jr. his request and his diabetic shoes, from Veterans Affair).

Dr. Arturo R. Llanos MD Gold Team, overdose and attempt to murder Petitioner, Donald Richard Karr Jr., with Juanita Lenzo Gold Team RN efforts, began when Juanita Lenzo Gold Team RN began using a toxic mixture on or about October 23rd 2013, when she and Dr. Arturo R. Llanos MD Gold Team, gave the drug overdose and toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025% to KILL Donald Richard Karr Jr. The premeditated attempt of Dr. Arturo R. Llanos MD Gold Team, with Juanita Lenzo Gold Team RN for the drug overdose and toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025% to KILL Donald Richard Karr Jr. was intentional and done with their thought that would kill Donald Richard Karr Jr. Several Days later Donald Richard Karr Jr. saw Dr. Arturo R. Llanos MD and his son at Walmart in Kerrville when he looked at Donald Richard Karr Jr. as though he saw a GHOST when he and his son ran out of

Walmart, leaving Petitioner Dr. Arturo R. Llanos MD with no doubt that Dr. Arturo R. Llanos MD wanted to KILL Petitioner Donald Richard Karr Jr. by overdose.

Petitioner Donald Richard Karr Jr. has since read that a medical group tested Symbicort to find it kills over five (5) percent of the patients that use it. Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair use toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025% to try to kill Petitioner, DONALD RICHARD KARR JR.

Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair used a toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, that Donald Richard Karr Jr. is now allergic to, in his premeditated attempt by Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair to try to murder and kill Donald Richard Karr Jr. by overdose.

Petitioner, Donald Richard Karr Jr., medical records, in fact now show Donald Richard Karr Jr. in 2013 had to go to the Boerne, Texas Methodist Hospital Emergency Room three times to overcome the attempted murder of Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair that used a toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, to try murder Petitioner Donald Richard Karr Jr. by overdose in 2013.

Donald Richard Karr Jr. doctors Dr. William John Ryan January 2014 breathing tests

and the November 2017 exacerbation and breathing tests of Dr. Kevin Chang proved that Petitioner Donald Richard Karr Jr., has Chronic Bronchitis #6600 disease condition as his primary condition due to small bronchial tubes and Emphysema #6603 disease condition and COPD #6604 Stage II disease conditions.

Donald Richard Karr Jr. Emphysema #6603 disease condition and COPD #6604 Stage II disease conditions are shown in Methodist Boerne Emergency Room notes of the three (3) Board Certified ER Doctors Becky Doran MD (November 10, 2013 visit to ER); Liza Chopra MD (November 27, 2013 visit to ER); and Craig Gerstenkom MD (November 31, 2013 visit to ER); that established Petitioner's COPD #6604 and further test of W. John Ryan MD Board Certified Internal Medicine, test January 10th 2014 again establishes Petitioner Donald Richard Karr Jr. 100% Service-Connected Disabled conditions.

Petitioner Donald Richard Karr Jr. allergies noted in Veterans Affair Doctors notes in 2004 and 2005 at Veterans Affair in Reno Nevada when Petitioner Donald Richard Karr Jr., had surgery, plus further Medical evidence shown in Petitioner's Veterans

Affair medical records in 2013 and 2014 make the false writing and Veterans Affair award on or about November 4th 2013, a false and fraudulent award, as an undisputed fact, that further evidence with the third test in August 2013, the test would have established the Petitioner Donald Richard Karr Jr. was 100% Service Connected Disabled.

When Petitioner Donald Richard Karr Jr. picked up the Symbicort toxic mixture from Dr. Arturo R. Llanos MD. prescribed medications on October 23rd 2013, Petitioner was told to by RN Gold Team nurse, Juanita Lenzo, to take these medications every four (4) hours, that are in fact twelve (12) hour medications, that Dr. Arturo R. Llanos tried to overdose and kill Petitioner in October 2013.

Dr. Arturo R. Llanos MD. prescribed medications on October 23rd 2013, to overdose Petitioner Donald Richard Karr Jr., by using Symbicort Budesonide 80/Formoter 4.5 mcg 120 D 00186-0372-20 and Flunisolide Nasal Solution USP, 0.025% every four (4) hours.

The medications that Dr. Arturo R. Llanos had the Pharmacy at Kerrville Veterans Affair give Petitioner Donald Richard Karr Jr. on October 23rd 2013, was as an undisputed fact, for the sole purpose to kill the Petitioner Donald Richard Karr Jr.

The false and fraudulent award for the TOKEN 30% Service Connected Disability was setup because Veterans Affair intends to kill Petitioner Donald Richard Karr Jr., and

Petitioner's 100% Service-Connected Disabled Veteran benefits since 1973 were given to Donald Lee Karr.

The Veterans Affair, the Respondents, and each of them, actions demonstrate the prejudice of Veterans Affair toward Donald Richard KARR, Jr. Vietnam Veteran 1973 Application C-XXXX6558.

Petitioner Donald Richard Karr Jr. is set up for payment of the amount TOKEN 30% (that is Non) Service-Connected Disabled Veterans Benefits that he received the amount given to Petitioner Donald Richard Karr Jr., on or about November 4th 2013 of approximately a $7,000 payment since the original award for his second application in Reno, Nevada on or about 2004, which clearly demonstrates that Veterans Affair in San Antonio took money from Petitioner's 100% Service Connected Disability benefits on or about September 1973, or for that matter it is an undisputed fact Petitioner's 2004 benefits in Reno, Nevada Veterans Affair. The supervising doctor communicated to the Petitioner Donald Richard Karr Jr. that Donald Richard Karr Jr. would not be given a third test in August 2013 that would mean that Petitioner Donald Richard Karr Jr., would be 100% Service Connected Disabled Status. When

Veterans Affair in San Antonio under the supervision of Director Marie Weldon, communicated with Houston Veterans Affair, they were told not to give the third test to Petitioner Donald Richard Karr Jr.

The private doctor working for Veterans Affair, the Respondents, and each of them, instructed the doctor performing the second test to not perform the test so a true reading and test was given without a sealed chamber because all the Respondents, and each of them, knew Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair plan to murder Petitioner in his premeditated act to kill Petitioner Donald Richard Karr Jr. at Veterans Affair was set up by Marie Weldon the Director at San Antonio Veterans Affair (now Marie L. Weldon Regional Director in Los Angeles) and Dr. Arturo R. Llanos were going to KILL Petitioner Donald Richard Karr Jr.

It is clear in Veterans Affair, the Respondents, and each of them, actions, a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, Donald Richard Karr Jr., are in fact, Tortuous Breach of Contract, Fraud, Fraudulent Ratings and Writings, Slander of Personal Credit, Slander and

Libel, Punitive Damages for the Harassment of a Whistle Blower, Defamation of Petitioner's Civil Rights, Defamation of Donald Richard Karr Jr. Character.

Veterans Affair, the Respondents, and each of them, have since November 2011 have been forcing Donald Richard Karr Jr., Petitioner into Poverty and causing Donald Richard Karr Jr. to be limited to payment of Private Doctors and Medications with Medicare Insurance refusing his TRICARE Insurance and Medicade Insurance in Idaho where Donald Richard Karr Jr. had to move TRICARE Insurance will not give to Plaintiff/Petitioner Donald Richard Karr Jr. PETITIONER CONTACTED TRICARE INSURANCE CONTACTING KENDRA BECKER, MICHELLE FREDERICK AND MARY STILEN, but they continue to give Petitioner's TRICARE Insurance to Donald Lee Karr when as an undisputed fact Donald Richard Karr Jr., is 100% Service Connected Disabled and he needs to have payment of copay of medical costs for Doctors and Medications because Respondents have setup Donald Richard Karr Jr's Profile and Veterans Affairs benefits so that Petitioner's Veterans Affairs benefits and profile has been locked and stripped out so that Petitioner Donald Richard Karr Jr., can't be upgraded or receive any additional benefits.

Under the Petitioner's Writ of Mandamus request he is entitled under 5 U.S.C. § 702 RIGHT OF REVIEW (A person suffering legal wrong because of agency action, or

adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. An action in a court of the United States seeking Writ of Mandamus relief other than money damages and stating a claim that an agency or an officer or employee thereof acted or failed to act in an official capacity or under color of legal authority shall not be dismissed nor relief therein be denied on the ground that it is against the United States or that the United States is an indispensable party. The United States may be named as a defendant in any such action, and a judgment or decree may be entered against the United States: Provided, That any mandatory or injunctive decree shall specify the Federal officer or officers (by name or by title), and their successors in office, personally responsible for compliance....) and 46 C.F.R. § 1.01–30(a), I am entitled to judicial review.

Clearly review of Petitioner's Donald Richard Karr Jr., Petition request exposes the undisputed fact of the matter before the court is for violations by Veterans Affair and its employees, legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statutes, that Petitioner Donald Richard Karr Jr., is entitled to judicial review thereof. that are RICO predicated Acts in their organized RICO Act crimes against Veterans and the Petitioner for a period of over fifty-two (52) years at the very least creating money damages as equitable relief for the Petitioner Donald Richard Karr Jr., for the Veterans Affair refusal of benefits

and stolen benefits, including but not limited, monthly disability benefits payments, medical expenses including medical and dental, stolen and refusal of payment of educational benefits that include educational benefits for Petitioner Donald Richard Karr Jr.

Petitioner Donald Richard Karr Jr., seventy-seven (77) years old, benefits are part of a 1946 Act of Congress and the Respondents, and each of them, and there is no other United States Law that has amended this 1946 Act of Congress to give the legal right of anyone to assume the Petitioner's 100% Service Connected Disability Benefits, stolen in 1973.

The TRICARE Insurance shows DONALD R. KARR JR, the Petitioner, as the sponsor and Donald Richard Karr that the second side of Petitioner's Profile that is 30% Service Connected Disability but the payment does not represent his family status. DONALD R. KARR JR, the Petitioner, is designated by TRICARE Insurance as Sponsor with his Social Security number as the Sponsor. The Patient is shown as Donald Richard Karr who in this case is also the Petitioner who is in the 30% Service Connected Disability side of Petitioner's Profile at Veterans Affair. The Veterans Affair Profile of DONALD R. KARR JR, has two (2) sides in Veterans Affair, not one.

Kathy Malin Regional Director in Boise Idaho Veterans Affair who is part of the Criminal Regime and Organized Crime Group at Veterans Affair has downgraded

Petitioner with 'false writings and ratings' with Donald Richard Karr Jr., in the 'Protected Status of the 55 years Rule at Veterans Affair since 2003' such that Donald Richard Karr Jr., 100% Service Connected Disability Benefits can not be downgraded at Veterans Affair to 30% Service Connected Disability.Other RICO predicated acts, although *appearing* to be isolated events, were actually part of the overall conspiracy and *pattern of Racketeering Activity* alleged herein, e.g. mail fraud and bank fraud. See 18 U.S.C. §§ 1341 and 1344, respectively. Veterans Affair's employees Organized Crime of Petitioner Benefits set the Racketeering Groups at Veterans Affair Killing of Veterans and with Donald Richard Karr Jr., the attempts on his life and Elder Abuse that all Defendants should sentenced to thirty years in Prison.

The primary objective of the *Racketeering Enterprise* has been to inflict severe and sustained economic hardship upon the Petitioner, that in fact as an undisputed fact, began on or about September 1973 when Donald R. Karr, also known as Donald Ray Karr who died December 8th 2014, Navy Veteran illegally redirected Petitioner's 100% Service Connected Veterans Benefits, to his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff

Donald Richard Karr Jr., that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits.

It is an undisputed fact that, DONALD LEE KARR did not serve in the military, when in fact Donald Richard Karr Jr., served in the US Army and has provided Veterans Affair his DD 214 and has proved medical proof from doctors at Veterans Affair, plus four (4) Board Certified Doctors in 2013 and 2014, plus many Private and Veterans Affair doctors subsequent to my checking into San Antonio Veterans Affair in November 2011 of Donald Richard Karr Jr., disability conditions and medical status, as a veteran, to establish Petitioner is the veteran that the military benefits belong to which again are noted as Donald R. Karr, Jr. on TRICARE Insurance billing dated May 13th 2022, that is an undisputed fact that it is my TRICARE Insurance in said bill from TRICARE Insurance.

Plus let us not forget Dr. Arturo Llanos who tried to KILL Donald Richard Karr Jr., to take my Veterans Affair Computer Profile at Veterans Affair, that is 'Obstruction of Justice in the Criminal Enterprise within Veterans Affair' with Donald Richard Karr Jr., benefits that were stolen in November 2011 at San Antonio Veterans Affairs, by David Caudill and Marie Weldon that were originally awarded to me in California in 1973, and again in Reno Veterans Affair on or about 2004, when Donald Richard Karr

Jr., had Gallbladder Surgery at Reno, Nevada Veterans Affair. David Caudill and Marie Weldon conspired with Dr. Arturo Llanos to murder Donald Richard Karr Jr., by Overdose on or about October 23rd 2013. These Continuing Criminal Enterprise (CCE) have established their Veterans Affair illegal ratings and David J. Caudill and Marie Weldon TREASON, and each of them, should be taken into custody and held at Guantanamo Bay Detention Camp and Prison, Guantanamo, Cuba (GITMO) for TREASON while they are held and prosecuted for their crimes against Petitioner Donald Richard Karr Jr. and Veterans!

The Emphysema #6603 disease condition and COPD #6604 Stage II disease conditions are shown in Methodist Boerne Emergency Room notes by three (3) Texas Board Certified ER Doctors [(1) Becky Doran MD (November 10, 2013 visit to ER); (2) Liza Chopra MD (November 27, 2013 visit to ER); and (3) Craig Gerstenkom MD (December 31, 2013 visit to ER)] and also established by the COPD #6604 test of W. John Ryan MD Texas Board Certified Internal Medicine, test January 10th 2014, again establishes my 100% Service-Connected Disabled conditions in 2013 and 2014 with all of these conditions and tests that are in the Veterans Affair Computer that have been forwarded to Veterans Affair since 1973. My allergies noted in Veterans Affair Doctors notes in 2004 and 2005, 2013 and 2014 that make the Veterans Affair award on or about November 4th 2013 a 'false writing and fraudulent award' as an undisputed fact, the

third test ordered in August 2013 would have established me as 100% Service Connected Disabled, but Marie L. Weldon, Director at Veterans Affair in San Antonio, Texas, canceled the third Test to produce a 'false finding and false writing' of Donald Richard Karr, Jr. test for his 100% Service Connected Disability status. Veterans Affair care for me as 100% Service Connected Disability Diseases for his Chronic Bronchitis #6600 condition, because Petitioner have small and large bronchial tubes, Asthma #6602 disability may also send me to the hospital because of Petitioner's allergies. My Emphysema #6603 disease condition and COPD #6604 disease conditions are conditions which the progression of my diseases that have now become COPD #6604 which Veterans Affair refuses Petitioner treatment as a 100% Service Connected Disabled Veteran.

Petitioner Donald Richard Karr Jr. since on or about November 2011, experience of being intentionally forced into Homelessness, has been created by Veterans Affair, the Respondents, and each of them, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084, because they will not upgrade or award Petitioner Donald Richard Karr Jr. his original 1973 award of 100% Service Connected Disability Benefits while said wrongful acts and prejudice of Donald Richard Karr Jr., Petitioner, through violations of 18 U.S.C. §§ 1028 Identity Theft, 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without

permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) are the refusal to give Petitioner Donald Richard Karr Jr., his benefits.

This Petition of Donald Richard Karr Jr., Petitioner's for his original 1973 award of his 100% Service Connected Disability Benefits has been blocked by Veterans Affair, the Respondents, and each of them for over fifty two (52) years at Veterans Affair by Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD RAY KARR. on the Federal Level, for example, 28 U.S.C.A. § 1651 (a) provides that courts "may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principals of law".

Veterans Affair, the Respondents, and each of them, it appears that Donald Lee Karr

also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, within the nine (9) years from graduated High School has become a California Licensed Tax Attorney, because Veterans Affair allowed him to assume the identity of Petitioner, DONALD RICHARD KARR JR, who is their victim of Identity Theft, and violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084, violations of 18 U.S.C. § 241 Petitioner's Civil Rights, RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) to Donald R. Karr, Navy Veteran and Veterans Affair Union AFGE (AFOL-CIO) membership Employee, his son and grandson, DONALD LEE KARR, and DONALD

RAY KARR, a **violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., for over fifty two (52) years, because of Donald Lee Karr, because he has assumed the identity of the Petitioner Donald Richard Karr Jr.,at Veterans Affair.**

**The 'insidious and egregious' way of the management and operation of Veterans Affairs, by the Respondents, and each of them, in the systemic adaptation of the Veterans Affair Computer for changes from Donald R. Karr, N avy Veteran, a Veterans Affair Employee and other Veterans Affair Employees, the Respondents, and each of them, plus his son, Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, now as their tax attorney (also his son DONALD RAY KARR) who lived at 22402 Robin Oaks Terrace, when he started the manipulation of Veterans Affair Computer software, including the Vista Program, to use a second address of 22042 Robin Oaks Terrace, so that his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr., that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected**

Disability Benefits since 1973, could complete his money laundering and identity theft, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., successfully violating the HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty two (52) year Veterans Affair RICO Organized Crime Group, including the mail fraud and bank fraud obtaining Donald Richard Karr Jr. Petitioner's 100% Service Connected Disability benefits for over fifty two (52) years.

These Civil and Criminal HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS CYBER CRIMES must now be examined with a 'forensic audit' by an 'independent non-government auditor and audit' of Petitioner Donald Richard Karr Jr., 1973 Veterans Affair Profile! This is the only possible way to determine

what the Respondents, and each of them, have done including Veterans Affair RACKETEERING ACTIVITIES WITH OVER FIFTY TWO (52) YEARS OF VIOLATIONS HOBBS Act 18 USC § 1951 AND RICO PREDICATED ACTS CYBER CRIMES 18 U.S.C. §§ 1028, 1028A & § 1029 -Undisputed acts of Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084, Crimes Against Petitioner Donald Richard Karr Jr. to KILL him to take Donald Richard Karr Jr. Profile by the Respondents, the Veterans Affair Union, and each of them, their employees and agents, for their own unjust enrichment that have embezzlement the 1973 Donald Richard Karr Jr. Petitioner's award of his benefits for his 100% Service-Connected Disability Benefits! Veterans Affair has, through money laundering and identity theft, for over fifty two (52) years six hundred eighty-two (682) months, at Veterans Affair, and now the Respondents, and each of them, have stolen over fifty-eight (58) years through February 2025 of Petitioner, DONALD RICHARD KARR JR, 100% Service Connected Disability Benefits Award that Petitioner Donald Richard Karr Jr. received in 1973 that were as an undisputed fact stolen by Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973,

with violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner,Donald Richard Karr Jr., the Respondents, and each of them, at Veterans Affair that continues to the date of filing this Petition with the Court.

THESE VIOLATIONS OF THE HOBBS Act and RICO Act INCLUDE:

18 U.S.C. § 1965 Venue and Process (RICO Act)

18 U.S.C. § 1961(1)(A) DEFINITION OF RACKETEERING ACTIVITY (*Includes Extortion*).

18 U.S.C. § 1961(1)(B) DEFINITION OF RACKETEERING ACTIVITY (Is any act which is indictable under any of the following provisions of title 18, United States Code: 18 U.S.C. § 1512 TAMPERING WITH A VICTIM and Whistle Blower (i.e. harassing the Petitioner Donald Richard Karr Jr., herein).

18 U.S.C. § 1513(e), (f), & (g) RETALIATING AGAINST A VICTIM, and Whistle Blower (i.e., the Petitioner Donald Richard Karr Jr.) ((e) Whoever knowingly, with the intent to retaliate, takes any action harmful to any person, including interference with

the lawful employment or livelihood of any person, for providing to a law enforcement officer any truthful information relating to the commission or possible commission of any Federal offense, shall be fined under this title or imprisoned not more than 10 years, or both; (f) Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy; (g) A prosecution under this section may be brought in the district in which the official proceeding (whether pending, about to be instituted, or completed) was intended to be affected, or in which the conduct constituting the alleged offense occurred.)

18 U.S.C. § 1961(4) DEFINITION OF AN ENTERPRISE includes any individual,

partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity;

18 U.S.C. § 1961(5) DEFINITION OF A PATTERN OF RACKETEERING ACTIVITY requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;

18 U.S.C. § 1951(b)(2) INTERFERENCE WITH COMMERCE BY THREATS OR VIOLENCE (The term —extortion means the obtaining of property from another, with his consent, induced by wrongful use of actual or threatened force, violence, or fear, or under color of official right.);

28 U.S.C. § 2201 CREATION OF REMEDY – (In a case of actual controversy within its jurisdiction, ... upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.) 28 U.S.C. § 2202 FURTHER RELIEF – (Further necessary or proper relief based on a declaratory judgment or decree may be granted, after reasonable notice and hearing, against any adverse party whose rights have been determined by such judgment.)

IMPUTED NEGLIGENCE, OBSTRUCTING JUSTICE, AND CONSPIRACIES TO OBSTRUCT JUSTICE AS PREDICATE ACTS OF RACKETEERING ACTIVITIES UNDER THE RICO ACT AGAINST ALL RESPONDENTS AIDING AND ABETTING OBSTRUCTION OF JUSTICE: Kathy Malin, Regional Director, with the approval of Robert Wilkie, Veterans Affair Secretary are charged with imputed negligence for the conspiracies and 'obstruction of justice failure or refusal to correct the obstructions of justice and conspiracies to obstruct justice of Veterans Affair for violations of my First Amendment right to petition the Government for redress of grievances through the Administrative Procedures Act on the premise at Veterans Affair that they cannot act above the law' by refusing Veterans Benefits to the Petitioner including Donald Richard Karr Jr. 1973 award for 100% Service-Connected Disability Benefits plus twenty-six (26) other refusals to upgrade because they have allowed Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY. EACH AND EVERY MONTH SINCE FEBRUARY 1968.

GROSS NEGLIGENCE EQUATING TO FRAUD, FALSE STATEMENTS AND FRAUDULENT DOCUMENTS AND FALSE WRITINGS: Kathy Malin, Regional Director, with the approval of Robert Wilkie, Veterans Affair Secretary 'are charged with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of racketeering activities under the RICO Act,

**18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)' that has been an over fifty two (52) year Veterans Affair RICO Organized Crime Group, STOLEN VETERANS BENEFITS, A DUTY OF GOOD FAITH AND FAIR DEALING AS A STRICKLY MINISTERIAL DUTY OF CARE UNDER TORT LIABILITY IS RESPECTABLY PRESENTED TO THIS COURT AS VETERANS AFFAIR FAILURE TO MEET THE STANDARDS TO THE PROTECTION BY THE WESTFALL ACT FOR THEIR CIVIL AND CRIMINAL RICO PREDICATED ACTS AGAINST THE PETITIONER through CONSPIRACIES**

**and OBSTRUCTIONS OF JUSTICE against the Donald Richard Karr Jr. Petitioner's common law right as Veteran to his benefits stolen from him by Donald R. Karr Navy Veteran, Veterans Affair Employee, and his son Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., who did not live at 22402 Robin Oaks Terrace, Diamond Bar, California 91765.**

**RACKETEERING ACTIVITIES AGAINST VETERANS RIGHTS: Kathy Malin, Regional Director, with the approval of Robert Wilkie, Veterans Affair Secretary are charged with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C. § 3), WITH FELONY (18 U.S.C. § 4) of EXTORTION (18 U.S.C. § 1964(1)(A)) where extortion is a predicate act of racketeering activities under the RICO Act by failing or refusing to notify the U.S. Attorney General for a criminal investigation and prosecution for FELONY EXTORTION under 18 U.S.C. § 1964(1)(A)** or even a **CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968) constitutes not only Obstructions of Justice under the**

RICO Act but also Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO through a scheme or artifice to defraud the Petitioner Donald Richard Karr Jr. of his 1973 100% Service-Connected Disability Benefits preventing the Donald Richard Karr Jr., from exercising common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intimidate the Petitioner Donald Richard Karr Jr. from exercising his rights.

The Supreme Court set forth some guidelines on writs of mandamus in Kerr v. United States District Court, 426 U.S. 394, 96 S. Ct. 2119, 48 L. Ed. 2d 725 (1976), (man-dame-us) n. Latin for "we order," a writ (more modernly called a "writ of mandate") which orders a public agency or governmental body to perform an act required by law when it has neglected or refused to do so.

Petitioner Donald Richard Karr Jr., is unable to obtain his original 1973 award of 100% Service Connected Disability that was stolen in 1973 of his 100% Service Connected Disability rating.

Veterans Affair will not rate Petitioner Donald Richard Karr Jr. more than the TOKEN 30% (non) service connected disabled. When Petitioner Donald Richard Karr Jr. makes any application to Veterans Affair for any increase in benefits or when Donald Richard Karr Jr. made application in September 2016, within the Federal Court jurisdiction of

the Montana Ninth Circuit Court, Donald Richard Karr Jr residency and voting in Montana, that the award given to Petitioner by Karina Hipp, a rating person, at VARO Veterans Affair in May 2016, that she stated that Petitioner Donald Richard Karr Jr. was in fact 100% Service Connected Disabled, that Veterans Affair refused to give Petitioner Donald Richard Karr Jr. Petitioner made a second filing with Ft. Harrison Veterans Affair in September 2016. This Petition has been ignored in all Donald Richard Karr Jr. fillings because of Veterans Affair, The Respondents, and each of them, are violating the RICO Predicated Acts since 1973. This began at Veterans Affair in the Los Angeles area in 1973, with the Petitioner's 1973 award of 100% Service Connected Disability Benefits, including medical benefits, GI BILL and Educational Benefits, monthly 100% Service Connected Disability payments, since on or about September 1973. The Petitioner's 1973 award of 100% Service Connected Disability Benefits, including medical benefits, GI BILL and Educational Benefits, monthly that have been paid to Donald R. Karr, now former Union Employee at Veterans Affair, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen from Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, and his grandson Donald Ray Karr for sake of this filing with the Court, for the violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr.,

A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., by Veterans Affair, the Respondents, and each of them, are in violation of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) has continued monthly for the last over fifty two (52) years 'without payment of taxes for the money that is Petitioner Donald Richard Karr Jr. stolen 100% Service Connected Disability money since 1973, that Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, Robyn Lee. Karr his wife, Jean Susan Karr, Donald Lee Karr's mother, and his son Donald Ray Karr, his wife. This does not include the stolen Donald Richard Karr Jr., and benefits money stolen in violation of 10 U. S. C. § 906

ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., by the Respondents, and each of them.

This prejudicial treatment of the Petitioner, DONALD RICHARD KARR JR., since 1973 by Veterans Affair with the priorities of the Union Employees at Veterans Affair are not based upon the medical determination, but the standard of practice used by VARO and Veterans Affair's application review board in Houston and Wisconsin are standards without regard of Petitioner, DONALD RICHARD KARR JR., or the Veterans actual disabilities! Veterans Affair, established Donald Richard Karr Jr., 100% service connected disabled conditions include, but are not limited to, Chronic Bronchitis #6604 (which has been from childhood because of Donald Richard Karr Jr., small and large bronchial tubes; the reason Petitioner, DONALD RICHARD KARR

JR., spent his sixth week of Basic Training in Ft. Ord hospital in February 1968, with the allergy trigger of mold and cedar, plus cottonwood trees and poison oak, allergies, causing Petitioner's Asthma #6602 to send him to the hospital, type II diabetes, COPD #6604 and PTSD. Petitioner Donald Richard Karr Jr. has a long history of being allergic to mold and cedar, dating back into the 1960s and 1970s. Petitioner Donald Richard Karr Jr. has a history of Chronic Bronchitis #6600 due to small bronchial tubes. Donald Richard Karr Jr. Petitioner's Chronic Bronchitis has turned into COPD #6604 Stage II for which Petitioner, DONALD RICHARD KARR JR., uses Anoro Ellipta. Petitioner, DONALD RICHARD KARR JR., has been diagnosed with type II diabetes and Tinnitus by Veterans Affair in June 2015 but also found at RENO Nevada Veterans Affair in 2004-2005, but did not receive an upgrade of 30% Service Connected Disabled. Veterans Affair refused to give Petitioner an upgrade for the type II diabetes and Tinnitus award Veterans Affair claimed was non service connected when he has family history of diabetes. This is in fact a false writing, false and fraudulent finding to deny Donald Richard Karr Jr., benefits. Petitioner, DONALD RICHARD KARR JR., has right hand and left hand Dupuytren's disease condition, PTSD and Sleep Apnea for which Petitioner, DONALD RICHARD KARR JR., needs to use a CPAP machine (Veterans Affair will not provide and refuses Donald Richard Karr Jr., his request from Veterans Affair). Petitioner has been refused his diabetic shoes since 2015 that means

he has not received twenty two (22) pairs of shoes that Mike Olsen in Kerrville, Texas at Veterans Affair has been taking Petitioner's diabetic shoes violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr. since 2015.

Rather than Veterans Affair arguing about Donald Richard Karr Jr., actual disabilities so that they can continue their money laundering and identity theft of Donald Richard Karr Jr. Petitioner's benefits all the time, it makes perfect sense to be transparent, and to give Petitioner Donald Richard Karr Jr. 100% service-connected disability benefits that Donald Richard Karr Jr., should have been given in 1973.

The Veterans Affair needs to do the same for Petitioner Donald Richard Karr Jr., like the other Veterans that were given their benefits! The undisputed fact is Petitioner Donald Richard Karr Jr. almost died in Basic Training in February 1968. Rather than Down grading Petitioner Donald Richard Karr Jr. to reclassify Petitioner with only the Asthma #6602/Bronchial #6600 false writing and false award, Petitioner Donald

Richard Karr Jr. should have been instead given his 1973 award of the Chronic Bronchitis #6600 (60% disability rating) as his primary condition and Asthma #6602 (30% disability condition) as Donald Richard Karr Jr. secondary condition, with the Petitioner's allergy trigger of mold and cedar, and now cottonwood trees and poison oak, allergies, causing Donald Richard Karr Jr. Petitioner's Asthma #6602 to send him to the hospital that is in fact the 100% Service Connected Disabilities Benefits from 1973.

Donald Richard Karr Jr. Petitioner's 100% Service Connected Disabilities Benefits causing his disabilities that have now caused his Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 Stage II disease conditions, plus Petitioner Donald Richard Karr Jr. did not receive an upgrade of 30% Service Connected Disabled. Veterans Affair refused to give Petitioner Donald Richard Karr Jr. an upgrade for the type II diabetes (insulin dependent) and Tinnitus award that now creates a major hardship for Petitioner Donald Richard Karr Jr. medically with their illegal copay charges including TRICARE Insurance payments when it is an undisputed fact that Petitioner Donald Richard Karr Jr. does qualify for TRICARE Insurance, using Donald Richard Karr Jr., Social Security number, because Petitioner Donald Richard Karr Jr. does not have his TRICARE Insurance, that Veterans Affair

illegally deducts money from Petitioner's 100% Service Connected monthly benefits violating the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty two (52) years Veterans Affair RICO Organized Crime Group that have stolen 100% Service Connected Disabilities Benefits benefits since on or about September 1973. This has major impact on Petitioner Donald Richard Karr Jr. including financially, when it is an undisputed fact Veterans Affair is deducting money illegally from Petitioner's 30% Veterans Benefits, so that Veterans Affair have taken twenty-five percent (25%) of Donald Richard Karr Jr. Petitioner's income monthly as an undisputed fact illegally that these employees responsible for this should go to Federal Prison!

Donald Richard Karr Jr. awareness and exposure to the Veterans Affair Title 28 USC §

2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084, prejudice and extortion of Donald Richard Karr Jr. through Respondents violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty two (52) year Veterans Affair RICO Organized Crime Group that have stolen Donald Richard Karr Jr. benefits since on or about September 1973, racketeering activities under the RICO Act by Veterans Affair Employees failing or refusing to notify the U.S. Attorney General for a criminal investigation and prosecution for FELONY EXTORTION under 18 U.S.C. § 1964(1)(A) or even a CIVIL INVESTIGATIVE DEMAND (18 U.S.C. § 1968) constitutes not only obstructions of justice under the RICO Act but also Wire Fraud under 18 U.S.C. § 1341 FRAUDS AND SWINDLES and 18 U.S.C. § 1343 FRAUD BY WIRE, RADIO through a scheme or artifice to defraud Petitioner's of his 1973 award of his 100% Service-Connected Disability Benefits, preventing Donald Richard Karr Jr.

from his exercising common law rights, statutory rights, and constitutional rights from the very act of selecting Veterans Affair with the condescending nature on tone of the ridicule, embarrass, harass, and intimidate the Donald Richard Karr Jr. from exercising his rights.

Petitioner, Donald Richard Karr Jr., is hopeful that he can soon have Veterans Affair comply with the rule of law, finally be ordered by the Court's order so this can now be corrected very soon. Compliance ordered by the court of all of this can be taken care of so Donald Richard Karr Jr. is no longer treated with prejudice by Veterans Affair, that the Veterans Affair is finally transparent with this matter!

The Veterans Affair Organized Crime Families at the Veterans Affairs facilities are involved in Title 28 USC § 2412 TREASON and TREASON 18 U.S.C. § 2381 AND 2084, money laundering and identity theft with the Veterans Affair Employees, the Veterans Affair Union AFGE (AFOL-CIO) membership, the Respondents, and each of them, have redirected Donald Richard Karr Jr. 100% Service Connected Disability Benefits to for payment for their own unjust enrichment, Donald R. Karr, Navy Veteran and Veterans Affair Employee, his son, DONALD LEE KARR violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A

FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, because Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald R. Karr Jr. 100% Service Connected Disability Benefits since 1973, assumed the identity of Petitioner Donald Richard Karr Jr. when Donald Lee Karr graduated from high school so that he could use Donald Richard Karr Jr. Petitioner's benefits, to go to UCLA and UCLA Law School that currently costs approximately $55,000 per semester payment to UCLA for tuition, to attend UCLA Law School, that Donald R. Karr, Navy Veteran and Veterans Affair Employee, could not afford to pay as a Veterans Affair Employee. Petitioner Donald Richard Karr Jr. has been the victim of prejudice, and has had Donald Richard Karr Jr. GI BILL Educational Benefits given to Donald Lee Karr and his son Donald Ray Karr. Veterans Affair for over fifty two (52) years, because of Donald R. Karr, Navy Veteran and Veterans Affair Employee, the Respondents, and each of them, in Petitioner's filing stopped Donald Richard Karr Jr. from obtaining his the May 2016 upgrade of his benefits to 100% Service Connected Disability and Veterans Affair in fact refused his benefits after Katrina Hipp told he was 100% Service Connected Disabled.

The actions of Donald R. Karr, Veterans Affair Employee and his son Donald Lee Karr,

violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., who did not serve in the Military and had no 1973 award, of 100% Service Connected Disability Benefits, began their assignment of Petitioner's benefits, with their Identity Theft and Money Laundering of Petitioner, Donald Richard Karr, Jr. award for 100% Service Connected Disability Benefits began on or about September 1973 with violations of the HOBBS Act 18 U.S.C. § 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty (52) year Veterans Affair RICO Organized Crime Group, that have stolen Petitioner's 100% Service Connected Disabled benefits since on or about September

1973.

Petitioner Donald Richard Karr Jr. returned his first two (2) GI Bill Education checks to Veterans Affair where Donald R. Karr, Veterans Affair Employee worked, because the checks came before Petitioner Donald Richard Karr Jr. school started at Cal Poly Pomona University in 1974.

Petitioner Donald Richard Karr Jr. was told at Cal Poly Pomona University that someone that said he was Petitioner Donald Richard Karr Jr. had asked for a copy of his transcripts, when Petitioner Donald Richard Karr Jr. asked for a copy a couple weeks earlier. Petitioner Donald Richard Karr Jr. needed a copy of his transcripts to give for student loanrequirements to go to school. The payments of Petitioner, Donald Richard Karr, Jr. 100% Service Connected Disability Benefits to Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., continue to this date of filing of this Petition.

Donald Lee Karr is paid Donald Richard Karr Jr. benefits because Donald R. Karr, Veterans Affair Employee and his family have all benefited in said payments including his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, that Donald R. Karr, that Veterans Affair Employee set up for Veterans Affair payments of Donald Richard Karr Jr. Petitioner's 100% Service Connected Disability benefits since 1973. The payments that Veterans Affair continues to pay because the Respondents, and each of them, continue to monitor them to be sure to the date of filing this Petition that they are paid to Donald Lee Karr, violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTHSINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner, that has continued monthly for the last over fifty two (52) years 'without payment of taxes for the money that is Donald Richard Karr Jr. stolen 100% Service Connected Disability money since 1973, that Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald

Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, his wife, Jean Susan Karr, Donald Lee Karr's mother, and his son Donald Ray Karr, his wife, this does not include the stolen Donald Richard Karr Jr. Petitioner's benefits money stolen by the Respondents, and each of them.

Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, his son Donald Lee Karr, his wife, Jean Susan Karr Donald Lee Karr's mother, and his son Donald Ray Karr, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., have committed TREASON in addition to violations of the HOBBS Act 18 U.S.C. § 1951 and RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft and 1029 (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) with the consent of Veterans Affair. Dr. Rebecca Meier MD, Chief of Staff of Spokane Veterans Affair,

Michael J. Cox and Cody who has sent Petitioner Donald Richard Karr Jr. a meter to check his diabetic reading that tests 35 points low!

When you need new glasses, because your other glasses have been broken at the temples, and can't be fixed, it takes six to eight weeks to get new glasses for the Veterans in Idaho, something that shows how little Veterans Affair cares about the Veterans; our leaders in Congress with Joe Biden's and Donald J. Trump's leadership cares nothing about the Veterans and the sacrifice the Veterans including Donald Richard Karr Jr. made for our country.

It is clear that Cody intentional wrongful acts, evil, wanton and malicious disregard of Petitioner Donald Richard Karr Jr., was an attempt to murder Petitioner Donald Richard Karr Jr., as an employee of the Pharmacy at Spokane Veterans Affair. Cody had the approval of the Union Management, including but not limited, to Marie L. Weldon Regional Director in Los Angeles, who came to Donald Richard Karr Jr. apartment in Kerrville, Texas and Kathy Malin Regional Director from Boise, Idaho who came to Petitioner's apartment at Riverstone Silver Apartments in Coeur d' Alene, Idaho.

Petitioner, Donald Richard Karr, Jr., has had Veterans Affair redirect his award for his

100% Service Connected Disability Award and benefits on or about September 1973 [and stopped all attempts of Petitioner Donald Richard Karr Jr. to obtain an up grade in five (5) decades, stopped by monitoring Petitioner's benefits and applications to obtain an upgrade in benefits] to and by DONALD R. KARR [who has assumed the identity of the Petitioner, Donald Richard Karr, Jr.] violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., who did not live at 22402 Robin Oaks Terrace, Diamond Bar, California 91765.

Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, using the address shown as 22042 Robin Oaks Terrace in Petitioner's Profile [using the address 22042 Robin Oaks Terrace in Donald Richard Karr Jr. Petitioner's Profile, Diamond Bar, California 91765 and a change of address to a PO BOX in Diamond Bar, California 91765] to accomplish the redirection of Donald Richard Karr Jr. Petitioner's 100% Service Connected Disability Benefits and GI Bill Education

Benefits, so Donald R. Karr, Navy Veteran and Veterans Affair Employee, set up his son, DONALD LEE KARR, (now approximately 72 years old and graduated from high school on or about June 1969), assumed the Identity of Petitioner, Donald Richard Karr, Jr., in the Veterans Affair Computer violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr..

Petitioner, Donald Richard Karr, Jr., did not live at 22402 Robin Oaks Terrace, Diamond Bar, California 91765 or 22042 Robin Oaks Terrace, Diamond Bar, California 91765 (that is not an address in Diamond Bar).

Petitioner, Donald Richard Karr, Jr. purchased a home at 3528 Crooked Creek in Diamond Bar, California 91765 where he lived with his wife Cynthia Lee Karr plus his daughter Andrea Karr born in September 1974 that Petitioner Donald Richard Karr Jr. never received compensation for from Veterans Affair. Now currently Veterans Affair pays no compensation and Petitioner Donald Richard Karr Jr. receives no compensation for his wife and children, only himself and only a monthly income of $524.31 for 30% Service Connected Disability Benefits, because CBOC in Coeur d'

Alene Idaho refuse Petitioner Donald Richard Karr Jr. any medications from Dr. Stephen Keck MD, nurse, till he could move to Bozeman, Montana. Clearly Veterans Affair doesn't like the burden of Plaintiff Donald Richard Karr Jr. because they are already paying Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, and why should they spend any money on Plaintiff Donald Richard Karr Jr who served and earned the benefits for his service during the Vietnam War.

Petitioner's father Donald Richard Karr, Sr., (and mother Arlene Jane Karr) lived at 20938 Flapjack Drive in Diamond Bar, California where the Petitioner, Donald Richard Karr, Jr., lived prior to joining the Army in September 1967 on the delayed enlistment program.

This Identity Theft was created by Donald R. Karr, Navy Veteran and Veterans Affair Employee, so he could set up his son, DONALD LEE KARR, who son Donald Ray Karr was born in September 1985, and by undisputed fact Donald Richard Karr Jr. Petitioner's daughter Andrea was born in September 1974) are benefits that are part of a 1946 Act of Congress and the Respondents, and each of them, and there is no other United States Law that has amended this 1946 Act of Congress to give the legal right of anyone to assume the Petitioner's 100% Service Connected Disability Benefits,

stolen in 1973.

Now over fifty two (52) years or fifty-eight (58) years since February 1968 when Petitioner, Donald Richard Karr, Jr., spent his sixth week of basic training in February 1968 in the hospital at Ft. Ord, California. Petitioner Donald Richard Karr Jr. was running to the rifle range in the rain all week his sixth week of basic training. These are undisputed facts and Petitioner's stolen benefits, have been stolen by the Veterans Affair Union Employees, Respondents, and each of them, for six hundred eighty-two (682) months through February 2025, that was specifically accomplished as their RICO ACT Crimes at Veterans Affair with their modifications of the Veterans Affair Computer.

The Government and Veterans Affair should have reported the Induction Center's medical findings to PETITIONER Donald Richard Karr Jr. on December 28, 1967. The Government of the United States continues to breach of their duty and contract with the PETITIONER Donald Richard Karr Jr., acting in bad faith, to fraudulently and intentionally continue the Government's tortuous breaches of same! The PETITIONER Donald Richard Karr Jr. has suffered as a result of their evil, onerous, burdensome, malicious and wanton abuses including health care violations and actions of the Government and its agents and employees over fifty-eight (58) years.

Based upon a long history of continued intentional abusive behavior, starting on the

first day of entering into contract with the Government of the United States, who established a bad faith agreement with PETITIONER Donald Richard Karr Jr. and enter into the original contract with PETITIONER Donald Richard Karr Jr. on December 28, 1967 the Government now continues the 'tortuous breaches of the contract in bad faith'!

The Government of the United States in their repeated refusal of egregious actions, that are onerous and burdensome failures to disclose where Donald Richard Karr Jr. military records are, including but not limited to, the entire medical history and records of PETITIONER Donald Richard Karr Jr., since December 28, 1967 has become hopeless for the Petitioner Donald Richard Karr Jr. to obtain said records from the Government or Veterans Affair.

The Government of the United States continues to hide where the entire medical history and records of PETITIONER Donald Richard Karr Jr. exist or are stored prior to his coming to San Antonio, while it continues to establishes a bad faith contractual arrangement with PETITIONER Donald Richard Karr Jr. that the Government completely ignores any contractual duty to the Petitioner Donald Richard Karr Jr and the Government correspondence of same and made hereof by this reference as a part of this Petition received as a letter from Honorable Lamar Smith Member of Congress in efforts to obtain medical records. Lamar Smith's office as inquired in

Houston for the medical records, for all of the medical records and was unable to get these records for the Petitioner Donald Richard Karr Jr.

The Government's actual repeated intentional breaches of their contract with Donald Richard Karr Jr. are clear in a pattern of bad faith dealings commencing from the time of the first said breach that has been established on or about December 28, 1967 when Donald Richard Karr Jr. joined and enlisted in the United States Army and all military records of Donald Richard Karr Jr. began.

The EXTRAORDINARY DUTY and Oral Contract (and at times a written agreement) with the Government of the United States that PETITIONER entered into in good faith with the Government of the United States on December 28, 1967 can be best represented by the Governments DD-214 that all veterans use as proof that they are in fact Veterans of the Armed Services of the Government of the United States and made hereof by this reference as a part of this Petition. Veterans Affair refusal to rate Petitioner on or about November 4th 2013 with 100% Service-Connected Disability, with his Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 Stage II disease conditions that remains so that there is a false and fraudulent award rating of 30% Asthma #6602/ Chronic Bronchitis #6600 Service-Connected Disability that creates a false finding and creates a major hardship for Petitioner Donald Richard Karr Jr., including financially because Veterans Affairs refuses Donald Richard Karr Jr.

medications, and charges Petitioner Donald Richard Karr Jr. illegal copay for his medications that are sent to Petitioner Donald Richard Karr Jr. that Veterans Affair and its employees continue to willfully and knowingly make and use false writing and documents, knowing the same to contain materially false, fictitious and fraudulent information and statements about Donald Richard Karr Jr. Petitioner's 1973 award for his service-connected award and benefits, from Veterans Affair of Donald Richard Karr Jr. 100% Service-Connected Disability Award.

Veterans Affair refusal to upgrade Petitioner Donald Richard Karr Jr. over twenty-six (26) times that Donald Richard Karr Jr. has qualified when he qualified for his 100% Service-Connected Disability Benefits that is in fact an undisputed fact for said payments in Los Angeles in 1973, obtaining the 1973 C-XXXX6558 application number for Donald Richard Karr Jr. 100% Service-Connected Disability Benefits:

1. On or about June 1973 for Donald Richard Karr Jr. Petitioner's initial application and award in Los Angeles Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits.
2. On or about June 2005 for Donald Richard Karr Jr. Petitioner's second application and award in 2005 in Reno, Nevada Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits!
3. In November 2011, Marie L. Weldon, Director at San Antonio, Texas and

David J. Caudill deleted Donald Richard Karr Jr. Petitioner's 100% Service-Connected Disability benefits from the Veterans Affair computer from Veterans Affair at Reno, Nevada taking approximately $4,124,449.37 leaving Petitioner Donald Richard Karr Jr. nothing and Petitioner's realty was that he was on the street HOMELESS in San Antonio, Texas! Donald Richard Karr Jr. Petitioner's surgery in Reno, Nevada at Veterans Affair had upgraded Donald Richard Karr Jr. Petitioner's award and rating status to 100% Service-Connected Disabled Veteran for payment of the100% Service-Connected Disability to Petitioner, but it was stolen by Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill that would mean Petitioner Donald Richard Karr Jr. should be paid at the filing of this Petition for forty-two (52) years, six hundred eighty-two (682) months through February 2025 that are payments over fifty-two (52) years since 1973 that are in fact that Veterans Affair criminal violations of the HOBBS Act and RICO Act in their denial of the Donald Richard Karr Jr. Petitioner's 100% Service-Connected Benefits and Equal Treatment, the Final Agency Actions each and every time application for upgrade for Donald Richard Karr Jr. Petitioner's benefits is always denied with prejudice

that is in fact Veterans Affair Tortuous Breach of Contract in each of Petitioner's over twenty-six (26) applications and notice of disagreements of the Veterans Affair Award Ratings of Veterans Affair ratings and awards that always come back as 30% Service-Connected Disability Benefits as Asthma/Bronchial #6602 rating award and it is an undisputed fact there is no such rating at Veterans Affair!. Petitioner Donald Richard Karr Jr. is certain in his heart that Marie L. Weldon, Director at San Antonio, Texas wanted Petitioner to die HOMELESS on the Streets in San Antonio.

4. On or about March 19, 2012 for Donald Richard Karr Jr. in Petitioner's third application and award through Disabled American Veterans (DAV) on or about March 19, 2012 in San Antonio Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but Petitioner Donald Richard Karr Jr. was instead given the TOKEN 30% Service Connected Disability Petitioner has qualified in 1973 when Donald Richard Karr Jr. qualified for his 100% Service-Connected Disability Benefits that is in fact an undisputed fact for said payments in Los Angeles in 1973, obtaining the 1973 C-XXXX6558 application number for his 100% Service-Connected Disability Benefits:

5. On or about June 1973 for Donald Richard Karr Jr. Petitioner's initial application and award in Los Angeles Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits.

6. On or about June 2005 for Donald Richard Karr Jr. Petitioner's second application and award in 2005 in Reno, Nevada Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits.

7. In November 2011, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill deleted Donald Richard Karr Jr. Petitioner's 100% Service-Connected Disability benefits from the Veterans Affair computer from Veterans Affair at Reno, Nevada taking approximately $4,124,449.37 leaving Petitioner nothing and his realty was that he was on the street HOMELESS in San Antonio, Texas! Petitioner's surgery in Reno, Nevada at Veterans Affair had upgraded Petitioner's award and rating status to 100% Service-Connected Disabled Veteran for payment of the 100% Service-Connected Disability to Petitioner, but it was stolen by Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381

& 2384 & 28 USC § 2412 Crimes Against Petitioner, Donald Richard Karr Jr. that would mean Petitioner should be paid at the filing of this Petition for fifty-two (52) years, six hundred eighty-two (682) months through February 2025 that are payments over fifty-two (52) years since 1973 that are in fact that Veterans Affair criminal violations of the HOBBS Act and RICO Act in their denial of the Petitioner's 100% Service-Connected Benefits and Equal Treatment, the Final Agency Actions each and every time application for upgrade for Petitioner's benefits is always denied with prejudice that is in fact Veterans Affair Tortuous Breach of Contract in each of Donald Richard Karr Jr. Petitioner's over twenty-six (26) applications and notice of disagreements of the Veterans Affair Award Ratings of Veterans Affair ratings and awards that always come back as 30% Service-Connected Disability Benefits as Asthma/Bronchial #6602 rating award and it is an undisputed fact there is no such rating at Veterans Affair!. Petitioner is certain in his heart that Marie L. Weldon, Director at San Antonio, Texas wanted Petitioner to die HOMELESS on the Streets in San Antonio.

8. On or about March 19, 2012 for Donald Richard Karr Jr. Petitioner's third application and award through Disabled American Veterans

**(DAV) on or about March 19, 2012 in San Antonio Veterans Affair XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but Petitioner Donald Richard Karr Jr. was instead given the TOKEN 30% Service Connected Disability not 100% Service-Connected Disabled Veterans Status and all the information was in the computer at Veterans**

Affair! Petitioner Donald Richard Karr Jr. is already 100% Service-Connected Disabled Veterans Status since 1973, that is clearly an undisputed fact of Petitioner Donald Richard Karr Jr. rating and award status plus now he has as a progression of Donald Richard Karr Jr. disease conditions starting with Chronic Bronchitis #6600 and Asthma #6602 disease conditions, that in fact now shows Petitioner has Emphysema #6603 disease condition and COPD #6604 disease Stage II conditions. The Emphysema #6603 disease condition and COPD #6604 disease conditions are shown in Methodist Boerne Emergency notes by three Board Certified ER Doctors Becky Doran MD (11/10/2013 visit to ER); Liza Chopra MD (11/27/2013 visit to ER); and Craig Gerstenkom MD (12/31/2013 visit to ER); established by the COPD #6604 test of W. John Ryan MD Board Certified Internal Medicine test January 10th 2014 that again establishes the 90% Service-Connected Disabled conditions in 2004 and 2005, 2013 and 2014 as example that Veterans Affair refuses to give as part of Donald Richard Karr Jr. disabilities but uses Asthma/Bronchial #6602 that has not a rating at all, Donald Richard Karr Jr. has Chronic Bronchitis #6600 and Asthma #6602 with these ratings, that Petitioner Donald Richard Karr Jr. was given in

1973 at Veterans Affair, which is 90% Service Connected Disability Award rating by itself, that included that fact Petitioner Donald Richard Karr Jr. was allergic to the Cedar Barracks and Petitioner was diabetic that is an additional 40% Service-Connected Disability that `is in fact 130% in 1973! That makes the Veterans Affair award on or about November 4th 2013 a false and fraudulent award for the TOKEN 30% Service-Connected Disability! Veterans Affair Torturous Breach of Contract in each application with violations of the HOBBS Act and RICO Act predicated for false and fraudulent writings denial with prejudice on at least a minimum of twenty-six (26) upgrades and Notices of Disagreements to Veterans Service Center Managers of Donald Richard Karr Jr. Petitioner's 100% Service-Connected Disabled Veterans Status since 1973!

9. When Dr. Llanos tried to overdose Petitioner Donald Richard Karr Jr. on or about October 23rd 2013 it was intentional! Dr. Arturo R. Llanos attempt to murder Petitioner Donald Richard Karr Jr. meeting the demands of Marie L. Weldon, Director of Veterans Affair in San Antonio, to murder Donald Richard Karr Jr. with her trying murder Petitioner Donald Richard Karr Jr. for his benefits. Dr.

**Arturo R. Llanos premeditation of murder of Petitioner Donald Richard Karr Jr. by overdose, with the knowledge of Marie L. Weldon, Director of Veterans Affair in San Antonio, purpose of KILLNG Donald Richard Karr Jr., because Marie L. Weldon, Director of Veterans Affair in San Antonio wanted Dr. Llanos to KILL Donald Richard Karr Jr. was to obtain payment of Petitioner's benefits! Petitioner Donald Richard Karr Jr. saw Dr. Llanos and his son on or about October 28th 2013 in Walmart in Kerrville Texas and Dr. Arturo R. Llanos looked at Petitioner Donald Richard Karr Jr. as though he saw a Ghost! Immediately Dr. Arturo R. Llanos taking his son and immediately running out of the store because Dr. Arturo R. Llanos thought Petitioner Donald Richard Karr Jr. was already dead! NOW because of the three (3) Methodist Boerne Emergency Room** visits Petitioner **Donald Richard Karr Jr. uses strong 60 mg doses of the Prednisone Medication are required for Petitioner Donald Richard Karr Jr. to bring him out of the pneumonia that Petitioner Donald Richard Karr Jr.gets up to ten times a year.**

10. On or about March 19, 2012 for **Donald Richard Karr Jr.** Petitioner's third application and award through DAV efforts on or about March 19, 2012 in San Antonio Veterans Affair Application C-XXXX6558 for 100%

Service-Connected Disabled Veterans Benefits that resulted in the TOKEN 30% Service-Connected Disabled Veterans benefits. Petitioner **Donald Richard Karr Jr.** should have been given 40% service-connected disability that is noted in the above paragraphs to add with his actual 90% Service-Connected Disability Award rating by itself because it is two ratings Chronic Bronchitis #6600 and Asthma #6602 that also includes the fact that in 1973 that makes the minimum total of **Donald Richard Karr Jr.** 100% Service-Connected Disabled Veterans Benefits

**11. On or about November 4th 2013 in San Antonio Veterans Affair resulted in the Donald Richard Karr Jr. TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 Petitioner Donald Richard Karr Jr. should have been given 40% service-connected disability noted above to add with his actual 90% Service Connected Disability Award rating by itself because it is two ratings Chronic Bronchitis #6600 and Asthma #6602 that also includes the fact that in 1973 that makes the total of 100% Service-Connected Disabled Veterans Benefits.**

**12. On or about September 26th 2014 when Petitioner Donald Richard Karr Jr. applied in Kerrville, Texas that San Antonio Veterans Affair Application C-XXXX6558 for 100% Service-Connected Disabled**

Veterans Benefits that resulted in the TOKEN 30% Service-Connected Disabled Veterans benefits for the next application and award in VARO in Wisconsin Veterans Affair.

13. On or about June 26th 2015 for the next application and award in VARO in Houston Veterans Affair that Petitioner Donald Richard Karr Jr. was shown Veterans Affair setting up 30% Non-Service Connected for 20% Diabetes mellitus type II disease condition is part of the award and 10% Tinnitus disease condition that were undisputed facts that Petitioner Donald Richard Karr Jr. should have been given 30% service-connected disability to add with his actual 90% Service Connected Disability Award rating by itself because it is two ratings Chronic Bronchitis #6600 and Asthma #6602 that also includes the fact that in 1973. Veterans Affair and the United States Army knew that the

Donald Richard Karr Jr. Petitioner's Chronic Bronchitis #6600 and Asthma #6602 was 100% Service-Connected Disabled included the fact Petitioner Donald Richard Karr Jr. was allergic to the Cedar Barracks and Petitioner Donald Richard Karr Jr. was diabetic that is an additional 40% Service-Connected Disability in 1973.

14. On or about November 2015 Petitioner sent his application to Senator John McCain's Office in Prescott, Arizona! On or about November 2015 Petitioner Donald Richard Karr Jr. sent his application for 100% Service-Connected Disabled Veterans Benefits. On or about May 2016 for the Application C-XXXX6558 for Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits and award in VARO in Houston Veterans Affair that Petitioner Donald Richard Karr Jr. was given for 100% Service-Connected Disabled Veterans Benefits by Katrina Hipp! Veterans Affair, however, interfered with this upgrade that resulted in only 30% Service-Connected C-XXXX6558 in February 6th 2016 remained without the upgrade amount of 100% Service-Connected Disabled Veterans Benefits award and rating by Katrina Hipp.

15. On or about February 6th 2016 for Donald Richard Karr Jr. Petitioner's

next application and award in VARO in Houston Veterans Affair that Petitioner was given 30% Service-Connected C-XXXX6558 shown as Asthma/Bronchial #6602 that has not a rating at all, Petitioner Donald Richard Karr Jr. has Chronic Bronchitis #6600 and Asthma #6602 with these ratings, that Donald Richard Karr Jr. was given in 1973 at Veterans Affair, which is 90% Service Connected Disability Award rating by itself for Donald Richard Karr Jr. Petitioner's actual 100% Service-Connected Disabled Veterans Benefits.

16. Began with 100% Service-Connected Disability Benefits in 1973 and in 2001 in Roseville, California denied benefits then in 2004 and 2005 surgery upgraded to 100% Service-Connected Disability on or about June 2005 for Donald Richard Karr Jr. Petitioner's second application and award in 2005 in Reno, Nevada Veterans Affair C-XXXX6558 for Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits.

17. Began with Donald Richard Karr Jr. 100% Service-Connected Disability Benefits in 1973 -100% Service-Connected Disabled Veterans Benefits $3,106.04 @ 631 months = $1,959,911.24

18. 2001 in Roseville, California Donald Richard Karr Jr. denied benefits, -

100% Service-Connected Disabled Veterans Benefits $3,106.04 @ 631 months = $1,959,911.24

19. The 2004 and 2005 surgery upgraded Donald Richard Karr Jr. to 100% Service-Connected Disability on or about June 2005-Donald Richard Karr Jr.100% Service-Connected Disabled Veterans Benefits $3,106.04 @ 631 months = $1,959,911.24 while Petitioner Donald Richard Karr Jr. is Protected by 55 year Rule at Veterans Affair

Donald Richard Karr Jr. Vietnam Veteran C-XXXX6558 payment of the TOKEN 30% Service-Connected Disabled Veterans Benefits (amount given to Donald Richard Karr Jr., but Donald Richard Karr Jr. has qualified since 1973 again for Donald Richard Karr Jr. 100% Service Connected Disabled Veterans Benefits) but the 30% Service Connected Disabled Veterans Benefits, not paid until on or about November 4th 2013 downgraded to 30% Service Connected Disabled Veterans Benefits when in fact Petitioner Donald Richard Karr Jr. is 100% Service Connected Disabled since 1973, that was in fact

approximately $7,000 after payment in the amount of 100% Service Connected Disabled Veterans Benefits paid out and fraudulently funded in November 2011 in the approximate amount of $5,000,000 paid out and payment to Marie L. Weldon and David J. Caudill money laundering and identity theft benefits violations under the Hobbs Act 18 U.S.C. § 1951 Robbery and Extortion rising to the level of Racketeering Activities under the RICO Act. RICO Act CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft the benefits (access device fraud by the Government) since 1973 are part of a 1946 Act of Congress and Marie L. Weldon and David J. Caudill, the Respondents, and each of them, and there is no other United States Law that has amended this 1946 Act of Congress to give the legal right of anyone to assume the Petitioner's 100% Service Connected

Disability Benefits, of Donald Richard Karr Jr. Petitioner's benefits.

Donald Richard Karr Jr. Benefits stolen in November 2011 in the approximate amount of $5,000,000 paid out with payment to Marie L. Weldon and David J. Caudill San Antonio money laundering and identity theft of Donald Richard Karr Jr. benefits stolen in November 2011 in the approximate amount of $5,000,000 paid out with payment to Marie L. Weldon and David J. Caudill San Antonio, the money laundering and identity theft of Donald Richard Karr Jr. benefits is approximately $5,234,831.53 giving the 30% Service-Connected Disabled Veterans Benefits Asthma#6602/Bronchial#6600 $435.69 @631 months =$274,920.29 60% Service-Connected Chronic Bronchitis #6600 Disabled Veterans Benefits because of dual award of Asthma#6602/Bronchial #6600 (now COPD #6604 Stage II pursuant to the test done by Dr. Kevin Chang on or about November 9th 2017) $1,131.68 @631 months =$714,090.08.

Total of two awards a and b above is 90% Service-Connected Disabled Veterans for Donald Richard Karr Jr. Benefits combined ```````$1,862.96 @631 months - $1,175,527.76, the total amount of $1,889,617.84.

June 26th 2015 for the next application and award in VARO in Houston Veterans Affair that Donald Richard Karr Jr. was given 30% Service Connected for Diabetes mellitus type 2 disease condition is part of the award and Tinnitus disease condition $435.69 @631 months =$274,920.29

Grand Total of 100% Service-Connected Disabled Veterans Benefits $3,106.04 @631 months = $1,959,911.24

March 8th 2019 100% Service-Connected Disabled Veterans Benefits $3,106.04 @631 months = $1,959,911.24 stolen by Idaho Regional Director Kathy Malin false Award 30% Service-Connected Disabled Veterans Benefits Asthma#6602/Bronchial (no such rating in Veterans Affair Petitioner Donald Richard Karr Jr. has Chronic Bronchitis #6600 and Asthma #6602 two rating = 90% Service Connected Disability

SUB TOTAL $16,433,757.39

Therefore as Donald Richard Karr Jr. Lump Sum Payment of $25,000,000 payable on the February 28th 2025 with Sanctions of Two Hundred Fifty Million Dollars for refusal to pay in almost fifty-two (52) years.

On or about May 2016 for Donald Richard Karr Jr. Petitioner's next application and award in VARO in Houston Veterans Affair that Petitioner Donald Richard Karr Jr. was given 100% Service-Connected Disabled Veterans Benefits by Katrina Hipp but Houston, Texas VARO interfered with this upgrade that resulted in only 30% Service Connected C-XXXX6558 rating that is the Asthma/Bronchial #6602 that has not a rating at all, Petitioner Donald Richard Karr Jr. has Chronic Bronchitis #6600 and Asthma #6602 with these ratings, that Petitioner Donald Richard Karr Jr. was given in 1973 at Veterans Affair, which is 90% Service Connected Disability Award rating by itself.

On or about September 2016 for Donald Richard Karr Jr. Petitioner's next application and award in VARO in Wisconsin Veterans Affair that Petitioner applied for in Missoula that Petitioner Donald Richard Karr Jr. received no answer C-XXXX6558 for Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits.

On or about July 2017 for Donald Richard Karr Jr. Petitioner's application and award in Spokane Veterans Affair C-XXXX6558 for 100% Non-Service-Connected PTSD Disabled Veterans Benefits through

Amy Marrs she told Donald Richard Karr Jr. he would receive the amount of 100% Service-Connected Disabled Veterans Benefits plus for 100% Non-Service-Connected PTSD Disabled Veterans Benefits but Veterans Affair did nothing happened to proceed with award or rating after Amy Marrs told Petitioner Donald Richard Karr Jr. he was 100% Service-Connected Disabled Veterans Benefits plus for 100% Non-Service-Connected PTSD Disabled Veterans Benefits.

On or about October 2017 in Florida for Donald Richard Karr Jr. Petitioner's next application and award in VARO in Boise Veterans Affair, that Donald Richard Karr Jr. was not given an upgrade Veterans Affair! VARO in Boise Veterans Affair allowed Florida VARO access Electronically Turned my Profile On/Off to access my benefits that Darryl Heisey represented to me from Idaho Veterans Advocacy, C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits that nothing was then given as a response or answer to Donald Richard Karr Jr. upgrade status but nothing happened to proceed with award or rating!

On or about February 12th 2018 in North Carolina for Donald Richard Karr Jr. Petitioner's next application that Darryl Heisey represented to

Donald Richard Karr Jr., from Idaho Veterans Advocacy, for the next application and award in VARO in Boise Veterans Affair that Donald Richard Karr Jr. was given 30% Service-Connected C-XXXX6558 for Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits in North Carolina but nothing happened to proceed with award or rating.

On or about March 16th 2018 for Donald Richard Karr Jr. Petitioner's next application and award through Amber Anderson from Spokane Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but she filled the wrong form that Petitioner Donald Richard Karr Jr. was not given by Spokane Veterans Affair! Veterans Affair none the less Electronically Turned On and then Off Donald Richard Karr Jr. Profile accessing the Profile when in fact Amber gave Petitioner Donald Richard Karr Jr. the wrong form and showed Petitioner Donald Richard Karr Jr. with Primary as Asthma at 30% Service-Connected when it is Petitioner's secondary and Petitioner's primary is Chronic Bronchitis at 60% Service-Connected Benefits for upgrading Petitioner's Benefits based upon fact that It is clear and an undisputed fact that Petitioner's Chronic Bronchitis #6600 at 60%

Service-Connected and Asthma #6602 at 30% Service-Connected disease conditions or a total of 90% Service-Connected, that in fact now shows based upon tests that Dr. Kevin Chang has performed on Petitioner Donald Richard Karr Jr. that Petitioner now has Emphysema #6603 disease condition and COPD #6604 Stage II disease conditions would be more than 100% Service-Connected based upon never being up graded since 1973 and Diabetic other disability conditions that are ignored by Veterans Affair! Petitioner's disabilities were 100% Service Connected Disabled Veterans Benefits that Petitioner received in 1973 but that were stolen by DONALD R. KARR, Veterans Affairs Employee, Navy Veteran! DONALD R. KARR JR, the Petitioner's Statement of Undisputed Facts with Points and Authorities in Disagreement of all the Fraudulent Veterans Affair Disability Award Ratings that have been awarded by Veterans Affair and not given to Petitioner Donald Richard Karr Jr. since his original 1973 Application that has never been upgrade but it instead consist of the current 1973 Token 30% Non service-Connected disabled veteran classification and no education benefits including GI BILL Benefits were never given to Petitioner Donald Richard Karr Jr., although Petitioner Donald Richard Karr Jr. has tried

with no success to obtain any additional benefits that were paid out for over fifty-two (52) years to Union Employee Member DONALD R. KARR, Veterans Affairs Employee, Navy Veteran instead of Veterans Affair paying the Petitioner Donald Richard Karr Jr. DONALD R. KARR JR, the Petitioner's 1973 award specifically of his 100% Service-Connected disabled classification and benefits were not given to Petitioner Donald Richard Karr Jr. in 1973 but given to and redirected to DONALD R. KARR, Veterans Affairs Employee, Navy Veteran who has been paid Petitioner's 100% Service Connected Disability Benefits including Petitioner's Educational GI BILL Benefits which he also sent his son Donald Lee Karr through LAW SCHOOL with Petitioner's Benefits! Donald R. Karr Navy Veteran, Veterans Affair Employee is placed on death row for his Treason 18 U.S.C. § 2381 crimes including RICO Act Crimes with the and violation of the Hobbs Act 18 U.S.C. § 1951 robbery and extortion and Racketeering Activities under the RICO Act; with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) 'are charged with imputed and gross negligence equating to FRAUD AND FALSE STATEMENTS under 18 U.S.C. 1001 rising to the level of racketeering

activities under the RICO Act, 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents) 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3)' that has been an over fifty two (52) year Veterans Affair RICO Organized Crime Group, STOLEN VETERANS BENEFITS, A DUTY OF GOOD FAITH AND FAIR DEALING AS A STRICKLY MINISTERIAL DUTY OF CARE UNDER TORT LIABILITY IS RESPECTABLY PRESENTED TO THIS COURT AS VETERANS AFFAIR FAILURE TO MEET THE STANDARDS TO THE PROTECTION BY THE WESTFALL ACT FOR THEIR CIVIL AND CRIMINAL RICO PREDICATED ACTS AGAINST THE PETITIONER through CONSPIRACIES and OBSTRUCTIONS OF JUSTICE against the Donald Richard Karr Jr. Petitioner's common law right as Veteran to his benefits stolen from him by Donald R. Karr Navy Veteran, Veterans

Affair Employee, and his son Donald Lee Karr violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH, with the other Veterans Affair Union Employees who have committed Treason 18 U.S.C. § 2381 that have helped Donald R. Karr Navy Veteran, Veterans Affair Employee, identification information to establish himself as Petitioner Donald Richard Karr Jr. should go to Indiana (or GITMO) where they are placed on death row for Treason.

On or about May 1st 2018 from Petitioner's application and award through Amber Anderson employed by Spokane Veterans Affair C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits which Sarah A. Martin that Petitioner Donald Richard Karr Jr., was not given any additional Service-Connected Benefits by Spokane Veterans Affair that Electronically Turned On and then Off Petitioner's benefits when in fact Amber gave Petitioner Donald Richard Karr Jr., the wrong form and showed Petitioner Donald Richard Karr Jr., with Primary as Asthma at 30% Service-Connected when it is Petitioner's secondary and Petitioner's primary is Chronic Bronchitis at 60% Service-Connected Benefits for upgrading Petitioner's Benefits based upon fact that It is

clear and an undisputed fact that Petitioner's Chronic Bronchitis #6600 at 60% Service-Connected and Asthma #6602 at 30% Service-Connected disease conditions or a total of 90% Service-Connected, that in fact now shows based upon tests that Dr. Kevin Chang has performed on Petitioner that Petitioner now has Emphysema #6603 disease condition and COPD #6604 disease conditions would be more than 100% Service-Connected based upon never being up graded since 1973 and Diabetic other disability conditions that are ignored by Veterans Affair!

On or about July 31st 2018 in Donald Richard Karr Jr., Petitioner's next application Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but Veterans Affair didn't fund Petitioner's Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

On or On or about September 26th 2018 Donald Richard Karr Jr., Petitioner's next application in Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-

XXXX6558 for 100% Service-Connected Disabled Veterans Benefits but Veterans Affair didn't fund Petitioner's Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

On or about October 1st 2018 for Petitioner's next application and award through turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Donald Richard Karr Jr. was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Donald Richard Karr Jr., Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

On or about October 11th 2018 for Donald Richard Karr Jr., Petitioner's next application and award through turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans

benefits for Donald Richard Karr Jr., C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service Connected Disabled Veterans Benefits paid out and funded that Petitioner Donald Richard Karr Jr., was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Donald Richard Karr Jr., Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

On or about November 5th 2018 for Donald Richard Karr Jr. Petitioner's next application and award through turning on Donald Richard Karr Jr. Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for Donald Richard Karr Jr. C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner Donald Richard Karr Jr. was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair and Electronically Turned On and Off. funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Donald Richard Karr Jr. Petitioner's Profile was

Electronically Turned On and then Off without an upgrade of benefits.

On or about November 6th 2018 for Donald Richard Karr Jr. Petitioner's next application and awardthrough turning on my Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Donald Richard Karr Jr. Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

On or about November 13th 2018 for Donald Richard Karr Jr. Petitioner's next application and award through turning on Donald Richard Karr Jr. Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for Donald Richard Karr Jr. C-XXXX6558 for COPD service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits

paid out and funded that Petitioner was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Donald Richard Karr Jr. Petitioner's Profile was Electronically Turned On and then Off without an upgrade of benefits.

On or about December 6th 2018 Donald Richard Karr Jr. Petitioner's next application in Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits.

On or about March 8th 2019 Donald Richard Karr Jr. Petitioner's next application taken over that Petitioner was rated in Boise, Idaho Veterans Affair Kathy Malin Regional Director almost 400 miles from Petitioner Donald Richard Karr Jr. for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner Donald Richard Karr Jr. was not given an upgrade by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

On or about March 8th 2019 Donald Richard Karr Jr. Petitioner's next

application in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits in the amount of Donald Richard Karr Jr.100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner Donald Richard Karr Jr. was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Donald Richard Karr Jr. Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

On or about October 23rd 2019 for Donald Richard Karr Jr. Petitioner's next application and award through turning on Donald Richard Karr Jr. Profile electronically in Boise, Idaho Veterans Affair Kathy Malin Regional Director for the TOKEN 30% Service-Connected Disabled Veterans benefits for C-XXXX6558 for COPD non service connected 100% Service-Connected Disabled Veterans Benefits in the amount of 100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner Donald Richard Karr Jr. was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Petitioner's

Profile was Electronically Turned On and Off without an upgrade of benefits.

On or about November 4th 2019 Donald Richard Karr Jr. Petitioner's next application in Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits because Petitioner Donald Richard Karr Jr. didn't use the correct form, taking over three months to tell me without sending the correct form to me for C-XXXX6558 for Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits. The form that Petitioner Donald Richard Karr Jr. was not given by Spokane Veterans Affair when in fact Amber gave Donald Richard Karr Jr. the wrong form and showed my Primary as Asthma when it is Petitioner's secondary and Donald Richard Karr Jr. Petitioner's primary is Chronic Bronchitis.

On or about November 4th 2019 Donald Richard Karr Jr. Petitioner's next application in Montana Veterans Affair for the TOKEN 30% Service-Connected Disabled Veterans benefits because Donald Richard Karr Jr. didn't use the correct form taking over three months to tell me without sending the correct form to Donald Richard Karr Jr. for C-XXXX6558 for 100% Service-Connected Disabled Veterans Benefits in the amount of

100% Service-Connected Disabled Veterans Benefits paid out and funded that Petitioner Donald Richard Karr Jr. was not given by Boise, Idaho Veterans Affair Boise, Idaho Veterans Affair but instead Donald Richard Karr Jr. Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits.

On or about December 4th 2019 Donald Richard Karr Jr. Petitioner's next application in Montana Veterans Affair Senator Steve Daines, 218 E. Front Street, Suite 103, Missoula, Montana 59802!

Donald Richard Karr Jr. Petitioner's many times since then has applied for my 100% Service-Connected Disabled Veterans Benefits that amounts to approximately twenty-six (26) or more times!

Petitioner Donald Richard Karr Jr. has made numerous complaints to the Inspector General's Office, the Secretary of Department of Veterans Affairs and Emile Dufrene, Veterans Service Center Manager, Houston on or about January 27th 2013, May 6th 2014, June 6, 2014, June 7, 2014, July 5, 2014, July 11, 2014 and August 11, 2015! Petitioner Donald Richard Karr Jr. sent his Notices of Disagreements to Emile Dufrene, Veterans Service Center Manager, Houston and PK Navara, Veterans Affairs and VARO in Houston evidence intake in Wisconsin and

nothing has resulted in a resolution of this matter, but instead Donald Richard Karr Jr. Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits. The intentional failure to give Petitioner Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits since 1973. Donald Richard Karr Jr., the Petitioner's Statement of Undisputed Facts with Points and Authorities in Disagreement of all the Fraudulent Veterans Affair Disability Award Ratings that have been awarded by Veterans Affair and not given to Petitioner Donald Richard Karr Jr. since his original 1973 Application that has never been upgrade but it instead consist of the current 1973 Token 30% Nonservice-Connected disabled veteran classification and no education benefits including GI BILL Benefits were never given to PetitionerDonald Richard Karr Jr., although Petitioner Donald Richard Karr Jr. has tried with no success to obtain any additional benefits that were paid out for fifty-two (52) years to Union Employee Member DONALD R. KARR, Veterans Affairs Employee, Navy Veteran instead of Veterans Affair paying the Petitioner, Donald Richard Karr Jr. the Petitioner's 1973 award specifically of his 100% Service-Connected disabled classification and benefits were not given to Petitioner Donald

Richard Karr Jr. in 1973 but given to and redirected to DONALD R. KARR, Veterans Affairs Employee, Navy Veteran and his son Donald Lee Karr a violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr. Veterans Affair who has not paid Donald Richard Karr Jr. Petitioner's 100% Service-Connected Disability Benefits including Petitioner's Educational GI BILL Benefits which Donald R. Karr Veterans Affair Employee sent his son Donald Lee Karr through LAW SCHOOL with Donald Richard Karr Jr. Petitioner's Benefits!

ARTICLE VI.

<u>COUNT 1 -IDENTITY THEFT OF PETITIONER'S BENEFITS</u>

<u>AGGRAVATED IDENTITY THEFT 18 U.S.C. § 1028A</u>

<u>WITH TREBLE AND PUNITIVE DAMAGES</u>

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump, the Respondents, and each of them, Wrongful Acts

against Petitioner Donald Richard Karr Jr., include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an approximately fifty two (52) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner Donald Richard Karr Jr. is entitled to Treble Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr.

On or about May 2016 for Donald Richard Karr Jr. Petitioner's next application and award in VARO in Houston Veterans Affair that Petitioner was given

Donald Richard Karr Jr. 100% Service-Connected Disabled Veterans Benefits by

Katrina Hipp but Houston, Texas VARO interfered with this upgrade that resulted in only 30% Service-Connected C-XXXX6558 rating that is the Asthma/Bronchial #6602 that has not a rating at all, Petitioner Donald Richard Karr Jr. has Chronic Bronchitis #6600 and Asthma #6602 with these ratings, that Petitioner was given in 1973 at Veterans Affair, which is 90% Service Connected Disability Award rating by itself!

The Respondents, and each of them, day by day operation of Veterans Affair in the violation of the RICO Act violations and refusal of Donald Richard Karr Jr. Petitioner's benefits is well documented. Veterans Affairs Employees and

Respondents wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr.. Petitioner Donald Richard Karr Jr. relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner Donald Richard Karr Jr. to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained Donald Richard Karr Jr. 100% Service-Connected Disability Benefits of Petitioner Donald Richard Karr Jr. through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner Donald Richard Karr Jr. Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

VII.

## COUNT 2 -FRAUD & IDENTITY THEFT OF PETITIONER'S BENEFITS

## IMPERSONATING PETITIONER TO OBTAIN HIS BENEFITS

## WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump, the Respondents, and each of them, Wrongful Acts against Petitioner Donald Richard Karr Jr., include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been over fifty two (52) year Veterans Affair RICO Organized Crime Group that

have stolen Donald Richard Karr Jr. Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner Donald Richard Karr Jr. is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr.. Petitioner Donald Richard Karr Jr. relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner Donald Richard Karr Jr. to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the 100% Service-Connected Disability Benefits of Petitioner Donald Richard Karr Jr. through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner Donald Richard Karr Jr., all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

ARTICLE VIII.

COUNT 3 -TORTUOUS BREACH OF CONTRACT

WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner Donald Richard Karr Jr., have Breached their Contract with Petitioner Donald Richard Karr Jr., as a Veteran entitled to 100% Service Connected Disability Benefits plus hs 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C.Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty-two (52) year Veterans Affair RICO Organized Crime Group that have stolen

Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Petitioner Donald Richard Karr Jr., is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr.,. Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner Donald Richard Karr Jr., to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner Donald Richard Karr Jr., through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner Donald Richard Karr Jr., all Respondents

be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

///

///

## ARTICLE IX.

## COUNT 4. ROBBERY & EXTORTION OF VETERANS BENEFITS WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump,, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner Donald Richard Karr Jr., have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission,

identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an approximately fifty (50) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the PetitionerDonald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits, because of Respondents, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr., Petitioner Donald Richard Karr Jr., relied upon these representations, which

caused Donald Richard Karr Jr., injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner Donald Richard Karr Jr., to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the 100% Service Connected Disability Benefits of Petitioner Donald Richard Karr Jr., through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner, all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

X.

## COUNT 5. FALSIFING PETITIONER'S VA COMPUTER RECORDS

## LIBEL & SLANDER WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner Donald Richard Karr Jr., have Breached their Contract with Petitioner Donald Richard Karr Jr., as a Veteran

entitled to 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits, include but are not limited to, Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr., that Donald Lee Karr has stolen Donald Richard Karr Jr., 100% Service Connected Disability Benefits since 1973, violations of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, Donald Richard Karr Jr., A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty two (52) years Veterans Affair RICO Organized Crime Group that have stolen

Donald Richard Karr Jr., Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Petitioner is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits, because of Respondents, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr., Petitioner Donald Richard Karr Jr., relied upon these representations, which caused Donald Richard Karr Jr., injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner Donald Richard Karr Jr., to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the 100% Service-Connected Disability Benefits of Petitioner Donald

Richard Karr Jr., through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner Donald Richard Karr Jr.,, all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

ARTICLE XI.

COUNT 6. HARASSING WHISTLE BLOWER

WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner Donald Richard Karr Jr., have Breached their Contract with Petitioner Donald Richard Karr Jr., as a Veteran entitled to 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A

Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty-two (52) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Petitioner Donald Richard Karr Jr., is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits, for

their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr., Petitioner Donald Richard Karr Jr., relied upon these representations, which caused Donald Richard Karr Jr., injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner Donald Richard Karr Jr., to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the 100% Service-Connected Disability Benefits of Petitioner Donald Richard Karr Jr., through Donald Richard Karr Jr., Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner Donald Richard Karr Jr., all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

///

## ARTICLE XII.

## COUNT 7. DEFAMATION OF PETITIONER'S CIVIL RIGHTS

## WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner Donald Richard Karr Jr., as a Veteran entitled to his 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. § Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an

ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty two (52) years Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner Donald Richard Karr Jr., is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Petitioner Donald Richard Karr Jr., is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the PetitionerDonald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. them, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr.,. Petitioner Donald Richard Karr Jr.,relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained Donald Richard

Karr Jr., 100% Service-Connected Disability Benefits of PetitionerDonald Richard Karr Jr., through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner Donald Richard Karr Jr., all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

## ARTICLE XIII

## COUNT 8. DEFAMATION OF PETITIONER'S CHARACTER WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump,, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner have Breached their Contract with Petitioner Donald Richard Karr Jr., as a Veteran entitled to 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits,

include but are not limited to, violations of the HOBBS Act 18 U.S.C. § Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an over fifty one (51) years Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679. Petitioner is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Petitioner Donald Richard Karr Jr., is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over

fifty two (52) years of the RICO Act violations and refusal of his benefits. for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Veterans Affairs Employees and Respondents wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr.,. Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the Service-Connected Disability Benefits of Petitioner through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits, theft of same without intention of paying Petitioner Donald Richard Karr Jr., all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

///

///

ARTICLE XIV

<u>COUNT 9. REFUSAL OF EDUCATION BENEFITS & LIVELIHOOD</u>

## TORTUOUS BREACH OF CONTRACT WITH PUNITIVE DAMAGES

Veterans Affair Management and their Employees, Joseph R. Biden Jr., and President Donald J. Trump, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner Donald Richard Karr Jr., have Breached their Contract with Petitioner Donald Richard Karr Jr.,as a Veteran entitled to 100% Service Connected Disability Benefits plus hs 100% GI BILL Educational Benefits, include but are not limited to, violations of the HOBBS Act 18 U.S.C. Section 1951, RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Act with RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and

as an ACCESSORY AFTER THE FACT (18 U.S.C §3) that has been an approximately fifty one (51) year Veterans Affair RICO Organized Crime Group that have stolen Petitioner's benefits since on or about September 1973 and are not protected by the WESTFALL Act of 1988 28 U.S.C. §2679.

Petitioner Donald Richard Karr Jr., is entitled to Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Petitioner Donald Richard Karr Jr., is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of Petitioner's GI BILL Education Benefits and educational benefits, making it impossible fo the Petitioner Donald Richard Karr Jr., to return to Petitioner's profession, unable to work in his Profession as a licensed California General Engineering Contractor (A) and Building Contractor (B). Veterans Affair refusing to help Petitioner Donald Richard Karr Jr., use his Veterans Educational Benefits to become a license as a licensed California General Engineering Contractor (A) and Building Contractor (B) starting 2011. The Petitioner was not allowed his benefits because (Donald Lee Karr also known as Donald Richard Karr who is

in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr., that Donald Lee Karr has stolen Donald Richard Karr Jr., 100% Service Connected Disability Benefits since 1973 and his son Donald Ray Karr had used all the education benefits to go to UCLA) there were no education benefits for Petitioner Donald Richard Karr Jr., to get re-licensed as a General Engineering Contractor (A) and Building Contractor (B). Veterans Affair has refused Petitioner, any and all additional benefits the last fourteen (14) years. Petitioner Donald Richard Karr Jr.,has been prevented from working as a General Engineering Contractor (A) and Building Contractor (B) and Engineering Land Planner. Petitioner Donald Richard Karr Jr., has been unable to work as a General Engineering Contractor infrastructure builder. Petitioner's private sector development experience includes successfully acquiring infrastructure public sector bond inducements agreements with Riverside County California totaling $750,000,000.00 for his project on this City of Perris, California (Riverside County) project, encompassing some 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project plus two (2) additional infrastructure public sector bond inducements agreements for two (2) additional $300,000,000 Riverside County Projects in 1986,when the bond market crashed in March of 1986 Donald Richard Karr Jr., was unable to

proceed with his Joint Venture Partner Banker's Trust in New York would not proceed.

Petitioner Donald Richard Karr Jr., as an Architectural and Engineering designer and Architectural and Engineering builder, including infrastructure and home building developments can start from inception to completion of the entire community as a private gated Planned Unit Development. However it is Veterans Affair position that Veterans should go work at McDonalds instead. Petitioner Donald Richard Karr Jr., has been prevented by the Respondents, and each of them, from obtaining any and all of his educational benefits or working in his profession to earn his livelihood. Veterans Affair, the Respondents, and each of them are positioned to steal the Veterans Benefits and give the Veterans nothing because they should instead work at McDonalds or Jack in the Box. Veterans Affair refuses Petitioner Donald Richard Karr Jr., 100% Service Connected Disability Benefits, when it is an

undisputed fact Petitioner Donald Richard Karr Jr., was never given his award on or about September 1973 for Donald Richard Karr Jr., 100% Service Connected Disability Benefits or his GI BILL Education Benefits promised him as a Veteran.

Veterans Affair instead gave Donald Richard Karr Jr., Petitioner's benefits to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, and his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr., that Donald Lee Karr has stolen Donald Richard Karr Jr., 100% Service Connected Disability Benefits since 1973, in violation of 10 U. S. C. § 906 ART 106 IMPERSONATING A SOLIDER, A FELONY, EACH AND EVERY MONTH SINCE FEBRUARY 1968, these Undisputed Acts of TREASON, 18 U.S.C. § 2381 & 2384 & 28 USC § 2412 Crimes Against Petitioner Donald Richard Karr Jr., so that Petitioner's benefits were sent to his address of 22402 Robin Oaks Terrace, Diamond Bar, California 91765 or a PO BOX, redirected to DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, by the United States Department of Veterans Affairs. Most recently, in the last fourteen (14) years

since Petitioner Donald Richard Karr Jr., came to San Antonio Texas Veterans Affair Petitioner's benefits were again stolen in 2011 by the Respondents, and each of them, the Employees at Veterans Affair in San Antonio Texas, including but not limited to, Marie L. Weldon, Director at San Antonio, Texas and David J. Caudill her assistant, this has created a loss of income for Petitioner Donald Richard Karr Jr.

Veterans Affair refuses all educational benefits to Petitioner Donald Richard Karr Jr., so that he is unable to study and take the Bar to become a Licensed Attorney to Practice Law to proceed with obtaining his benefits, or obtaining a General Engineering (A) Contractors and General Building (B) Contractors License Test which Petitioner scored a 97% when he originally took in 1976. Veterans Affair was promised his education benefits as a Veteran but Veterans Affair, the Respondents, and each of them refuse Petitioner Donald Richard Karr Jr., education benefits. Petitioner Donald Richard Karr Jr., could return to his Development business as a Hillside and Master Planned Community Designer, if Veterans Affair, the Respondents, and each of them, would give him his education benefits promised him as a Veteran, their wrongful acts

vented with their prejudice of Petitioner Donald Richard Karr Jr., wrongfully subjecting Petitioner, in their over fifty two (52) years of the RICO Act violations, refusal of his benefits solely because Petitioner's name is KARR so that his benefits can be stolen by DONALD R. KARR, Navy Veteran, Veterans Affairs Employee, the United States Department of Veterans Affairs. Veterans Affairs Employees, Respondents and each of them, wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr., setting up the Petitioner Donald Richard Karr Jr., to believe that he could get an upgrade in benefits or that he could get his Educational benefits from Veterans Affair was intentionally in Bad Faith.

Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees and Respondents wrongful acts that have induced Petitioner Donald Richard Karr Jr., to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained Donald Richard Karr Jr., 100% Service-Connected Disability Benefits of Petitioner Donald Richard Karr Jr., through Petitioner's Profile was Electronically Turned On and Off without an upgrade of benefits,

theft of same without intention of paying Petitioner Donald Richard Karr Jr.,, all Respondents be required to account for all gains, profits, and advantages derived from their several acts of racketeering in violation of 18 U.S.C.§ 1962(d) supra and from all other violation(s) of applicable State and federal law(s).

## ARTICLE XV

## PRAYER

FOR THESE REASONS, PETITIONER prays that Joseph R. Biden Jr., and President Donald J. Trump, and all Respondents, and each of them herein shown as part of this action, be cited to appear and answer herein and that PETITIONER Donald Richard Karr Jr., have and recover judgment against Respondents, Veterans Affairs Employees and each of them, wrongful acts to be acted upon by Petitioner Donald Richard Karr Jr. Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein. Veterans Affairs Employees, Respondents, and each of them, wrongful acts that have induced Petitioner Donald Richard Karr Jr., to act in a matter which Veterans Affairs Employees and Respondents wrongful acts have obtained the 100% Service-Connected Disability Benefits of Petitioner Donald Richard Karr Jr., through Petitioner's Profile was Electronically Turned On and Off without an

upgrade of benefits, theft of same without intention of paying Petitioner. for the following:

1. Actual damages described above, jointly and severally, in a fair and reasonable total amount in the jurisdictional limits of this court or, alternatively, as allowed by law;

2. Exemplary and punitive damages of and from each of the defendants in fair and reasonable amounts pursuant to Counts 1 through 9 in the jurisdictional limits of this court, or, alternatively, as allowed by law; Petitioner Donald Richard Karr Jr., now re-alleges, each and every allegation as set forth above, and hereby incorporates same by reference, as if all were set forth fully herein. Substance prevails over form and Petitioner Donald Richard Karr Jr., seeks damages for:

A) Count I Specifically for the Respondents, and each of them, for IDENTITY THEFT OF PETITIONER'S BENEFITS AGGRAVATED IDENTITY THEFT 18 U.S.C. § 1028A WITH TREBLE DAMAGES based upon the payment of damages with stolen benefits since 1973 from Donald Richard Karr Jr., Petitioner's Profile by Veterans Affair and its employees with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity

Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government). rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), ande as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein, Petitioner Donald Richard Karr Jr., should receive damages due to Respondents, and each of them.

B) Count 2 Specifically for the Respondents, and each of them, for FRAUD & IDENTITY THEFT OF PETITIONER'S BENEFITS FOR IMPERSONATING PETITIONER TO OBTAIN HIS BENEFITS WITH PUNITIVE DAMAGES based upon the payment of damages with stolen benefits since 1973 from Petitioner's Profile by Veterans Affair and its employees with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during

and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government). rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein, Petitioner Donald Richard Karr Jr., should receive damages due to Respondents, and each of them.

C) Count 3 Specifically for the Respondents, and each of them, for TORTUOUS BREACH_OF CONTRACT WITH PUNITIVE DAMAGES that Petitioner Donald Richard Karr Jr., should receive PUNITIVE DAMAGES for TORTUOUS BREACH_OF CONTRACT based upon the payment of damages with stolen benefits since 1973 from Petitioner's Profile by Veterans Affair and its employees with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government). rising to the

level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), ande as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein, Petitioner Donald Richard Karr Jr., should receive punitive damages due to Respondents, and each of them.

D) Count 4 Specifically for the Respondents, and each of them, for ROBBERY & EXTORTION OF VETERANS BENEFITS WITH PUNITIVE DAMAGES Petitioner

Donald Richard Karr Jr., should receive damages for FRAUD PUNITIVE DAMAGES FOR ROBBERY & EXTORTION FIFTY-ONE (52) YEARS, WITH FIFTY-SEVEN (58) YEARS OF BENEFITS SIX HUNDRED EIGHTY-TWO (682) MONTHS FROM FEBRUARY 1968 THROUGH FEBRUARY 2025 WITH FALSE WRITINGS, FALSIFYING COMPUTER RECORDS OF PETITIONER AND HIS BENEFITS AND DENIAL OF PETITIONER'S 100% SERVICE CONNECTED DISABILITY BENEFITS based upon the payment of damages with stolen benefits from Donald Richard Karr Jr., Petitioner's Profile by Veterans Affair and its employees, plus Punitive Damages with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth

herein, Petitioner Donald Richard Karr Jr., should receive damages due to Respondents, and each of them.

E) Count 5 Specifically for the Respondents, and each of them, for FALSIFYING PETITIONER'S VETERANS AFFAIR COMPUTER RECORDS -LIBEL & SLANDER WITH PUNITIVE DAMAGES when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation to embezzle Donald Richard Karr Jr., Petitioner's 100% Service Connected Disability Benefits, plus 100% GI BILL Educational Benefits to paid to Donald R. Karr, a former Union Employee at Veterans Affair, and his family but Veterans Affair intentionally denied the Petitioner FIFTY TWO (52) YEARS, WITH FIFTY-EIGHT (58) YEARS OF BENEFITS SIX HUNDRED EIGHTY-TWO (682) MONTHS FROM FEBRUARY 1968 THROUGH FEBRUARY 2025 WITH FALSE WRITINGS, FALSIFYING COMPUTER RECORDS OF PETITIONER Donald Richard Karr Jr., AND HIS BENEFITS AND DENIAL OF PETITIONER'S 100% SERVICE CONNECTED DISABILITY BENEFITS Petitioner Donald Richard Karr Jr., relied upon these representations, which caused

his injury as set forth herein, Petitioner Donald Richard Karr Jr., should receive damages due to Respondents, and each of them.

F) Count 6 Specifically for the Respondents, and each of them, for HARASSING WHISTLE BLOWER WITH PUNITIVE DAMAGES Petitioner Donald Richard Karr Jr., relied upon these representations that he was protected as a Whistle Blower, which caused his injury as set forth herein, refusal by Veterans Affair to award Donald Richard Karr Jr., Petitioner's his 1973 award of his 100% Service Connected Disability Benefits including, but not limited to, Petitioner's GI BILL Education Benefits because they have been stolen from PetitionerDonald Richard Karr Jr., by Donald R. Karr, a former Union Employee at Veterans Affair, his son Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr., that Donald Lee Karr has stolen Donald Richard Karr Jr., 100% Service Connected Disability Benefits since 1973, and his grandson, over a period of over fifty two (52) years, six hundred eighty-two (682) months, that began with Petitioner's disabilities discover in February 1968, so that Petitioner Donald Richard Karr Jr., has not been paid from February 1968 through February 2025; and six hundred eighty two (682) months in February 2025. Petitioner,

DONALD RICHARD KARR JR., has received no medications over the last two (2) years, no payment of Choice Doctor or Private Doctors and Doctors Tests because it is an undisputed fact they are paid for by Medicare, now over fifty-five (55) times with no care or medications whatsoever from Veterans Affair. In fact Cody in the Pharmacy Spokane Veterans Affair, Michael J. Cox, Kaylie Ecker, Patient Advocate representing the Petitioner Donald Richard Karr Jr., and all under the supervision of Dr, Rebecca Meier, Chief of Staff, Spokane Veterans Affair [Spokane Veterans Affairs in fact, now continues trying the Premeditated Murder of Petitioner Donald Richard Karr Jr., that began on or about October 23rd 2013, by Dr. Arturo Llanos, including by his drug overdose of Petitioner Donald Richard Karr Jr., which Petitioner Donald Richard Karr Jr., spent three (3) trips to the ER at Methodist Hospital Trauma Level Four Hospital, to keep from dying from Dr. Arturo Llanos overdose told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner]. Dr. Arturo R. Llanos MD Gold Team at Kerrville, Texas Veterans Affair utilized in his attempt to Murder Petitioner Donald Richard Karr Jr., with the help of Dr. Arturo R. Llanos MD's nurse Juanita Lenzo Gold Team RN told Petitioner Donald Richard Karr Jr., to take every four (4) hours with the specific oral instructions given to Petitioner,

DONALD RICHARD KARR JR., for Donald Richard Karr Jr., medical exacerbated disability disease conditions with his Chronic Bronchitis #6600, Asthma #6602, Emphysema #6603 and COPD #6604 disease conditions. Petitioner, DONALD RICHARD KARR JR., was told to take this toxic mixture of Symbicort, combined with Flunisolide Nasal Solution USP, 0.025%, every four (4) hours, with the specific oral instructions given to Petitioner. The specific oral instructions given to PetitionerDonald Richard Karr Jr.,, for the purpose of killing Petitioner on or about October 23rd 2013, with said medication toxic mixture as a weapon to silently kill Petitioner because the Symbicort is a twelve (12) hour medication. Petitioner, Donald Richard Karr Jr., joined the US Army during the Vietnam War in September 1967 on a delayed enlistment program, because of security clearance requirement, after Donald Richard Karr Jr., graduated from Downey High School in June 1966, he joined the Army officially in December 1967. Petitioner's DD 214 shows him as Donald Richard Karr, Jr., but Veterans Affair has changed Petitioner's name to Donald R. Karr so that Donald Richard Karr Jr., Petitioner's benefits could be redirected to Donald R. Karr, Veterans Affair Employee in the Los Angeles Veterans Affair group and his son Donald Lee Karr, without the Petitioner's knowledge that Petitioner's benefits had been stolen, Donald Richard Karr, Jr., alleges that in 1973 Veterans Affair allowed

Donald R. Karr, Navy Veteran and Union Veteran Affair Employee, to redirect and assume the identity of Donald Richard Karr Jr., Petitioner. Veterans Affair redirected Petitioner's award for his 100% Service Connected Disability Award the Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein, Petitioner Donald Richard Karr Jr.,should receive punitive damages due to Respondents, and each of them.

G) Count 7 Specifically for the Respondents, and each of them, for DEFAMATION OF PETITIONER'S CIVIL RIGHTS WITH PUNITIVE DAMAGES Petitioner Donald Richard Karr Jr., should receive damages for DEFAMATION OF CIVIL RIGHTS FOR PETITIONER FOR DEFAMATION THE VETERANS AFFAIR'S MANAGEMENT & EMPLOYEES WRONGFUL ACTS, FRAUDULENT RATINGS SINCE 1973 VIOLATING THE WESTFALL ACT 28 USC 2679 AT VETERANS AFFAIR, WITH THIRD PARTIES, INCLUDING RESPONDENTS, AND EACH OF THEM, CREATING FALSE, FRAUDULENT & SLANDEROUS FALSE PAYMENTS, THAT VIOLATED THEIR DUTY TO PAY PETITIONER Donald Richard Karr Jr., 100% SERVICE CONNECTED DISABILITY BENEFITS SINCE 1973, PETITIONER'S STATUS AS A 100% SERVICE-CONNECTED DISABLED VETERAN THAT HAS

CREATED A FALSE, FRAUDULENT & SLANDEROUS FALSE PAYMENTS OF Donald Richard Karr Jr., BENEFITS COPAY DEDUCTIONS INCLUDING REFUSAL TO PAY FOR OVER TWENTY-FIVE MEDICAL BILLINGS CREATING COLLECTIONS FOR DEBTS DUE AND PAYABLE FROM VETERANS AFFAIR based upon the payment of damages with stolen benefits from Donald Richard Karr Jr., Petitioner's Profile by Veterans Affair and its employees plus Punitive Damages with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein, Petitioner Donald Richard Karr Jr., should receive Punitive

damages due to Respondents, and each of them.

H) Count 8 Specifically for the Respondents, and each of them, for DEFAMATION OF PETITIONER'S CHARACTER, Petitioner Donald Richard Karr Jr., should receive damages for DEFAMATION OF CHARACTER, PUNITIVE DAMAGES FOR PETITIONER FOR DEFAMATION VETERANS AFFAIR'S MANAGEMENT & EMPLOYEES WRONGFUL ACTS, FRAUDULENT RATINGS SINCE 1973 VIOLATING THE WESTFALL ACT 28 USC 2679 AT VETERANS AFFAIR, WITH THIRD PARTIES, INCLUDING RESPONDENTS, AND EACH OF THEM, CREATING FALSE, FRAUDULENT & SLANDEROUS FALSE PAYMENTS THAT VIOLATED THEIR DUTY TO PAY PETITIONER HIS 100% SERVICE CONNECTED DISABILITY BENEFITS SINCE 1973, PETITIONER'S STATUS AS A 100% SERVICE-CONNECTED DISABLED VETERAN THAT HAS CREATED A FALSE, FRAUDULENT & SLANDEROUS FALSE PAYMENTS OF HIS BENEFITS COPAY DEDUCTIONS INCLUDING REFUSAL TO PAY FOR OVER TWENTY-FIVE MEDICAL BILLINGS CREATING COLLECTIONS FOR DEBTS DUE AND PAYABLE FROM VETERANS AFFAIR based upon the payment of damages with stolen benefits from Donald Richard Karr Jr., Petitioner's Profile by Veterans Affair

and its employees plus Punitive Damages with the Veterans Affair and its employees violating the WESTFALL Act 28 U.S.C. § 2679, violating the HOBBS Act 18 USC § 1951, a 1946 law and the RICO ACT CYBER CRIMES 18 U.S.C. § 1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) rising to the level of Racketeering Activities under the RICO Predicated Acts, with their RACKETEERING ACTIVITIES as a PRINCIPAL (18 U.S.C. § 2), and as an ACCESSORY AFTER THE FACT (18 U.S.C §3) Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein, Petitioner Donald Richard Karr Jr., should receive all punitive damages due to Respondents, and each of them.

I) Count 9 Specifically for the Respondents, and each of them, for REFUSAL OF EDUCATION BENEFITS & LIVELIHOOD TORTUOUS BREACH OF CONTRACT WITH PUNITIVE DAMAGES Veterans Affair Management and their

Employees, the Respondents, and each of them, in their intentional Wrongful Acts against Petitioner Donald Richard Karr Jr., have Breached their Contract with Petitioner as a Veteran entitled to 100% Service Connected Disability Benefits plus his 100% GI BILL Educational Benefits, include but are not limited to, Punitive Damages from the Respondents, and each of them, for their wrongful acts against the Petitioner Donald Richard Karr Jr., in their over fifty two (52) years of the RICO Act violations and refusal of his benefits. Petitioner Donald Richard Karr Jr., is entitled to Punitive Damages against the Respondents, and each of them, for their wrongful acts against the Petitioner in their over fifty two (52) years of the RICO Act violations and refusal of Petitioner's GI BILL Education Benefits and educational benefits, making it impossible fo the Petitioner Donald Richard Karr Jr., to return to Petitioner's profession, unable to work in his Profession as a licensed California General Engineering Contractor (A) and Building Contractor (B). Veterans Affair refusing to help Petitioner Donald Richard Karr Jr., use his Veterans Educational Benefits to become a license as a licensed California General Engineering Contractor (A) and Building Contractor (B) starting 2011. The PetitionerDonald Richard Karr Jr., was not allowed his benefits because (Donald Lee Karr and his son Donald Ray Karr had used all the education benefits to go to UCLA) there were no education benefits for Petitioner Donald Richard Karr Jr., to get re licensed as a General Engineering

Contractor (A) and Building Contractor (B). Veterans Affair has refused Petitioner, any and all additional benefits the last fourteen (14) years. Petitioner has been prevented from working as a General Engineering Contractor (A) and Building Contractor (B) and Engineering Land Planner. Petitioner Donald Richard Karr Jr., has been unable to work as a General Engineering Contractor infrastructure builder. Petitioner's private sector development experience includes successfully acquiring infrastructure public sector bond inducements agreements with Riverside County California totaling $750,000,000.00 for his project on this City of Perris, California (Riverside County) project, encompassing some 1,300 acres with 8,800 residential units and 396 acres for commercial and industrial R&D project plus two (2) additional infrastructure public sector bond inducements agreements for two (2) additional $300,000,000 Riverside County Projects in 1986. Petitioner Donald Richard Karr Jr., relied upon these representations, which caused his injury as set forth herein, Petitioner Donald Richard Karr Jr., should receive punitive damages due to Respondents, and each of them.

3. THE FACTS ARE CLEAR PRESIDENT TRUMP THAT I AM DUE FOR PAYMENT OF TWENTY FIVE MILLION (25,000,000) DOLLARS PLUS SANCTIONS OF TWO

HUNDRED FIFTY MILLION ($250,000,000) DOLLARS for violation of the HOBBS ACT 18 U.S.C. §. 1951 Robbery & Extortion with punitive damages for refusal to upgrade Donald Richard KARR JR, to the 1973 rating of 100% Service Connected Disability and instead giving Donald Richard KARR JR his 100% Service Connected Disabled benefits, they were given to Donald Lee Karr. Plus Veterans Affair refused Donald Richard Karr Jr., Petitioner's Heart Doctor payment in February 28th 2025 AGAIN FOR SANCTIONS OF TWO HUNDRED FIFTY MILLION ($250,000,000) DOLLARS for violation of the HOBBS ACT 18 U.S.C. §. 1951 Robbery & Extortion with punitive damages for refusal to upgrade Donald Richard Karr Jr., to the 1973 rating of 100% Service Connected Disability A TOTAL OF SEVEN HUNDRED FIFTY MILLION ($750,000,000) DOLLARS PAYABLE Donald Richard Karr Jr., 'Donald Richard Karr Jr., has been in the 55 year Protected Status at Veterans Affair since 2003, with Donald Richard Karr Jr., rating as 100% Service Connected Disability Status he received in 1973 and in June 26th 2015 and Donald Richard Karr Jr., can not have his 100% Service Connected Disability Status, as an undisputed fact changed, therefore are punitive damages OF SEVEN BILLION FIVE HUNDRED MILLION ($7,500,000,000) DOLLARS for total of EIGHT BILLION FIVE HUNDRED MILLION ($8,500,000,000). It is clear that Donald Richard KARR JR, is Slandered at Veterans

Affair, also becoming abused when he qualified in 2016 for no copay Veterans Affair continues its illegal copay, plus Petitioner is also exempt because he 100% Service Connected Disabled since 1973 and victim of 'Elder Abuse' that he should be paid punitive damages of EIGHTY BILLION FIVE HUNDRED MILLION ($85,500,000,000) DOLLARS. The Elder Abuse caused by Veterans Affairs employees is nothing different than the case involving Nancy Pelosi husband Paul when he was attached the man was given a sentence of 30 years.

4. Attorney fees and legal costs including Donald Richard Karr Jr., Petitioner's work as litigation paralegal, jointly and severally, in a fair and reasonable amount in excess of the minimum jurisdictional limits of this court, or, alternatively, as allowed by law;

5. The Petitioner/Plaintiff Donald Richard Karr Jr., asks that the Court give notice to Veterans Affair that they must act in good faith to help the three veterans that are brought to the attention of the Court so they may be treated with transparency and receive their correct benefit rather than be ignored by Veterans Affair and be upgraded to 100% Service Connected Disability;

6. Pre-judgment interest and post-judgment interest as allowed by law;

7. Pre-judgment interest and post-judgment interest as allowed by law;

8. That Veterans Affair Union payment of Damages for their actions that made it impossible for Plaintiff Donald Richard Karr Jr. to obtain his benefits, plus loosing his right to own a gun, that were given to Donald Lee Karr know as Donald Richard Karr pay Twenty Five Billion ($25,000,000,000);

8. Costs of court; and

9. All other relief, in law and in equity, which Petitioner may be justly entitled and that Petitioner have and recover judgment.

Respectfully submitted,

DONALD RICHARD KARR JR, the Petitioner *Filed In Pro Per*

U. S. ARMY VIETNAM ERA VETERAN RAXXXX7616, 1973 VA FILE NO. CXX XX6 558, EXECUTED ON THIS 7th day of June 2025

I, Donald Richard Karr Jr. the Petitioner, was deployed in Germany US Army USAREUR in the Special Weapons Depot, in April 1969 to December 1970, the Petitioner Donald Richard Karr Jr. in this Petition for Extraordinary Relief in the Nature of a RICO Act PEREMPTORY WRIT OF MANDAMUS 28 U.S.C. § 1651 CASE OF FIRST IMPRESSION. with Special Circumstance including Attempted Murder

with Points and Authorities make the above statement of facts that is true to my own personal knowledge, except as to those stated upon information and belief, which Donald Richard Karr Jr. believe to be true. Donald Richard Karr Jr. declare under penalty of perjury that the information in this Petition is true and correct, in this VERIFIED PETITION FOR PEREMPTORY WRIT OF MANDAMUS 28 U.S.C. § 1651, CASE OF FIRST IMPRESSION- RICO ACT CYBER CRIMES 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) Veterans Affair EMPLOYEES INTENTIONAL FRAUD AND WRONGFUL ACTS. was deployed to Germany US Army USAREUR in April 1969 to December 1970, deployed in Germany US Army USAREUR in the Special Weapons Depot, I am the Petitioner and Plaintiff Donald Richard Karr Jr. in this VERIFIED PETITION for Extraordinary Relief in the Nature of a Writ of Mandamus and Civil Complaint and I know its contents. Petitioner and Plaintiff in the above entitled action, hereby verify under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that the above Statement of Facts with Points and Authorities and laws

is true and correct, according to the best of Plaintiff's current information, knowledge, and belief, so help me God, pursuant to 28 U.S.C. 1746. See the Supremacy Clause in the Constitution for the United States of America, as lawfully amended (hereinafter "U.S. Constitution").

By: ______________________ THIS 7th ________ day of June 2025

DONALD RICHARD KARR JR, the Petitioner, *Filed In Pro Per*

U. S. ARMY VIETNAM ERA VETERAN RAXXXX7616, 1973 application and VA FILE NO. CXX XX6 558

The Court may issue a Peremptory Writ of Mandamus as the Rule of Law. This Petition and this 'Case of First Impression with Special Circumstances, including Attempted Murder by Veterans Affair Employees' brings the Fraud, RICO violations

of 18 U.S.C. §1028 Identity Theft (fraud in connection with identification documents), 18 U.S.C. § 1028A Aggravated Identity Theft (occurs when someone knowingly transfers, possesses, or uses without permission, identification of another person, and then uses that identification during and/or in relation to the act of a particular felony violation) and 18 U.S.C. § 1029 Identity Theft (access device fraud by the Government) for over fifty two (52) years that among the many crimes of the Veterans Affair Management and Employees that demonstrates the conflict of interest within Veterans Affair to treat veterans with transparency a public agency or governmental body has to perform an act required by law when it has neglected or refused to do so for over fifty two (52) years [which Veterans Affair and its employees have stolen fifty-eight (58) years six hundred eighty-two (682) months through February 2025, six hundred eighty two (682) months February 2025 of Petitioner's 100% Service Connected Disability Benefits].

The undisputed fact is that Veterans Affair has established two (2) sides to Petitioner's Profile, which Petitioner Donald Richard Karr Jr. is in the non service-connected side that he receives no benefits for medical or medications, no schooling benefits, no payments of his Choice Doctors or Dentist, that it is an undisputed fact Petitioner Donald Richard Karr Jr. benefits are locked at 30% non Service Connected Disability Benefits, that Petitioner Donald Richard Karr Jr. can't be up graded, and Donald

Richard Karr Jr. has never been upgraded since approximately September 1973 when Donald Richard Karr Jr. made his first application for benefits on or about June 1973 subsequent to first application no. CXXXX 6558 on or about June 1973. The reason why Petitioner Donald Richard Karr Jr. is not given these upgrades or ratings is because Donald Lee Karr also known as Donald Richard Karr who is in fact, as an undisputed fact, the Petitioner/Plaintiff Donald Richard Karr Jr. that Donald Lee Karr has stolen Donald Richard Karr Jr. 100% Service Connected Disability Benefits since 1973, son of Donald R. Karr, Veterans Affair Employee and other Veterans Affair Employees working with Donald R. Karr, Navy Veteran, the Respondents, and each of them, refuse the Petitioner Donald Richard Karr Jr. 100% service connected benefits, Petitioner Donald Richard Karr Jr. as a Veteran is entitled to all of his 100% Service Connected Disability Benefits plus 100% GI BILL Educational Benefits.

Respondents Veterans Affairs with their Imputed Negligence, Obstructing Justice, and Conspiracies to Obstruct Justice as Predicated Acts of Racketeering Activities under the RICO Act Against Petitioner Donald Richard Karr Jr. since 1973 are

obligated to pay for Petitioner's 100% Service-Connected Disability benefits since February 1968, not the downgrading rating locking Donald Richard Karr Jr. Petitioner's benefits at the 30% service-connected disability for Asthma/Bronchial that is two ratings that equal 90% Service Connected Disability.

State of Idaho )

) S.S.

County of Kootenai )

On this THIS 7th day of June 2025 Donald Richard Karr Jr., in the year of 2025, before me personally appeared DONALD RICHARD KARR JR, personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged that he executed same.

SANLY POI
Notary Public - State of Idaho
Commission Number 20190240
My Commission Expires Feb 7, 2031

Signature of Notary Public