FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD RICHARD KARR, JR., <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT JOSEPH R. BIDEN JR., UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No. 2:25-CV-00214-SAB <br><br><br> **ORDER DISMISSING COMPLAINT; CLOSING FILE** |

On August 13, 2025, the Court granted Plaintiff leave to file a Second Amended Complaint. ECF No. 13. On September 15, 2025, Plaintiff filed a Second Amended Complaint, adding additional defendants. ECF No. 17.

Plaintiff's Second Amended Complaint suffers from the same defects as the Court identified in its prior Order. It is almost 400 pages, and he again fails to comply with Fed. R. Civ. P. 8 and fails to state a claim upon which relief may be granted.

Plaintiff appears to be accusing the Veterans Affairs of RICO violations due to a disagreement over his disability benefits. He makes assertions that the VA is wrongfully refusing to pay for services, refusing to provide medications that he needs and wrongfully failing to help him obtain housing. He accuses various

**ORDER DISMISSING COMPLAINT; CLOSING FILE ~ 1**

people of attempting to murder him. He states his son and other family members of stealing his disability benefits. He alleges that various persons are conspiring to violate his civil rights pursuant to 18 U.S.C. § 241. He also provides examples where the VA also denied other veterans of their benefits. Additionally, allegations include many instances that appear to have occurred outside the Eastern District of Washington, and outside any possible statute of limitations period.

Plaintiff's Second Amended Complaint continues to be long, confusing, rambling and highly repetitious. It fails to allege with sufficient particularity the overt acts that each Defendant engaged in to support his claims and fails to provide sufficient clarity to allow Defendants to prepare a proper defense and rebut the allegations against them. As such, the Court dismissed Plaintiff's Amended Complaint.

Because Plaintiff has demonstrated his unwillingness to follow the Federal Rules of Civil Procedure, it is clear that any amendment would be futile.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint, ECF No. 17, is **DISMISSED,** without prejudice.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide a copy to Plaintiff, and **close** the file.

**DATED** this 20th day of January 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING COMPLAINT; CLOSING FILE ~ 2**